# EXHIBIT 10
# Application of U.S. Patent No. 9,036,181 to the Accused Printers[*,**]

---

\* The term "Accused Printers" refers to Kyocera's ECOSYS, CS, TASKalfa, and PA series printers and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Kyocera's affiliated companies, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US 9,036,181 B2 vs. Accused Printers ||
| --- | --- |
| **US 9,036,181 B2** | **Accused Printers** |
| 1. A wireless printing device, distinct and separate from one or more wireless information apparatus, for rendering digital content received from the one or more wireless information apparatus over a short-range wireless communication link, | *A wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) distinct and separate from one or more wireless information apparatus (e.g., Kyocera smartphone) for rendering (e.g., print/output) digital content (e.g., documents, photos etc.) received from the one or more wireless information apparatus over a short-range wireless communication link (e.g., Wi-Fi/Wi-Fi Direct communication etc.).*<br><br>**Wireless printing device:**<br>**Kyocera TASKalfa 8353ci printer**<br><br>TASKalfa 8353ci<br><br><br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**Support mobile employees**

Support mobile employees by putting print, scan and send features at their fingertips with KYOCERA Mobile Print, Apple AirPrint®, Google Cloud Print™ and Mopria®. Standard Near Field Communication (NFC) for Android™ and Wi-Fi Direct provides added smart device convenience.

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Brochure_pdf.download.pdf

**Wireless Information Apparatus:**
**Kyocera Dura Force Ultra 5G**

US 9,036,181                                                                                           Page 3 of 65



| | |
|---|---|
| Wi-Fi | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Wireless printing device receiving digital content from wireless information apparatus for rendering/printing:**

**(A) via Kyocera Mobile Print App**



Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
  - Dropbox
  - Evernote
  - OneDrive
  - Google Drive
  - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

**What type of connection do I need to print or scan from my mobile device?**

To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

**How does Mobile Print discover printing devices?**

Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

Using Mobile Print is easy! Just follow these four easy steps:

- ■ Download the free app from the respective app store.
- ■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- ■ Open the document, image or web page you wish to print.
- ■ Finally, select the device you wish to print to, set your preferences and press print.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**(B) via Mopria Print Service**

The Mopria Print Service offers a simple and seamless way to connect and send documents and pictures from Android devices to a nearby Kyocera MFP or Printer. With this app, you can print to any Mopria certified Kyocera MFP or Printer without installing additional software or drivers allowing users to print easily on-the-go. The Mopria Print Service is available for download from Google Play.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/MOPRIAPRINTSERVICE.html

# Printing by Mopria

Mopria is a standard on printing function included in Android 4.4 or later products.

Mopria Print Service needs to be installed and enabled in advance.

For details on how to use, refer to a Web site of Mopria Alliance.



Source:
https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

"*Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP)* from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, **Kyocera,** Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go."

"*Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®.* Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features."

"*The Mopria Print Service also allows users to print using the Share feature from many of their favorite apps including Facebook, Flipboard, LinkedIn, Twitter and Pinterest, giving users the power to print easily.* When using the Share feature, users will see a Mopria Print Service option is included as an option after email and messaging. *The Share icon is conspicuously placed and users simply select the Mopria Print Service option, select their printer, adjust settings and print.*"

Source:
https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

### What are the requirements for printing with Mopria Print Service?

**1** A smartphone or tablet with the Android Operating System, version 4.4 or later

Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

**2** A printer, MFP or print accessory that is Mopria-certified

The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

**3** A wireless network

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDIIS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**

mDIIS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4** Apps that support Android KitKat (4.4) or later printing

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*
*Open the app you want to print from and look for a print option, button or icon.*
*This print function is often found under the apps or share menu."*



Find the print option     Select a nearby printer     Tap print

**What Can I Print?**

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.



Source: https://mopria.org/print-from-android

**(C) Wi-Fi Direct Printing**

# Setting Wi-Fi Direct

Setting Wi-Fi Direct enables you to print from the Wi-Fi Direct environment. The configuration methods are as follows:

**Configuring the Connection from the Operation Panel on This Machine**

**Connecting to Computers or Handheld Devices that Support Wi-Fi Direct**

**1 Display the screen.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Wi-Fi Direct Settings" [Next] > "Wi-Fi Direct" [Change]

**2 Configure the settings.**

[On] > [OK]

**3 Restart the network.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Restart Network" [Start] > [Yes]

**4 Specify the machine name from the computer or handheld device.**

If a confirmation message appears on the operation panel of the machine, select [Yes].

The network between this machine and the handheld device is configured.



US 9,036,181    Page 8 of 65

<table>
<tr>
<td></td>
<td>

**Printing with Wi-Fi Direct**

Wi-Fi Direct is a wireless LAN standard that Wi-Fi Alliance has been established. This is one of the functions of the wireless LAN, without a wireless LAN access point or wireless LAN router, between devices can communicate directly on a peer to peer basis.

The printing procedure by the Wi-Fi Direct is the same as that from the normal handheld devices.

When you use a printer name or Bonjour name on the port settings of the printer property, you can print the job by specifying the name at Wi-Fi Direct connection.

When you use an IP address for the port, specify the IP address of this machine.

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

</td>
</tr>
<tr>
<td>

said wireless printing device comprising: a radio wireless communication unit to receive intermediate output data over the short range wireless communication link from the one or more wireless information apparatus, the intermediate output data corresponding to at least part of the digital content, said intermediate output data including at least one of image elements, graphics elements, and text elements, the short range wireless communication link being compatible with at least part of a protocol within IEEE 802.11 wireless standards or within Bluetooth standards;

</td>
<td>

*The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes a radio wireless communication unit (e.g., Wi-Fi module etc.) to receive intermediate output data (e.g., data related to print job etc.) over a short-range wireless communication link (e.g., Wi-Fi/Wi-Fi Direct communication etc.) compatible with at least part of a protocol within IEEE 802.11 wireless standards, from the wireless information apparatus (e.g., Kyocera smartphone etc.). The intermediate output data corresponds to the digital content, and the intermediate output data includes at least one of image elements, graphics elements, and text elements.*

**Wireless printing device:**
**Kyocera TASKalfa 8353ci printer**

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

</td>
</tr>
</table>

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf



Source: https://www.itu.int/en/ITU-D/Regional-Presence/AsiaPacific/SiteAssets/Pages/Events/2017/Oct2017CIIOT/CIIOT/7.Session3-2%20Introduction%20of%20Wi-Fi%20Interoperability%20Certification%20Test-%E5%86%AF%E5%BF%97%E8%8A%B3V3.pdf

"*The technical name for WiFi is IEEE 802.11* & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

"To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. *The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.* By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source:https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php

**Printing device receives intermediate output data from the wireless information apparatus:**

**(A) via Kyocera Mobile Print app**

Using Mobile Print is easy! Just follow these four easy steps:

■ Download the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ Open the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**Mobile - KYOCERA Mobile Print App**







to the same wireless network as the Kera printer or



mfp then launch the kiasera Mobile Print app from your





image then tap select a device



device find devices and select the kyera



devices and select the kyera mfp or printer on the network to print to





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Find the print option        Select a nearby printer        Tap print

Source: https://mopria.org/print-from-android

With the Mopria Print Service, you can easily connect and send documents and pictures from your Android device to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Source: https://mopria.org/mopria-mobile-printing

## How to Print from Android



Check that the Mopria Print Service is on by going to your device settings and tapping on printing



Now, you are ready to print from your device.



Select "All printers" to discover printers near you.



You can set optional settings or tap "More Options" to set advanced features.



