# EXHIBIT 11
# Application of U.S. Patent No. 10,140,071 to the Accused Printers[*],[**]

---

[*] The term "Accused Printers" refers to Kyocera's ECOSYS, CS, TASKalfa, and PA series printers and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Kyocera's affiliated companies, that have the features shown in this chart, or substantially similar features.

[**] This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US10140071B2 vs. Accused Printers | |
|---|---|
| **US10140071B2** | **Accused Printers** |
| 1. A printing device supporting wireless printing of digital content, comprising: | *A printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) supports wireless printing of digital content (e.g., photos, documents etc.).* <br><br> **Printing Device:** <br> **Kyocera TASKalfa 8353ci printer** <br><br> TASKalfa 8353ci <br><br> Source: <br> https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**Printing device wirelessly printing digital content via:**

**(A) Kyocera Mobile Print App**



Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
    - Dropbox
    - Evernote
    - OneDrive
    - Google Drive
    - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:

https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

**What type of connection do I need to print or scan from my mobile device?**

To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

**How does Mobile Print discover printing devices?**

Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source:

https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- Open the document, image or web page you wish to print.
- Finally, select the device you wish to print to, set your preferences and press print.

Source:

https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**(B) via Mopria Print Service**

*Note: Mopria print service allows the smartphone to print from print-enabled application to a Mopria certified printer such as Kyocera wireless printer.*

The Mopria Print Service offers a simple and seamless way to connect and send documents and pictures from Android devices to a nearby Kyocera MFP or Printer. With this app, you can print to any Mopria certified Kyocera MFP or Printer without installing additional software or drivers allowing users to print easily on-the-go. The Mopria Print Service is available for download from Google Play.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/MOPRIAPRINTSERVICE.html

# Printing by Mopria

Mopria is a standard on printing function included in Android 4.4 or later products.

Mopria Print Service needs to be installed and enabled in advance.

For details on how to use, refer to a Web site of Mopria Alliance.



Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

**What are the requirements for printing with Mopria Print Service?**

1. A smartphone or tablet with the Android Operating System, version 4.4 or later
   Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

2. A printer, MFP or print accessory that is Mopria-certified
   The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

3. A wireless network
   The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

   **Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

   **Definitions:**
   mDNS resolves host names to IP addresses within small networks that do not include a local name server.

   **802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

4. Apps that support Android KitKat (4.4) or later printing
   Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

***"How It Works***

*__Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.__*"



Find the print option          Select a nearby printer          Tap print



**What Can I Print?**

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

Source: https://mopria.org/print-from-android

| | |
|---|---|
| a memory or storage hardware component to store at least part of an output device profile, the output device profile includes at least one attribute related to the printing device; and | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) comprises a memory or storage component (e.g., memory) for storing output device profile (e.g., device attributes such as device name, model name, printer capabilities information such as PDLs, Duplex printing, print size, resolution, color supported etc.) supported by the printing device.*<br><br>**Printing Device:**<br>**Kyocera TASKalfa 8353ci printer** |

**Basic Specifications**

**Configuration:** Multifunctional System — Print/Scan/Copy/Optional Fax

**Display:** 10.1" Color Touch Screen Control Panel

**Resolution:** Up to 1200 x 1200 dpi

**Memory / Hard Disk Drive:** 4.5GB RAM / 8GB SSD / 320GB HDD Standard

**Duplex:** Standard Stackless Duplex Supports Statement (5.5" x 8.5") to 12" x 18", 16 lb Bond - 142 lb Index (60 — 256gsm)