Then tap the print icon.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

**(C) Wi-Fi Direct Printing**



## Setting Wi-Fi Direct

Setting Wi-Fi Direct enables you to print from the Wi-Fi Direct environment. The configuration methods are as follows:

### Configuring the Connection from the Operation Panel on This Machine

### Connecting to Computers or Handheld Devices that Support Wi-Fi Direct

**1 Display the screen.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Wi-Fi Direct Settings" [Next] > "Wi-Fi Direct" [Change]

**2 Configure the settings.**

[On] > [OK]

**3 Restart the network.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Restart Network" [Start] > [Yes]

**4 Specify the machine name from the computer or handheld device.**

If a confirmation message appears on the operation panel of the machine, select [Yes].

The network between this machine and the handheld device is configured.

Tablet

Wi-Fi connection or Wi-Fi Direct connection

Wi-Fi Direct connection*1

*1 Only for models with Wi-Fi.

## Printing with Wi-Fi Direct

Wi-Fi Direct is a wireless LAN standard that Wi-Fi Alliance has been established. This is one of the functions of the wireless LAN, without a wireless LAN access point or wireless LAN router, between devices can communicate directly on a peer to peer basis.

The printing procedure by the Wi-Fi Direct is the same as that from the normal handheld devices.

When you use a printer name or Bonjour name on the port settings of the printer property, you can print the job by specifying the name at Wi-Fi Direct connection.

When you use an IP address for the port, specify the IP address of this machine.

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| | |
|---|---|
| one or more components for establishing and managing the short-range wireless communication link with the one or more wireless information apparatus, | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes one or more component (e.g., Wi-Fi module etc.) for establishing and managing the short-range wireless communication link (e.g., Wi-Fi/Wi-Fi Direct communication) with the wireless information apparatus (e.g., Kyocera smartphone).*<br><br>**Wireless communication circuitry** |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source:        https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

| | |
|---|---|
| the managing of the short-range wireless communication link comprising broadcasting, at the radio wireless communication unit and over the short-range wireless communication link, at least an indication of the identity of the wireless printing device over the short-range wireless communication link to the one or more wireless information apparatus for the one or more wireless information apparatus to select the wireless printing device for service; | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.), broadcasts at the radio wireless communication unit (e.g., Wi-Fi module etc.) over the short range wireless communication link (e.g., Wi-Fi/Wi-Fi direct communication) an indication of the identity (e.g., device information such as device name, model number etc.) of the wireless printing device to the wireless information apparatus (e.g., Kyocera smartphone) to select the wireless printing device for service (e.g., wireless printing etc.).* <br><br> **Wireless printing device transmitting indication of identity to wireless information apparatus:** <br><br> **(A) via Kyocera Mobile Print app** |

**Using Mobile Print is easy!** Just follow these four easy steps:

- **Download** the free app from the respective app store.

- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

- **Open** the document, image or web page you wish to print.

- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

## Mobile - KYOCERA Mobile Print App







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) Mopria Print Service**

"*Mopria Print Service enables printing over Wi-Fi or Wi-Fi Direct from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP)* from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, *HP*, Infotec, Konica Minolta**, Kyocera,** Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go.*"

"*Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®.* Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features."

"*The Mopria Print Service also allows users to print using the Share feature from many of their favorite apps including Facebook, Flipboard, LinkedIn, Twitter and Pinterest, giving users the power to print easily.* When using the Share feature, users will see a Mopria Print Service option is included as an option after email and messaging. *The Share icon is conspicuously placed and users simply select the Mopria Print Service option, select their printer, adjust settings and print.*"

Source:
https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl=US

How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android

## How to Print from Android





You can set optional settings or tap "More Options" to set advanced features.



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

**(C) via Wi-Fi Direct Printing**

## Setting Wi-Fi Direct

Setting Wi-Fi Direct enables you to print from the Wi-Fi Direct environment. The configuration methods are as follows:

### Configuring the Connection from the Operation Panel on This Machine

**Connecting to Computers or Handheld Devices that Support Wi-Fi Direct**

**1** **Display the screen.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Wi-Fi Direct Settings" [Next] > "Wi-Fi Direct" [Change]

**2** **Configure the settings.**

[On] > [OK]

**3** **Restart the network.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Restart Network" [Start] > [Yes]

**4** **Specify the machine name from the computer or handheld device.**

If a confirmation message appears on the operation panel of the machine, select [Yes].

The network between this machine and the handheld device is configured.

Source:    https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| a display screen at the wireless printing device; a touch screen user | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes a display screen (e.g., touch panel etc.) at the wireless printing device and a touch screen user interface over the display screen for interfacing with a user.* |
|---|---|

| interface over the display screen for interfacing with a user; | **<u>Wireless Output Device</u>** <br> **<u>Kyocera TASKalfa 8353ci</u>** <br><br> TASKalfa 8353ci <br><br>  <br><br> ■ High speeds up to 83 ppm b&w and 70 ppm color <br><br> ■ 10.1" color TSI - intuitive user interface <br><br> ■ High quality output at 1200 x 1200 dpi <br><br> ■ Reliable media handling on stocks up to 12" x 18" and substrates up to 300 gsm <br><br> ■ Professional finishing options designed for high-speed, high-volume workplaces <br><br> ■ Robust and accurate scanning at up to 220 ipm <br><br> Source: https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html |
| --- | --- |



**Basic Specifications**

**Configuration:** Multifunctional System — Print/Scan/Copy/Optional Fax

Display: 10.1" Color Touch Screen Control Panel

**Resolution:** Up to 1200 x 1200 dpi

**Memory / Hard Disk Drive:** 4.5GB RAM / 8GB SSD / 320GB HDD Standard

**Duplex:** Standard Stackless Duplex Supports Statement (5.5" x 8.5") to 12" x 18", 16 lb Bond - 142 lb Index (60 — 256gsm)

**Standard Output Tray:** Statement — 12" x 18" / 70 sheets; up to 12" x 48" Banner (Single Sheet)

**Electrical Requirements:** 120V, 60Hz, 16A; 220-240V, 50Hz, 10A

**Dimensions:** 27" W x 31.1" D x 41.5" H

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf



## Using the Touch Panel

Keys for performing basic operations are displayed on the lower and right side of the touch panel.

1. [**Status/Job Cancel**] key: Displays the Status/Job Cancel screen.
2. Function Key: These keys enable various functions and applications, including copy and scan, to be registered.
   → Assigning Functions to Function Keys (page 2-18)
3. [**Accessibility Display**] key: Switches the touch panel display on the Copy screen and the Send screen to a magnified view.
4. [**Start**] key: Starts copying and scanning operations and processing for setting operations.
5. [**Stop**] key: Cancels or pauses the job in progress.
6. [**Reset**] key: Returns settings to their default states.
7. [**Numeric Keypad**] key: Displays numeric keys on the touch panel.
8. [**Interrupt**] key: Displays the Interrupt Copy screen.
9. [**System Menu/Counter**] key: Displays the System Menu screen.
10. [**Authentication/Logout**] key: Authenticates user switching, and exits the operation for the current user (i.e. log out).
11. Screen area: Displays the screen of each function.

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/SetupTool_3_1ENOGR310_2022_05_pdf.download.pdf

| an output controller at the wireless printing device for processing digital content; | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) comprises an output controller (e.g., processor) for processing the digital content (e.g., photos, documents etc.).* |

**Wireless Output Device:**
**Kyocera TASKalfa 8353ci**

TASKalfa 8353ci



## Main Specifications

| | General | Paper Handling | **Print** | Copy | Scan | Fax |

**Processor**
Freescale QorIQ T1042 (Quad Core) / 1.2GHz

**Fonts**
136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

Source:
https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source:        https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**The Printer Controller**

The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.