**Standard Output Tray:** Statement — 12" x 18" / 70 sheets; up to 12" x 48" Banner (Single Sheet)

**Electrical Requirements:** 120V, 60Hz, 16A; 220-240V, 50Hz, 10A

**Dimensions:** 27" W x 31.1" D x 41.5" H

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary



| | Public methods | |
|---|---|---|
| int | describeContents() | Describe the kinds of special objects contained in this Parcelable instance's marshaled representation. |
| boolean | equals(Object obj) | Indicates whether some other object is "equal to" this one. |
| int | getColorModes() | Gets the bit mask of supported color modes. |
| PrintAttributes | getDefaults() | Gets the default print attributes. |
| int | getDuplexModes() | Gets the bit mask of supported duplex modes. |
| List<PrintAttributes.MediaSize> | getMediaSizes() | Gets the supported media sizes. |
| PrintAttributes.Margins | getMinMargins() | Gets the minimal margins. |
| List<PrintAttributes.Resolution> | getResolutions() | Gets the supported resolutions. |

Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo

| | |
|---|---|
| | **PrinterInfo** 🔖                          Added in API level 19 <br><br>                                               Kotlin  &#124;  **Java** <br><br> `public final class PrinterInfo`<br>`extends Object implements Parcelable` <br><br> java.lang.Object<br> ↳ android.print.PrinterInfo <br><br><br><br> This class represents the description of a printer. Instances of this class are created by print services to report to the system the printers they manage. The information of this class has two major components, printer properties such as name, id, status, description and printer capabilities which describe the various print modes a printer supports such as media sizes, margins, etc. <br><br> Once `built` the objects are immutable. <br><br> Source: https://developer.android.com/reference/android/print/PrinterInfo |
| one or more wireless communication units for wireless communication, the one or more wireless communication units include one or more wireless communication chips or chipsets, at least one wireless communication chip or chipset of the one or more wireless communication chips or chipsets being compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards; and | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes one or more wireless communication unit that include one or more wireless communication chips or chipsets (e.g., Wi-Fi module etc.) for wireless communication (e.g., Wi-Fi communication).* <br><br> *The one or more wireless communication chips or chipsets being compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards.* <br><br> **Printing Device:**<br>**Kyocera TASKalfa 8353ci printer** |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf



Source: https://www.itu.int/en/ITU-D/Regional-Presence/AsiaPacific/SiteAssets/Pages/Events/2017/Oct2017CIIOT/CIIOT/7.Session3-

| | 2%20Introduction%20of%20Wi-Fi%20Interoperability%20Certification%20Test-%E5%86%AF%E5%BF%97%E8%8A%B3V3.pdf |
|---|---|
| | "*The technical name for WiFi is IEEE 802.11* & it is key to everyday life enabling data to be transferred to devices from a router / hotspot. |
| | "To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. *The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.* By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc." |
| | Source:https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php |
| wherein the printing device uses the one or more wireless communication chips or chipsets to: wirelessly broadcast availability of the printing device for the one or more wireless information apparatuses to wirelessly discover the printing device for service; | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) uses the one or more wireless communication chips or chipsets (e.g., Wi-Fi module etc.) to wirelessly broadcasts its availability to be wirelessly discovered by the wireless information apparatus (e.g., Kyocera smartphone etc.) for service (e.g., wireless printing).* **Wireless Information Apparatus: Kyocera DuraForce Ultra 5G**  |

| Radios | **5G NR:** FR1 − n2 (1900), n5 (850), n66 (1700)<br>FR2 (mmWave) − n260 (39 GHz), n261 (28 GHz)<br>**LTE CAT11:** B12, B13, B5, B4, B66, B3, B2, B1, B7, B48<br>**CA Combinations:** 4CA<br>**GSM:** B5, B8, B3, B2 (850, 900, 1800, 1900MHz)<br>**UMTS:** B5, B8, B2, B1 (850, 900, 1900, 2100MHz) |
|---|---|
| Wi-Fi | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz<br>802.11mc for Indoor Location<br>Enterprise Grade dual-band Wi-Fi<br>Hotspot (Up to 10 connections)<br>Miracast & Wi-Fi Direct |
| Connectivity | Bluetooth 5.0 LE + EDR<br>NFC, High-speed USB 3.1 Type-C<br>GPS (L1+L5 Dual Band), Glonass & Galileo |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Printing device broadcasting its availability for wireless discovery by wireless information apparatus**:

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html

**What type of connection do I need to print or scan from my mobile device?**

To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

**How does Mobile Print discover printing devices?**

Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

## Mobile - KYOCERA Mobile Print App









mfp then launch the kiasera Mobile Print app from your



app from your device tap the photos tab within the app



and choose the desired photo from your photo album



photo album or even take a photo using the camera feature embedded



image then tap select a device



device find devices and select the kyera

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print service**

**What are the requirements for printing with Mopria Print Service?**

**1** A smartphone or tablet with the Android Operating System, version 4.4 or later

Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

**2** A printer, MFP or print accessory that is Mopria-certified

The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

**3** A wireless network

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDIIS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDIIS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4** Apps that support Android KitKat (4.4) or later printing

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

**How do I discover a Mopria-certified printer?**

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*
*Open the app you want to print from and look for a print option, button or icon.*
*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android

## How to Print from Android



Check that the Mopria Print Service is on by going to your device settings and tapping on printing.



Now, you are ready to print from your device.



Select "All printers" to discover printers near you.

<table>
<tr>
<td></td>
<td>

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY</td>
</tr>
<tr>
<td>wirelessly transmit at least part of the output device profile, stored within the printing device, to the one or more wireless information apparatuses that have wirelessly discovered the printing device; and</td>
<td>*The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) wirelessly transmits at least part of the stored output device profile (e.g., device name, model name, print capabilities information such as PDLs, Duplex printing, print size, resolution, color supported etc.) to the wireless information apparatus (e.g., Kyocera smartphone) that have discovered the printing device.*

**Printing device transmits stored output device profile to the wireless information apparatus:**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.

- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

- Open the document, image or web page you wish to print.

- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html</td>
</tr>
</table>

What printing options are available through the app?

The print quality options supported in the app are Normal, Draft, and High (B&W models only). Paper size options are Letter, Legal, Ledger, Statement, A3, A4, A5, A6, Folio, B4, B5, B6, and Hagaki. You can also select the number of copies to print, number of pages per sheet, and page range. Additional options are displayed in Printing Preferences based on the printing device model.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

## Mobile - KYOCERA Mobile Print App







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print service:**

How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

,

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android

**How to Print from Android**



Select "All printers" to discover printers near you.





You can set optional settings or tap "More Options" to set advanced features.



You can set optional settings or tap "More Options" to set advanced features.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary



This class represents the capabilities of a printer. Instances of this class are created by a print service to report the capabilities of a printer it manages. The capabilities of a printer specify how it can print content. For example, what are the media sizes supported by the printer, what are the minimal margins of the printer based on its technical design, etc.



Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo

## PrinterInfo

Added in API level 19

Kotlin | **Java**

```
public final class PrinterInfo
extends Object implements Parcelable
```

java.lang.Object
 ↳ android.print.PrinterInfo

This class represents the description of a printer. Instances of this class are created by print services to report to the system the printers they manage. The information of this class has two major components, printer properties such as name, id, status, description and printer capabilities which describe the various print modes a printer supports such as media sizes, margins, etc.

Once `built` the objects are immutable.

Source: https://developer.android.com/reference/android/print/PrinterInfo

## PrintAttributes

Added in API level 19

Kotlin | **Java**

```
public final class PrintAttributes
extends Object implements Parcelable
```

java.lang.Object
 ↳ android.print.PrintAttributes

This class represents the attributes of a print job. These attributes describe how the printed content should be laid out. For example, the print attributes may state that the content should be laid out on a letter size with 300 DPI (dots per inch) resolution, have a margin of 10 mills (thousand of an inch) on all sides, and be black and white.