Source: https://www.poota.com/lpbook/02-chp2.html

| an operating system for managing one or more application software running at the wireless printing device and for enabling installation of additional applications or | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes an embedded operating system for managing application software running at the wireless printing device and enabling installation of additional application software (e.g., software/firmware updates etc.) for providing additional functionalities to the wireless printing device.* |
|---|---|

| application software for providing additional functionalities to the wireless printing device; | *The device software/firmware enables the upgradation of the firmware, and download/installation of additional application software to enhance the Kyocera printer's functionality.* |
|---|---|

**Wireless printing device**
**Kyocera TASKalfa 8353ci printer:**



Source: https://www.kyoceradocumentsolutions.us/en/support/downloads.name-L2V1L2VuL21mcC9UQVNLQUxxGQTgzNTNDSQ==.html#tab=application

## 1.4 About the Software Upgrade Tool

A firmware is a built-in software that controls a product. A HyPAS application is a software that improves the product functionality. By updating the firmware or the HyPAS application, improvements can be made to the product's security and operations can be stabilized. We recommend using this application to update the product's firmware or the HyPAS application so that you can continue to use the product safely.

Source:https://www.kyoceradocumentsolutions.eu/content/dam/download-center-cf/eu/documents/usermanual/Software_Upgrade_Tool_UserManual_EN_pdf.download.pdf

**Display for Device Information**

Shows device information. Allows you to check system and network information, as well as options that are used.

1 [Home] (⌂) key > [Device Information]

2 Check the device information.

| Tab | Description |
|---|---|
| Identification/Wired Network | You can check ID information such as the model name, serial number, host name and location, and the IP address of the wired network. |
| Wi-Fi | You can check ID information such as the model name, serial number, host name and location, and the IP address of the wireless network. |
| FAX*1 | You can check the local fax number, local fax name, local fax ID and other fax information. |
| Soft Ver/Capability/Security | You can check the software version and performance, and security information on the machine. |
| Option | You can check information on the options that are used. |

*1  Displayed only on products with the fax function installed.

## Application

The functionality of the machine can be expanded by installing applications.

Applications that help you perform your daily more efficiently such as a scan feature and an authentication feature are available.

For details, consult your sales representative or dealer.

## Installing Applications

To use applications, first install the application in the machine and then activate the application.

**2   Install the application.**

1   [Add] > [OK]

2   Insert the USB drive containing the application to be installed into the USB Memory Slot.

> **NOTE**
> When the message "USB Drive is recognized. Displaying files. Are you sure?" is displayed, select [**No**].

3   Select the application to be installed > [**Install**]

You can view detailed information on the selected application by selecting [**Detail**].

4   Select [**Yes**].

Installation of the application begins. Depending on the application being installed, the installation may take some time.

Once the installation ends, the original screen reappears.

> **NOTE**
> • To install another application, repeat steps 2-3 and 2-4.
> • To remove the USB drive, select [**Remove USB Drive**] and wait until the message "USB Drive can be safely removed." appears. Then remove the USB drive.

Source:        https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| an interpreter for receiving the intermediate output data over the short-range wireless communication link from the one or more wireless information apparatus and for retrieving image data from said intermediate output data, the image data including two or more image layers or color channels; | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes an interpreter for receiving intermediate output data (e.g., data related to print job etc.) from the wireless information apparatus (e.g., Kyocera smartphone) over the short-range wireless communication link (e.g., Wi-Fi/Wi-Fi Direct communication) and for retrieving the image data from the intermediate output data received from the wireless information apparatus (e.g., Kyocera smartphone). The image data includes two or more image layers or color channels (e.g., CYAN channels etc.).*<br><br>**Wireless Printing Device:**<br>**Kyocera TASKalfa 8353ci printer** |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**The Printer Controller**

The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.

**Interpretation**

The interpretation function of the controller, normally called the interpreter, examines the data sent from the computer and identifies the command embedded in the data. The commands will fall into several categories, such as printer control, page format, font management, text layout and graphics, and must be arranged and submitted to the formatter in the correct order and priority, incorrect or invalid commands must also be processed and signalled to the user. The interpreter is usually responsible for implementing the printer control commands, these are commands which perform generic operations such as selecting duplex or simplex, manual feed, and other commands which have no impact on the formatting of the page. In some printers this is all that the interpreter does, in other printers the interpreter may also translate the commands into a shorthand or "tokenised" form which the formatter can process more efficiently. The interpreter passes the structured print data to the formatter.

**Rasterising**

The rasteriser is the final stage in the process of preparing an image for printing, and converts the commands received from the formatter into an array of dots to be used by the laser. It takes the bitmap for each character of text, and places it at the specified position in the array, then overlays the array with any bitmap graphics, to form the pattern to be printed. As the array of dots for a full page can be very large, there are alternate methods for constructing the array; it can be made as a Page Buffer, or several Band Buffers. Once the array is ready it is passed to the print engine, where the laser writes it onto the photoreceptor.

Source: https://www.poota.com/lpbook/02-chp2.html

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.

5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

Source: https://docs.aspose.com/page/net/page-description-languages/

## Raster Image Processor

In computer graphics and imaging, the hardware and software configuration used in output devices to determine what value each pixel or spot of output should possess, driven by commands from a page description language such as PostScript. All computer-generated output (such as that produced on an imagesetter) is composed of very small spots. The RIP converts a vector-based image, or an image—such as type or line art—stored by the computer as a series of mathematical formulas that describe lines and curves, into the pattern of spots needed to generate the output. (The conversion of a vector image to a raster image is called ripping or RIPing.) Essentially, an interpreter in the hardware converts a PostScript file into a display list, which is then converted into a bit map describing the page. Most PostScript output devices have a RIP built into the hardware.

The earliest RIPs had difficulty with halftone screening, but PostScript screening (via PostScript Level 2) is now of very high quality. Another problem service bureaus have had with PostScript-driven RIPs is the occasional PostScript error and the lack of editability of the PostScript file, which often necessitated going back to the original application file and modifying it. Newer PostScript interpreters allow the editing of the display list before ripping, enabling operators to clean up problematic PostScript files.

Source: https://printwiki.org/Raster_Image_Processor

**5.2 Raster Image Processing**

Wayne Collins

The raster image processor (RIP) is the core technology that does the computational work to convert the broad range of data we use to create a computer graphic into the one-bit data that drives a physical imaging device. Let's examine the creation of a single character of the alphabet, or **glyph**. A font file delivers PostScript language to the RIP that describes a series of points and **vector** curves between those points to outline the letter A. The RIP has a matrix grid at the resolution of the output device and computes which spots on the grid get turned on and which are turned off to create the shape of that letter A on the output device. The spots on the grid can only be turned on or off — which is how binary data is encoded — either as 0 or 1. The grid then acts as a switch to turn a mechanical part of the imaging engine on or off.

Source: https://opentextbc.ca/graphicdesign/chapter/5-2-raster-image-processing/

"A means of dividing a full color photograph into four separate components, corresponding to **the four primary colors used in process color printing—cyan, magenta, yellow, and black. Process color printing involves overprinting halftone dots of each of these four colors in varying densities, the various combinations producing the wide range of reproducible colors. Consequently, a different printing plate needs to be made of each color and this, in turn, requires separate negatives or positives**. (The term color separation refers to both the process and the products of that process.) The process of color separation can be accomplished photographically, electronically, or on the desktop."