| Nested classes | |
|---|---|
| class | **PrintAttributes.Builder**<br>Builder for creating `PrintAttributes`. |
| class | **PrintAttributes.Margins**<br>This class specifies content margins. |
| class | **PrintAttributes.MediaSize**<br>This class specifies a supported media size. |
| class | **PrintAttributes.Resolution**<br>This class specifies a supported resolution in DPI (dots per inch). |

| Constants | | |
|---|---|---|
| int | **COLOR_MODE_COLOR**<br>Color mode: Color color scheme, for example many colors are used. | |
| int | **COLOR_MODE_MONOCHROME**<br>Color mode: Monochrome color scheme, for example one color is used. | |
| int | **DUPLEX_MODE_LONG_EDGE**<br>Duplex mode: Pages are turned sideways along the long edge - like a book. | |
| int | **DUPLEX_MODE_NONE**<br>Duplex mode: No duplexing. | |
| int | **DUPLEX_MODE_SHORT_EDGE**<br>Duplex mode: Pages are turned upwards along the short edge - like a notpad. | |

Source: https://developer.android.com/reference/android/print/PrintAttributes

What printing protocols are supported?

RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

**What is IPP?**

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

**What are Printers?**

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

**Printer Capability Attributes**

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).
- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

| | |
|---|---|
| wirelessly receive, from the one or more wireless information apparatuses and via the at least one wireless communication chip or chipset that is compatible,3 at least partly, with at least one protocol within IEEE 802.11 wireless standards, print data that is related to at least part of the digital content for printing at the printing device, and wherein the print data is further related, at least partly, to the at least one attribute included in the output device profile that is wirelessly transmitted from the printing device to the one or more wireless information apparatuses. | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) via the at least one wireless communication chip or chipset (e.g., Wi-Fi module etc.) that is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards, wirelessly receives from the one or more wireless information apparatuses (e.g., Kyocera smartphone) the print data (e.g., print job etc.). The print data is related to the digital content (e.g., photo, document etc.) for printing at the printing device (e.g., Kyocera TASKalfa 8353ci printer).*<br><br>*The print data is further related, at least partly, to at least one attribute included in the output device profile (e.g., device name, model name, printer capabilities information such as PDLs, Duplex printing, print size, resolution, color supported etc.) that is wirelessly transmitted from the printing device to the one or more wireless information apparatuses.*<br><br>**Printing Device:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>PDLs / Emulations: PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf |

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

### Connect to the print manager

When your application manages the printing process directly, the first step after receiving a print request from your user is to connect to the Android print framework and obtain an instance of the `PrintManager` class. This class allows you to initialize a print job and begin the printing lifecycle. The following code example shows how to get the print manager and start the printing process.

### Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.

- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.

- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.

- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.

### Compute print document info

Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter`:

### Write a print document file

When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.

### Drawing PDF page content

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

**Printing device receives print data from the wireless information apparatus;**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html

## Mobile - KYOCERA Mobile Print App



iPad or Android device such as smartphones and



device connect your smartphone or tablet to the same wireless network



to the same wireless network as the Kera printer or



mfp then launch the kiasera Mobile Print app from your



app from your device tap the photos tab within the app



and choose the desired photo from your photo album









Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) <u>via Mopria Print Service</u>**

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



**What Can I Print?**

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

  

Source: https://mopria.org/print-from-android

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

# How to Print from Android



Check that the Mopria Print Service is on by going to your device settings and tapping on printing



Now, you are ready to print from your device.

Select "All printers" to discover printers near you.



You can set optional settings or tap "More Options" to set advanced features.

Then tap the print icon.

<table>
<tr><td></td><td>



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

</td></tr>
<tr><td>

2. The printing device of claim 1, wherein the printing device, using the one or more wireless communication chips or chipsets, further wirelessly sends identification information to the one or more wireless information apparatuses, the identification information includes one or more of a brand name, a model, an identifier, a registration, or IP address information, individually or in any combination, associated with the printing device.