Source: http://printwiki.org/Color_Separation

"*To reproduce color and continuous-tone images, printers usually separate artwork into four plates—one plate for each of the cyan (C), yellow (Y), magenta (M), and black (K) portions of the image. When inked with the appropriate color and printed in register with one another, these colors combine to reproduce the original artwork*. The process of dividing the image into two or more colors is called color separating, and the films from which the plates are created are called the separations."

Source: https://helpx.adobe.com/acrobat/using/printing-color-pdfs-acrobat-pro.html

| | |
|---|---|
| an image processor for carrying out at least one image processing operation on at least part of the image data, said image processing operation including at least one of a bit depth operation, a color space operation, a color correction operation, an output size operation, and a resolution operation of the image data, individually or in any combination; and | *The wireless printing device (e.g. Kyocera TASKalfa 8353ci printer etc.) includes an image processor to conduct image processing operations including color correction operations, an output size operation, and a resolution operation of the image data.*<br><br>**Wireless Printing Device:**<br>**Kyocera TASKalfa 8353ci printer** |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**The Printer Controller**

The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.

Source: https://www.poota.com/lpbook/02-chp2.html

**Color Selection**

   

Select the color mode setting.

**Printing**

| Item | Description |
|------|-------------|
| Auto Color (Color/Gray)[*1] | The color of the stored document is automatically detected. A color document is printed in full color, and a black & white document is printed in grayscale. |
| Auto Color (Color/B & W)[*1] | The color of the stored document is automatically detected. A color document is printed in full color, and a black & white document is printed in black & white. |
| Full Color | Prints documents in full color. |
| Grayscale[*1] | Prints documents in grayscale. |
| Black & White | Prints documents in black and white. |

*1  Not displayed when printing from USB drive.

# One-touch Image Adjust

 

Adjust images as desired to more [**Vivid**] or more [**Muted**] images.

> 🔍 **NOTE**
> This feature can be used with full color and auto color.

The following settings can be set.

After selecting [**Portrait Photo**], [**Landscape Photo (Blue)**] or [**Landscape Photo (Green)**], select [**Color Shade**], select from the 3 patterns, and select [**OK**].

| Item | | | Before | After | Description |
|------|---|---|--------|-------|-------------|
| **Off** | | | | | |
| [Portrait Photo] | Color Shade | [Portrait 1] | | | Gives skin color a warm, rosy look. |
| | | [Portrait 2] | | | Gives skin color a tanned look. |
| | | [Portrait 3] | | | Gives skin color a whiter look. |

| Item | Before | After | Description |
|------|--------|-------|-------------|
| [Vivid] | | | Increases saturation for a more vivid effect. |
| [Muted] | | | Reduces saturation for a calmer effect. |
| [Sharp] | | | Increases contrast for a more pronounced image. |
| [Smooth] | | | Reduces contrast for a softer image. |
| [Light] | | | Makes overall color lighter and less vivid for a bright and light feel. |
| [Dark] | | | Makes overall color darker for a heavier feel. |

| Resolution | Set the resolution used for printing. |
|------------|----------------------------------------|
| | **Value**: 600 dpi, 1200 dpi |
| | 🔍 **NOTE** |
| | Settings that are received from the printer driver have priority over the operation panel settings. |



## Adjusting Image Quality and Color

To adjust the image quality or color of an image, use the following functions.

| I want to... | Sample image | | Function | Page |
|---|---|---|---|---|
| | Before | After | | |
| **Easily adjust the image quality to match your own image** | | | | |
| **Adjust the skin color.** Example: Create a tanned effect. | | | One Touch Image Adjust [Portrait Photo] | page 6-38 |
| **Adjust the blue landscape.** Example: Make the blue more vivid | | | One Touch Image Adjust [Landscape Photo (Blue)] | page 6-38 |
| **Adjust the green landscape.** Example: Change to yellowgreen | | | One Touch Image Adjust [Landscape Photo (Green)] | page 6-38 |
| **Produce overall image vividly.** | | | One Touch Image Adjust [Vivid] | page 6-39 |
| | | | Program [Vivid Copy] | page 5-11 |
| **Remove dark background or bleed-through from the original such as a newspaper.** | | | Program [Newspaper Copy] | page 5-11 |
| **Clearly reproduce fine lines, faint lines, broken lines, and other fine details in a CAD or other drawings.** | | | Program [Drawing Copy] | page 5-11 |
| **Clearly reproduce the text or colors of a highlighter.** | | | Program [Highlighter Copy] | page 5-11 |

| I want to... | Sample image | | Function | Page |
|---|---|---|---|---|
| | Before | After | | |
| **Adjust the color precisely.** | | | | |
| Adjust the density. | | | Density | page 6-32 |
| Adjust the color by strengthening blue or red tones. Example: Strengthening red | | | Color Balance | page 6-36 |
| Change the image by individually adjusting each of the six colors: red, blue, green, cyan, magenta, and yellow. Example: Changing red tones close to yellow to yellow, and cyan tones close to blue to blue | | | Hue adjustment | page 6-37 |
| Adjust the saturation. | | | Saturation | page 6-41 |
| **Adjust the image quality precisely** | | | | |
| Emphasize or blur the image outline. Example: Emphasize the image outlines | | | Sharpness | page 6-40 |
| Adjust the difference between dark and light parts of the image. | | | Contrast | page 6-40 |
| Darken or lighten the background (the area with no texts or images) of a document. Example: Lightening the background | | | Background Density | page 6-41 |
| Prevent bleed-through in 2-sided originals. | | | Prevent Bleed-through | page 6-42 |
| **Adjust the scanned image** | | | | |
| Decrease the file size and produce the characters clearly. | Copy | Copy | File format [High Comp. PDF] | page 6-80 |
| Convert a paper document to PDF with searchable text. | Glossary | Glossary | File format [PDF] or [High Comp. PDF] with [OCR] | page 6-80 |

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

"*To reproduce color and continuous-tone images, printers usually separate artwork into four plates—one plate for each of the cyan (C), yellow (Y), magenta (M), and black (K) portions of the image. When inked with the appropriate color and printed in register with one another, these colors combine to reproduce the original artwork*. The process of dividing the image into two or more colors is called color separating, and the films from which the plates are created are called the separations."

Source: https://helpx.adobe.com/acrobat/using/printing-color-pdfs-acrobat-pro.html

| a print engine for receiving at least part of the image data from said image processor and employing at least part of the image data received from the image processor to print an image corresponding to at least part | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes a print engine to receive image data to print an image onto the substrate (e.g., paper etc.) with a marking engine included in the wireless printing device.* *TASKalfa 8353ci printer uses non-impact laser printing technologies for printing the colors onto a paper.* |
|---|---|

| | |
|---|---|
| of the digital content onto a substrate with a marking engine included in the wireless printing device; and | **Wireless Printing Device:**<br>**Kyocera TASKalfa 8353ci printer** |