</td><td>

*The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.), using the one or more wireless communication chips or chipsets (e.g., Wi-Fi module etc.), wirelessly sends the identification information (e.g., device name, model number etc.) to the wireless information apparatus (e.g., Kyocera smartphone etc.). the identification information includes one or more of a brand name, a model, an identifier individually or in any combination, associated with the printing device.*

**Printing device sends identification information to the wireless information apparatus:**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- Open the document, image or web page you wish to print.
- Finally, select the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

Mobile - KYOCERA Mobile Print App

</td></tr>
</table>







Select "All printers" to discover printers near you.

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) <u>via Mopria Print service:</u>**

How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

*<u>Open the app you want to print from and look for a print option, button or icon.</u>*

*<u>This print function is often found under the apps or share menu.</u>"*



Find the print option        Select a nearby printer        Tap print

Source: https://mopria.org/print-from-android







You can set optional settings or tap "More Options" to set advanced features.



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary



Source: https://developer.android.com/reference/android/print/PrinterInfo

| | |
|---|---|
| 3. The printing device of claim 1, wherein the output device profile includes capability information related to the printing device, the capability information includes at least an attribute related to at least one of a duplex printing, a color space, a bit depth, or a resolution, individually or in any combination, and | *The output device profile (e.g., device name, model name, print capabilities information such as PDLs, duplex printing, print size, resolution, color supported etc.) includes capability information related to the printing device (e.g., Kyocera TASKalfa 8353ci printer). The capability information includes at least an attribute related to at least duplex printing, a color space, a bit depth, or a resolution, individually or in any combination.*<br><br>**Printing device transmits stored output device profile to the wireless information apparatus:**<br><br>**(A) via Kyocera Mobile Print App**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, select the device you wish to print to, set your preferences and press print.<br><br>Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>What printing options are available through the app?<br><br>The print quality options supported in the app are Normal, Draft, and High (B&W models only). Paper size options are Letter, Legal, Ledger, Statement, A3, A4, A5, A6, Folio, B4, B5, B6, and Hagaki. You can also select the number of copies to print, number of pages per sheet, and page range. Additional options are displayed in Printing Preferences based on the printing device model.<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing<br><br>## Mobile - KYOCERA Mobile Print App<br><br> |





Select "All printers" to discover printers near you.

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) <u>via Mopria Print service:</u>**

## How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

*<u>Open the app you want to print from and look for a print option, button or icon.</u>*

*<u>This print function is often found under the apps or share menu.</u>"*



Find the print option        Select a nearby printer        Tap print

Source: https://mopria.org/print-from-android

## How to Print from Android





You can set optional settings or tap "More Options" to set advanced features.



You can set optional settings or tap "More Options" to set advanced features.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary



This class represents the capabilities of a printer. Instances of this class are created by a print service to report the capabilities of a printer it manages. The capabilities of a printer specify how it can print content. For example, what are the media sizes supported by the printer, what are the minimal margins of the printer based on its technical design, etc.



Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo

US 10,140,071    Page 48 of 81

# PrinterInfo 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrinterInfo
extends Object implements Parcelable
```

java.lang.Object
  ↳ android.print.PrinterInfo

This class represents the description of a printer. Instances of this class are created by print services to report to the system the printers they manage. The information of this class has two major components, printer properties such as name, id, status, description and printer capabilities which describe the various print modes a printer supports such as media sizes, margins, etc.

Once `built` the objects are immutable.

Source: https://developer.android.com/reference/android/print/PrinterInfo

# PrintAttributes 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrintAttributes
extends Object implements Parcelable
```

java.lang.Object
  ↳ android.print.PrintAttributes

This class represents the attributes of a print job. These attributes describe how the printed content should be laid out. For example, the print attributes may state that the content should be laid out on a letter size with 300 DPI (dots per inch) resolution, have a margin of 10 mills (thousand of an inch) on all sides, and be black and white.