**Machine**

| Item | | Description |
|---|---|---|
| Type | | Console |
| Printing Method | | Electrophotography by semiconductor laser |
| Paper Weight | Cassette | 60 to 256 g/m$^2$ |
| | Multipurpose Tray | 60 to 300 g/m$^2$ |
| Paper Type | Cassette | Plain, Rough, Vellum, Recycled, Preprinted, Bond, Color, Prepunched, Letterhead, Thick, High Quality, Custom 1 to 8 (Duplex: Same as Simplex) |
| | Multipurpose Tray | Plain, Transparency (OHP film), Rough, Vellum, Labels, Recycled, Preprinted, Bond, Cardstock, Color, Prepunched, Letterhead, Envelope, Thick, High Quality, Coated, Index Tab Dividers, Custom 1 to 8 |
| Paper Size | Cassette 1, 2 | A3, A4, A5, B4, B5, 216×340 mm, Ledger, Letter, Legal, Statement, 12×18", Oficio II, Folio, 8K, 16K, Custom (140 × 182 mm to 304 × 457 mm) |
| | Cassette 3, 4 | A4, B5, Letter |
| | Multipurpose Tray | A3, A4, A5, A6, B4, B5, B6, 216×340 mm, Ledger, Letter, Legal, Statement, Executive, 12×18", Oficio II, Folio, 8K, 16K, ISO B5, Envelope #10, Envelope #9, Envelope #6, Envelope Monarch, Envelope DL, Envelope C5, Envelope C4, Hagaki (Cardstock), Oufuku Hagaki (Return postcard), Kakugata 2, Youkei 4, Youkei 2, Younaga 3, Nagagata 3, Custom (98 × 148 mm to 304 × 457 mm) Banner sheet (210 × 488.1 to 304.8 × 1,220 mm/8.26" × 19.22" to 12" × 48.03") |
| Printable Area | | Print margin for top, bottom and both sides is 4.2 mm |
| Warm-up Time (23°C/73.4°F, 60%) | Power on | Within 44.0 seconds |
| | Low Power | 10 seconds or less |
| | Sleep | Within 39.0 seconds |

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

**The Printer Controller**

The printer controller is a dedicated computer which creates an image from commands it receives from the host computer sending the document. A controller has to perform several tasks, including communication (talking to the host computer), interpretation (finding and understanding the commands sent to it, which are normally embedded in the data to be printed), formatting (preparing to create an image, including setting the paper size, margins, selecting fonts etc.), rasterising (rasterising is the creation of the image as an array of dots ready for the laser), and finally passing the image to the print engine. Different printer languages make different demands on the controller, and different manufacturers use different approaches to the design of controllers, so each make and model of printer controller operates in a slightly different way, but each has the same effect. The following paragraphs describe the generic functions performed by printer controllers to format a document for printing.

**The Print Engine**

The print engine is the mechanical mechanism which transcribes the array of dots created by the printer controller into a printed image. The print engine incorporates a small computer to control the motors and electrical circuits, but nothing on the scale of the printer controller. On small printers the printer controller is normally housed within the casing of the print engine, but on many large production printers it occupies a separate box, and may also include a screen and keyboard for the operator.

The print engine includes the following major components: laser scanning assembly, photoreceptor, toner hopper, developer unit, corotrons, discharge lamp, fuser, paper transport, paper input feeders and paper output trays. The paper path and the manual feed facility are also important considerations.

Source: https://www.poota.com/lpbook/02-chp2.html

| | |
|---|---|
| wherein the wireless printing device is configured to interface with the | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes an interface (e.g., touch panel) for interfacing with the user.* |

| | |
|---|---|
| user over the touch screen user interface and | **Wireless Printing Device:** **Kyocera TASKalfa 8353ci printer**  <br><br> ■ High speeds up to 83 ppm b&w and 70 ppm color <br><br> ■ 10.1" color TSI - intuitive user interface <br><br> ■ High quality output at 1200 x 1200 dpi <br><br> ■ Reliable media handling on stocks up to 12" x 18" and substrates up to 300 gsm <br><br> ■ Professional finishing options designed for high-speed, high-volume workplaces <br><br> ■ Robust and accurate scanning at up to 220 ipm <br><br> Source: https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html |



**Basic Specifications**

**Configuration:** Multifunctional System — Print/Scan/Copy/Optional Fax

**Display:** 10.1" Color Touch Screen Control Panel

**Resolution:** Up to 1200 x 1200 dpi

**Memory / Hard Disk Drive:** 4.5GB RAM / 8GB SSD / 320GB HDD Standard

**Duplex:** Standard Stackless Duplex Supports Statement (5.5" x 8.5") to 12" x 18", 16 lb Bond - 142 lb Index (60 — 256gsm)

**Standard Output Tray:** Statement — 12" x 18" / 70 sheets; up to 12" x 48" Banner (Single Sheet)

**Electrical Requirements:** 120V, 60Hz, 16A; 220-240V, 50Hz, 10A

**Dimensions:** 27" W x 31.1" D x 41.5" H

Source:      https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

## Using the Touch Panel

Keys for performing basic operations are displayed on the lower and right side of the touch panel.



1  [**Status/Job Cancel**] key: Displays the Status/Job Cancel screen.

2  Function Key: These keys enable various functions and applications, including copy and scan, to be registered.

➡  Assigning Functions to Function Keys (page 2-18)

3  [**Accessibility Display**] key: Switches the touch panel display on the Copy screen and the Send screen to a magnified view.

4  [**Start**] key: Starts copying and scanning operations and processing for setting operations.

5  [**Stop**] key: Cancels or pauses the job in progress.

6  [**Reset**] key: Returns settings to their default states.

7  [**Numeric Keypad**] key: Displays numeric keys on the touch panel.

8  [**Interrupt**] key: Displays the Interrupt Copy screen.

9  [**System Menu/Counter**] key: Displays the System Menu screen.

10 [**Authentication/Logout**] key: Authenticates user switching, and exits the operation for the current user (i.e. log out).

11 Screen area: Displays the screen of each function.

Source:       https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/SetupTool_3_1ENOGR310_2022_05_pdf.download.pdf

---

| to enable installation of additional applications or application software at the wireless printing device for providing additional functionalities to the wireless printing device or for upgrading the wireless printing device; and | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) enables installation of additional application software (e.g., updating software/firmware, adding applications etc.) at the wireless printing device for providing additional functionalities to the wireless printing device for upgrading the wireless printing device* |
| --- | --- |

**Wireless Printing Device**
**Kyocera TASKalfa 8353ci**

# TASKalfa 8353ci

Drivers        Documents        **Software**

FirmwareUpgradePackage TASKalfa 7353ci 8353ci (Latest / 03.03.0110)

Source: https://www.kyoceradocumentsolutions.us/en/support/downloads.name-L2V1L2VuL21mcC9UQVNLQUxGQTgzNTNDSQ==.html#tab=application

## 1.4 About the Software Upgrade Tool

A firmware is a built-in software that controls a product. A HyPAS application is a software that improves the product functionality. By updating the firmware or the HyPAS application, improvements can be made to the product's security and operations can be stabilized. We recommend using this application to update the product's firmware or the HyPAS application so that you can continue to use the product safely.

Source:https://www.kyoceradocumentsolutions.eu/content/dam/download-center-cf/eu/documents/usermanual/Software_Upgrade_Tool_UserManual_EN_pdf.download.pdf

### Display for Device Information

Shows device information. Allows you to check system and network information, as well as options that are used.

1  [Home] (⌂) key > [Device Information]

2  Check the device information.

| Tab | Description |
| --- | --- |
| Identification/Wired Network | You can check ID information such as the model name, serial number, host name and location, and the IP address of the wired network. |
| Wi-Fi | You can check ID information such as the model name, serial number, host name and location, and the IP address of the wireless network. |
| FAX*1 | You can check the local fax number, local fax name, local fax ID and other fax information. |
| Soft Ver/Capability/Security | You can check the software version and performance, and security information on the machine. |
| Option | You can check information on the options that are used. |

*1  Displayed only on products with the fax function installed.

### Application

The functionality of the machine can be expanded by installing applications.

Applications that help you perform your daily more efficiently such as a scan feature and an authentication feature are available.

For details, consult your sales representative or dealer.

### Installing Applications

To use applications, first install the application in the machine and then activate the application.

2  Install the application.

1  [Add] > [OK]

2  Insert the USB drive containing the application to be installed into the USB Memory Slot.

> NOTE
> When the message "USB Drive is recognized. Displaying files. Are you sure?" is displayed, select [No].

3  Select the application to be installed > [Install]

You can view detailed information on the selected application by selecting [Detail].

**4** Select [**Yes**].

Installation of the application begins. Depending on the application being installed, the installation may take some time.

Once the installation ends, the original screen reappears.

> **NOTE**
> • To install another application, repeat steps 2-3 and 2-4.
> • To remove the USB drive, select [**Remove USB Drive**] and wait until the message "USB Drive can be safely removed." appears. Then remove the USB drive.

Source:        https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| | |
|---|---|
| wherein the wireless printing device further enables the one or more wireless information apparatus to wireless device discover the wireless printing device over the short range wireless communication link between the one or more wireless information apparatus and the wireless printing device for enabling the wireless printing device to be selected for service; and | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) enables the one or more wireless information apparatus (e.g., Kyocera smartphone etc.) to wireless device discover the wireless printing device over the short range wireless communication link (e.g., discovery over Wi-Fi/Wi-Fi Direct communication) between the one or more wireless information apparatus and the wireless printing device for enabling the wireless printing device to be selected for service (e.g., printing etc.).* <br><br> **Wireless printing device enables wireless discovery at the wireless information apparatus:** <br><br> **(A) via Kyocera Mobile Print app** <br><br> Using Mobile Print is easy! Just follow these four easy steps: <br><br> ■ Download the free app from the respective app store. <br> ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print. <br> ■ Open the document, image or web page you wish to print. <br> ■ Finally, **select** the device you wish to print to, set your preferences and press print. <br><br> Source: <br> https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html <br><br> **What type of connection do I need to print or scan from my mobile device?** <br><br> To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network. <br><br> **How does Mobile Print discover printing devices?** <br><br> Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device. <br><br> Source: <br> https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing |





to the same wireless network as the Kera printer or



mfp then launch the kiasera Mobile Print app from your



app from your device tap the photos tab within the app



and choose the desired photo from your photo album



photo album or even take a photo using the camera feature embedded





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

**What are the requirements for printing with Mopria Print Service?**

**1** A smartphone or tablet with the Android Operating System, version 4.4 or later

Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

**2** A printer, MFP or print accessory that is Mopria-certified

The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

US 9,036,181                                                                Page 48 of 65

**3 A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDIIS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDIIS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11** is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.

**4 Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

**How do I discover a Mopria-certified printer?**

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*
*Open the app you want to print from and look for a print option, button or icon.*
*This print function is often found under the apps or share menu."*



| Find the print option | Select a nearby printer | Tap print |

Source: https://mopria.org/print-from-android

**How to Print from Android**



Check that the Mopria Print Service is on by going to your device settings and tapping on printing.



Now, you are ready to print from your device.



Select "All printers" to discover printers near you.



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

**(C) via Wi-Fi Direct Printing**

# Setting Wi-Fi Direct

Setting Wi-Fi Direct enables you to print from the Wi-Fi Direct environment. The configuration methods are as follows:

## Configuring the Connection from the Operation Panel on This Machine

### Connecting to Computers or Handheld Devices that Support Wi-Fi Direct

**1 Display the screen.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Wi-Fi Direct Settings" [Next] > "Wi-Fi Direct" [Change]

**2 Configure the settings.**

[On] > [OK]

**3 Restart the network.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Restart Network" [Start] > [Yes]

**4 Specify the machine name from the computer or handheld device.**

If a confirmation message appears on the operation panel of the machine, select [Yes].

The network between this machine and the handheld device is configured.

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

## Wi-Fi Direct for Android

1. Open Settings

2. Select Connections

3. Tap Wi-Fi

4. Select Wi-Fi Direct

5. Find and choose the device you want to connect to

6. The other device will send an invitation to connect

7. Tap Connect to establish the connection

**How Does Wi-Fi Direct Work?**

### 1. Device Discovery:

When you enable Wi-Fi Direct on your device, it starts scanning for other available devices to connect. This is achieved through a process called "service discovery," where devices broadcast their presence and capabilities on a local network.

### 2. Connection Establishment:

Once your device finds another compatible device, you can initiate a connection. This usually involves selecting the other device from a list and confirming the connection. The paired devices then establish a secure, direct connection.

### 3. Data Transfer:

You can then transfer files or data between the two devices free from a network. The transfer speed will depend on factors like the distance between the devices, the quality of their hardware, and the amount of data being transferred.

Wi-Fi Direct, also known as Peer-to-Peer Wi-Fi, enables different devices to connect directly without requiring a Wi-Fi network or internet connection. This means you can share files, photos, and videos, or even connect to a printer directly from your smartphone or tablet.

| | |
|---|---|
| | Source:https://broadband.yourcoop.coop/help-resources/What-is-Wi-Fi-direct-and-how-to-use-it/ |
| wherein the wireless printing device is further operable to facilitate a digital halftoning operation on at least part of the digital content for printing an image corresponding to at least part of the digital content onto a substrate. | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) is operable to facilitate a digital halftoning operation on at least part of the digital content for printing an image corresponding to at least part of the digital content onto a substrate.*<br><br>**Wireless Printing Device:**<br>**Kyocera TASKalfa 8353ci printer**<br><br>Kyocera TASKalfa 8353ci<br><br>Image processing<br>U404 Adjusting margins for scanning an original from the document processor — Adjust the scan original margin (DP)<br>U407 Adjusting the writing timing (Duplex/Reversal) — Adjust writing timing when duplexing<br>U410 Adjusting the halftone automatically — Acquiring the data for the automatic halftone adjustment and the ID correction<br>U411 Scanner auto adjustment — Adjust the scanner/DP automatically<br>U412 Adjusting the uneven density — Adjust uneven density of the LSU<br><br>Source:<br>https://printcopy.info/?mod=ts&brand=Kyocera&model=TASKalfa+8353ci&tID=2963<br><br>**Sharpness**<br><br>   <br><br>Adjusts the sharpness of image outlines.<br><br>When copying penciled originals with rough or broken lines, clear copies can be taken by adjusting sharpness toward "Sharpen". When copying images made up of patterned dots such as magazine photos, in which moire[1] patterns appear, edge softening and weakening of the moire effect can be obtained by setting the sharpness toward "Blur".<br><br>When [All] is selected, select [-3] to [3] (Blur - Sharpen) to adjust the sharpness.<br>When [Text/Fine Line] is selected, select [0] to [3] (Normal - Sharpen) to adjust the sharpness.<br><br> |

| | |
|---|---|
| | Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf<br><br>**Halftone Screening**<br><br>It is important to stop here for a discussion about halftone screening that a RIP applies to photographs and graphics to represent grey levels or tonal values in a graphic element. We described how the RIP makes a grid of one-bit data, but graphics are not just black and white — they have tonal values from 0% (nothing) printing to 100% (solid) printing. If we want to render the tonal values in-between in half percent increments, we need 200 addresses to record the different values. Computer data is recorded in bits, two values (on and off), and bytes, which are eight bits strung together in one switch. The number of values a byte can record is 256 — the number of combinations of on and off that the eight bits in the byte can express. A computer records a byte of data for each primary colour (red, green, and blue — RGB) for each detail in a photo, as a *pixel* (picture element), which controls the phosphors on electronic imaging devices. A RIP must convert the eight-bit RGB values into the four primary printing ink colours (cyan magenta, yellow, and black — CMYK). There are two distinct steps here: (1) conversion from RGB to CMYK continuous tone data (24 bit RGB to 32 bit CMYK); and (2) continuous tone to one-bit screening algorithms. We have to be in the output colour space before we can apply the one-bit conversion. It converts the eight-bit tonal values into one-bit data by dividing the area into cells that can render different sizes and shapes of dots by turning spots on and off in the cell. A cell with a grid that is 10 laser spots wide by 10 laser spots deep can render different 100 dot sizes (10 x 10), from 1% to 99%, by turning on more and more of the laser spots to print. If we think back to the plate-setter for lithographic platemaking, we know it is capable of firing the laser 2,000 to 3,000 times per inch. If the cells making up our printing dots are 10 spots square, we can make dot sizes that have a resolution of 200 to 300 halftone screened dots in one inch. A RIP has screening (dot cell creation) algorithms that convert the data delivered in RGB pixels at 300 pixels per inch into clusters of laser spots (dots) for each printing primary colour (CMYK).<br><br>Source: https://opentextbc.ca/graphicdesign/chapter/5-2-raster-image-processing/ |
| 3. The wireless printing device of claim 1 in which the short-range wireless communication link is compatible, at least in part, with at least part of a protocol operating within IEEE 802.11 wireless protocol standard for direct wireless communication between the wireless printing device and the one or more wireless information apparatus. | *The short-range wireless communication link is compatible with at least part of a protocol operating within IEEE 802.11 wireless protocol standard for direct wireless communication (e.g., Wi-Fi Direct communication) between the wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) and the wireless information apparatus (e.g., Kyocera smartphone).*<br><br>**Wireless printing device establishes direct communication with the wireless information apparatus:**<br><br>**(C) via Wi-Fi Direct Printing** |

## Setting Wi-Fi Direct

Setting Wi-Fi Direct enables you to print from the Wi-Fi Direct environment. The configuration methods are as follows:

### Configuring the Connection from the Operation Panel on This Machine

### Connecting to Computers or Handheld Devices that Support Wi-Fi Direct

**1 Display the screen.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Wi-Fi Direct Settings" [Next] > "Wi-Fi Direct" [Change]

**2 Configure the settings.**

[On] > [OK]

**3 Restart the network.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Restart Network" [Start] > [Yes]

**4 Specify the machine name from the computer or handheld device.**

If a confirmation message appears on the operation panel of the machine, select [Yes].

The network between this machine and the handheld device is configured.

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

**Wireless Information Apparatus**
**Kyocera Dura Force Ultra 5G**

**DURAFORCE ULTRA 5G**



| | |
|---|---|
| Wi-Fi | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

| | |
|---|---|
| | **Compatibility with IEEE 802.11 standards**<br><br>Wi-Fi-Direct is a standard developed by Wi-Fi Alliance so that Wi-Fi devices can connect and communicate with each other directly without using an access point (AP).* This is also known as Wi-Fi P2P (Wi-Fi Point-to-Point). This is very useful for direct file transfer, internet sharing, or connecting to a printer. Wi-Fi Direct can communicate with one or more devices simultaneously at typical Wi-Fi speeds.<br><br>Wi-Fi Direct supports IEEE 802.11 a/b/g/n/ standards.<br><br>Source: https://devopedia.org/wi-fi-direct |
| 4. The wireless printing device of claim 1 in which the radio wireless communication unit is further operable for sending or uploading an output device profile that includes a software component, from the wireless printing device to the one or more wireless information apparatus over the short range wireless communication link, for running the software component at the one or more wireless information apparatus. | *NA* |
| 5. The wireless printing device of claim 1 in which the managing of the short-range wireless communication link further comprises sending or receiving a security key for enabling restricted short range wireless communication over the short-range wireless communication link and via the radio wireless communication unit. | *The wireless printing device (e.g., Kyocera TASKalfa 8353ci printer etc.), via its radio wireless communication unit (e.g., Wi-Fi module) receives a security key (e.g. username, password, PIN, Wi-Fi Direct password etc.) over the short-range wireless communication link (e.g., over Wi-Fi/Wi-Fi direct communication) enabling the restricted short range wireless communication link (e.g., Wi-Fi/Wi-Fi Direct communication link).*<br><br>**Wireless printing device receives security key over short range wireless communication link :**<br><br>**(A)via Kyocera Mobile Print app**<br><br>The system administrator can restrict printing and scanning on the printing device or through Command Center by turning on local authentication or network authentication. With User login enabled, an administrator can restrict access to resources. Administrators can set job quotas using Job accounting.<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing |



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

What functionalities does the Mopria Print Service include?

Depending on your printer's capabilities, the Mopria Print Service lets users easily customize color, number of copies, duplex, paper size, page range, media type, and orientation and also features finishing options such as punching, folding and stapling. Additionally, the app also includes workplace features like user authentication, pin printing, and accounting.

Source: https://mopria.org/faq

## Printing Administration

Using the Mopria Print Service, administrators can enforce print policies to ensure printing is always available but remains cost-effective and secure as possible.

- Using Mopria Print Service, administrators can implement print policies that save money, such as restricting printing only allowing two-sided or monochrome (black and white) printing.
- For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing.
- Administrators can track printing behaviors of individual users via User and Account IDs.

Source:https://mopria.org/print-for-business#:~:text=Printing%20Administration,Get%20the%20Mopria%20Print%20Service

Since its launch, the Mopria Print Service has enabled printing on Android smartphones and tablets to Mopria certified printers. It lets users easily customize color, number of copies, duplex, paper size, page range, media type and orientation, as well as workplace features like user authentication, pin printing and accounting capabilities all without having to install printer brand specific apps.

Source:
https://mopria.org/Documents/MPS%202%203%20Press%20Release%20FINAL.pdf

For admins wanting to include printing for their EMM users, Mopria Print Service enables admin-level control around what is printed and how it is printed. Using Mopria Print Service, admins can implement print policies that save money, such as restricting printing by only allowing two-sided or monochrome (black and white) printing. For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing. Admins can even track the printing behaviors of individual users via User and Account IDs.

Source: https://mopria.org/images/Mopria%20Enterprise%20Mobile%20Print.pdf

*Note: Users can register/add login profile (username and password) by adding in local user list on the printer.*

*Later, they can login with the same profile details (username and password) in the above scenarios.*

## Strengthening the Security

This machine is shipped with two default users registered one with Machine Administrator rights, and another with Administrator rights.Logging in as this user will allow you to configure all settings; therefore, please change the login user name and password.

In addition, this machine is equipped with user authentication function, which can be configured to limit the access to this machine to only those who have a registered login name and password.

| Item | Descriptions |
|---|---|
| Local Authentication | User authentication based on user properties on the local user list stored in the machine. |
| Network Authentication | User authentication based on Authentication Server. Use a user property stored in Authentication Server to access the network authentication login page. |

## Adding a User (Local User List)

You can add up to 1,000 users (including the default login user name).

**1 Display the screen.**

1 [System Menu/Counter] key > [User Login/Job Accounting]

**NOTE**

If the login user name entry screen appears during operations, enter a login user name and password, and select [Login]. For this, you need to login as an administrator or as a user with privileges to carry out this setting.
The factory default login user name and login password are set as shown below.

| Model Name | Login User Name | Login Password |
|---|---|---|
| 7353ci | 7300 | 7300 |
| 8353ci | 8300 | 8300 |

2 "User Login Setting" [Next] > "Local User List" [Add/Edit]

**2 Enter the user information.**

[Add] > Enter the user information > [OK]

| Item | Descriptions |
|---|---|
| User Name*1 | Enter the name displayed on the user list (up to 32 characters). |
| Login User Name*1 | Enter the login user name to login (up to 64 characters). The same login user name cannot be registered. |
| Login Password | Enter the password to login (up to 64 characters). Reenter the same password for confirmation and select the [OK] key. |

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

**(C) via Wi-Fi Direct communication**

## Setting Wi-Fi Direct

Setting Wi-Fi Direct enables you to print from the Wi-Fi Direct environment. The configuration methods are as follows:

### Configuring the Connection from the Operation Panel on This Machine

### Connecting to Computers or Handheld Devices that Support Wi-Fi Direct

**1  Display the screen.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Wi-Fi Direct Settings" [Next] > "Wi-Fi Direct" [Change]

**2  Configure the settings.**

[On] > [OK]

**3  Restart the network.**

[System Menu/Counter] key > [System/Network] > "Network" [Next] > "Restart Network" [Start] > [Yes]

**4  Specify the machine name from the computer or handheld device.**

If a confirmation message appears on the operation panel of the machine, select [Yes].

The network between this machine and the handheld device is configured.

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

### Step 1  -  Use Wi-Fi Direct to access the printer's web interface

**Enable Wi-Fi Direct**

1. Press the **Menu** button
2. Navigate to **Wi-Fi Direct Set** (not Wi-Fi Direct)
3. Set **Wi-Fi Direct** to **On**
4. Restart the printer

**Connect to the printer's Wi-Fi Direct network**

1. Press the **Menu** button
2. Navigate to **Wi-Fi Direct** (not Wi-Fi Direct Set)
   1. Navigate to **NetworkName (SSID)** to see the Wi-Fi Direct network name of the printer
      - The format is DIRECT-#########
   2. Navigate to **Password** to see the Wi-Fi Direct network password of the printer
   3. Navigate to **IP Address** to see the Wi-Fi Direct network IP address of the printer
      - The default is normally 192.168.254.241
3. Connect to this network from a laptop, smart phone, tablet or computer

| | |
|---|---|
| | Source:https://sites.google.com/view/howtoguidesforkyoceraprinters/how-to-connect-a-printer-with-wifi-to-a-wifi-network<br><br>💬 **How is security implemented in Wi-Fi Direct?**<br><br>Wi-Fi Direct devices are required to implement Wi-Fi Protected Setup (WPS) to support a secure connection with minimal user intervention. WPS is based on WPA-2 security and uses AES-CCMP as ciphering, and a randomly generated Pre-Shared Key (PSK) for mutual authentication.*<br><br>Source: https://devopedia.org/wi-fi-direct#qst-ans-6 |
| 6. The wireless printing device of claim 1 in which establishing the short-range wireless communication link between the one or more wireless information apparatus and the wireless printing device includes accessing a wireless local area network and the short-range wireless communication link is compatible with at least part of one protocol operating within an IEEE 802.11 wireless protocol standard. | *The establishing of the short-range wireless communication link (e.g., Wi-Fi communication etc.) between the one or more wireless information apparatus (e.g., Kyocera smartphone) and the wireless printing device (e.g., Kyocera TASKalfa 8353ci printer) includes a accessing a wireless local area network (e.g., Wi-Fi network) and the short-range wireless communication link is compatible with at least part of one protocol operating within an IEEE 802.11 wireless protocol standard.*<br><br>**Wireless printing device connecting to wireless local area network:**<br><br>**Wi-Fi Settings**<br>[System Menu/Counter] key > [System/Network] > [Network] > [Wi-Fi Settings]<br>Set Wi-Fi.<br>**Wi-Fi**<br><br>| Item | Description |<br>|---|---|<br>| Wi-Fi | Select whether to use Wi-Fi.<br>**Value: Off, On** |<br><br>**Setup**<br><br>| Item | | Description |<br>|---|---|---|<br>| Connection Status | | Check the wireless LAN status. |<br>| Quick Setup | | If the machine will connect to an access point that supports the automatic wireless network setup, connection settings can be configured by Quick Setup. |<br>| | Available Network | Displays access points to which the machine can connect. |<br>| | WEP Key Index | Select the key index of the access point.<br>**Value: 0 to 3** |<br>| | Push Button Method | If the access point supports the push button method, wireless settings can be configured using the push button. This setting executes push button, and the connection is started by pressing the push button on the access point.<br><br>🔘 NOTE<br>The push button method supports only the WPS. |<br>| | PIN Code Method (Device) | Starts connection using the machine's PIN code. Enter the PIN code into the access point. The PIN code of the machine is automatically generated. |<br><br>Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf<br><br>Connecting a Kyocera Printer to Wi-Fi |

**Connect Kyocera to Wi-Fi manually (SSID & password)**

If you don't want to use WPS or your router doesn't support it, connect the Kyocera manually:

1. Go to the printer's **Network/Wi-Fi menu**.
2. Scan for available networks and select your **Wi-Fi name (SSID)**.
3. Enter the **Wi-Fi password** exactly (mind upper/lowercase).
4. Encryption (usually WPA2/WPA3) is typically detected automatically.
5. Save and, if needed, restart the printer.

Source:https://www.farbtoner.shop/en/Connecting-a-Kyocera-Printer-to-Wi-Fi-Router-Repeater-Guest-Network:_:225.html

**Wireless printing device and wireless information apparatus access wireless local area network for establishing short range wireless communication:**

**(A) via Kyocera Mobile print**

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
    - Dropbox
    - Evernote
    - OneDrive
    - Google Drive
    - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

**What type of connection do I need to print or scan from my mobile device?**

To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

**How does Mobile Print discover printing devices?**

Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

US 9,036,181 Page 62 of 65

Using Mobile Print is easy! Just follow these four easy steps:

- ■ **Download** the free app from the respective app store.

- ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

- ■ **Open** the document, image or web page you wish to print.

- ■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBIL
EPRINT.html

**(B) via Mopria Print Service**

"*Mopria Print Service enables printing over Wi-Fi or* Wi-Fi Direct *from your Android smartphone or tablet to Mopria® certified printers and multi-function printers (MFP)* from Brother, Canon, DEVELOP, Epson, FUJIFILM, Gestetner, HP, Infotec, Konica Minolta, **Kyocera,** Lanier, Lenovo, Lexmark, NEC, NRG, Pantum, RICOH, Samsung, Savin, Sharp, TA Triumph Adler-UTAX, Toshiba and Xerox. The companies who make these devices have collaborated to create the Mopria Print Service to make printing easier and create an industry-wide print solution. Print. Scan. Go."

"*Easily print photos, web pages and documents when your mobile device is connected to a Mopria® certified printer through a wireless network or using Wi-Fi Direct®.* Control print settings such as color, number of copies, duplex, paper size, page range, media type and orientation. In the workplace, take advantage of the advanced punching, folding, stapling, PIN printing, user authentication, and accounting features."

"*The Mopria Print Service also allows users to print using the Share feature from many of their favorite apps including Facebook, Flipboard, LinkedIn, Twitter and Pinterest, giving users the power to print easily.* When using the Share feature, users will see a Mopria Print Service option is included as an option after email and messaging. *The Share icon is conspicuously placed and users simply select the Mopria Print Service option, select their printer, adjust settings and print.*"

Source:
https://play.google.com/store/apps/details?id=org.mopria.printplugin&hl=en_US&gl
=US

**What are the requirements for printing with Mopria Print Service?**

① A smartphone or tablet with the Android Operating System, version 4.4 or later
Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

② A printer, MFP or print accessory that is Mopria-certified
The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

**3** **A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDIIS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDIIS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4** **Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf


**How do I discover a Mopria-certified printer?**

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*
*Open the app you want to print from and look for a print option, button or icon.*
*This print function is often found under the apps or share menu."*



Find the print option    Select a nearby printer    Tap print



**What Can I Print?**

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

Source: https://mopria.org/print-from-android