| Nested classes | |
|---|---|
| class | **PrintAttributes.Builder**<br>Builder for creating `PrintAttributes`. |
| class | **PrintAttributes.Margins**<br>This class specifies content margins. |
| class | **PrintAttributes.MediaSize**<br>This class specifies a supported media size. |
| class | **PrintAttributes.Resolution**<br>This class specifies a supported resolution in DPI (dots per inch). |

| Constants | | |
|---|---|---|
| int | **COLOR_MODE_COLOR** Color mode: Color color scheme, for example many colors are used. | |
| int | **COLOR_MODE_MONOCHROME** Color mode: Monochrome color scheme, for example one color is used. | |
| int | **DUPLEX_MODE_LONG_EDGE** Duplex mode: Pages are turned sideways along the long edge - like a book. | |
| int | **DUPLEX_MODE_NONE** Duplex mode: No duplexing. | |
| int | **DUPLEX_MODE_SHORT_EDGE** Duplex mode: Pages are turned upwards along the short edge - like a notpad. | |

Source: https://developer.android.com/reference/android/print/PrintAttributes

What printing protocols are supported?

RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

**What is IPP?**

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

**What are Printers?**

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

| | |
|---|---|
| | **Printer Capability Attributes**<br><br>Printers have many capability attributes, including:<br><br>• "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.<br>• "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.<br>• "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.<br>• "charset-supported": A list of character sets that are supported ('utf-8' is required.)<br>• "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.<br>• "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.<br>• "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "copies-supported": The maximum number of copies that can be produced, for example '99'.<br>• "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.<br>• "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).<br><br>• "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.<br>• "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.<br>• "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.<br>• "page-ranges-supported": Specifies whether page ranges are supported (boolean).<br>• "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.<br>• "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.<br>• "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.<br><br>Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').<br><br>Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.<br><br>Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp |
| the wirelessly received print data from the one or more wireless information apparatuses is in accordance, at least in part, to the capability information included in the output device profile. | *The wireless received print data (e.g., print job) from the wireless information apparatus (e.g., Kyocera smartphone) is in accordance at least in part to the capability information (e.g., print capabilities information such as PDLs, duplex printing, print size, resolution, color supported) included in the output device profile.*<br><br>**Printing Device:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>PDLs / Emulations: PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf<br><br>**Printers**<br><br>An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.<br><br>Source: https://developer.android.com/reference/android/print/package-summary |

### Connect to the print manager

When your application manages the printing process directly, the first step after receiving a print request from your user is to connect to the Android print framework and obtain an instance of the `PrintManager` class. This class allows you to initialize a print job and begin the printing lifecycle. The following code example shows how to get the print manager and start the printing process.

### Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.

- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.

- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.

- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.

### Compute print document info

Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter`:

### Write a print document file

When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.

### Drawing PDF page content

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.

5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

**Printing device receives print data from the wireless information apparatus:**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE
PRINT.html

## Mobile - KYOCERA Mobile Print App





device connect your smartphone or tablet
to the same wireless network



to the same wireless network as the Kera
printer or



mfp then launch the kiasera Mobile Print app from your



app from your device tap the photos tab within the app



and choose the desired photo from your photo album









Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



### What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.



Source: https://mopria.org/print-from-android

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

## How to Print from Android



Check that the Mopria Print Service is on by going to your device settings and tapping on printing



Now, you are ready to print from your device.

Select "All printers" to discover printers near you.





Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| 4. The printing device of claim 1, wherein the output device profile includes information related to one or more languages or formats supported by the printing device, and wherein the print data received at the printing device is in accordance, at least partly, to the one or more languages or formats supported by the printing device and specified in the output device profile. | *The output device profile (e.g., device name, model number print capabilities information such as PDLs, duplex printing, print size, resolution, color supported etc.) include information related to one or more languages or formats (e.g., Page Description Language (PDL) formats etc.). The print data received at the printing device (e.g., Kyocera printer) is in accordance to the one or more language or formats supported by the printing device (e.g., Kyocera printer) and specified in the output device profile.* |
| --- | --- |

**Printing Device:**
**Kyocera TASKalfa 8353ci Printer**

> **PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

> **Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

### Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

### What is IPP?

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

### What are Printers?

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

### Printer Capability Attributes

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

### What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

### How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

### The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

| | |
|---|---|
| 5. The printing device of claim 1, wherein wirelessly discovering the printing device, by the one or more | *The wireless discovery of the printing device (e.g., Kyocera TASKalfa 8353ci printer) by the one or more wireless information apparatus (e.g., Kyocera smartphone) is based at* |

| | |
|---|---|
| wireless information apparatuses, is based, at least in part, on short range wireless communication between the printing device and the one or more wireless information apparatuses. | *least in part, on short range wireless communication (e.g., Wi-Fi communication etc.) between the printing device and the one or more wireless information apparatuses.*<br><br>**Wireless information apparatus discovers the printing device over Wi-Fi communication:**<br><br>**(A) via Kyocera Mobile Print App**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html<br><br>**What type of connection do I need to print or scan from my mobile device?**<br><br>To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.<br><br>**How does Mobile Print discover printing devices?**<br><br>Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.<br><br>Source:<br>https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing<br><br>**Mobile - KYOCERA Mobile Print App** |



iPad or Android device such as smartphones and



device connect your smartphone or tablet to the same wireless network



to the same wireless network as the Kera printer or



mfp then launch the kiasera Mobile Print app from your



app from your device tap the photos tab within the app



and choose the desired photo from your photo album



photo album or even take a photo using the camera feature embedded



image then tap select a device



device find devices and select the kyera

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print service**

**What are the requirements for printing with Mopria Print Service?**

**1** A smartphone or tablet with the Android Operating System, version 4.4 or later

Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

**2** A printer, MFP or print accessory that is Mopria-certified

The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

**3** A wireless network

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDNS resolves host names to IP addresses within small networks that do not include a local name server.

802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.

**4** Apps that support Android KitKat (4.4) or later printing

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

**How do I discover a Mopria-certified printer?**

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

,

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

***"How It Works***
***Open the app you want to print from and look for a print option, button or icon.***
***This print function is often found under the apps or share menu."***

US 10,140,071                                                                                  Page 70 of 81



Find the print option    Select a nearby printer    Tap print

Source: https://mopria.org/print-from-android

| 6. The printing device of claim 1, wherein the wireless receiving of the print data at the printing device from the one or more wireless information apparatuses is via a wireless local area network connection between the printing device and the one or more wireless information apparatuses. | *The wireless receiving of print data (e.g., print job) at the printing device from the one or more wireless information apparatuses (e.g., Kyocera smartphone etc.) is via a wireless local area network (e.g., Wi-Fi network connection) between the printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) and the one or more wireless information apparatus.* |
|---|---|

**Printing device receives print data from the wireless information apparatus;**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.

- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

- **Open** the document, image or web page you wish to print.

- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
  - Dropbox
  - Evernote
  - OneDrive
  - Google Drive
  - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general



## Mobile - KYOCERA Mobile Print App



device connect your smartphone or tablet
to the same wireless network



to the same wireless network as the Kera
printer or



mfp then launch the kiasera Mobile Print app from your



app from your device tap the photos tab within the app



and choose the desired photo from your photo album









Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

**What are the requirements for printing with Mopria Print Service?**

**1** A smartphone or tablet with the Android Operating System, version 4.4 or later

Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

**2** A printer, MFP or print accessory that is Mopria-certified

The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

**3** A wireless network

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDNS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4** Apps that support Android KitKat (4.4) or later printing

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

US 10,140,071                                                          Page 77 of 81

How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android



**How to Print from Android**



Now, you are ready to print from your device.

Selected printing device (e.g., Kyocera printer)



You can set optional settings or tap "More Options" to set advanced features.

Then tap the print icon.



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY