# EXHIBIT 12
# Application of U.S. Patent No. 10,873,856 to the Accused Printers[*],[**]

---

\* The term "Accused Printers" refers to Kyocera's ECOSYS, CS, TASKalfa, and PA series printers and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Kyocera's affiliated companies, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US 10873856 B2 vs. Accused Printers | |
|---|---|
| **US 10,873,856 B2** | **Accused Printers** |
| 17. A printing device to wirelessly provide printing services, | *A printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) wirelessly (e.g., via Wi-Fi link) provides printing services.* <br><br> *Kyocera printers include support for, e.g., Mopria print service and Kyocera Mobile print app for providing wireless print services.* <br><br> **Printing Device:** <br> **Kyocera TASKalfa 8353ci printer** <br><br> **TASKalfa 8353ci** <br><br> <br><br> Source: <br> https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**Printing device wirelessly provides printing services via:**

**A. Kyocera Mobile Print App**



Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

US 10873856    Page 3 of 74

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
    - Dropbox
    - Evernote
    - OneDrive
    - Google Drive
    - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:

https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

- **What type of connection do I need to print or scan from my mobile device?**

To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

- **How does Mobile Print discover printing devices?**

Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source:

https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:

https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

### B. Mopria Print Service

*Note: Mopria print service allows the smartphone to print from print-enabled application to a Mopria certified printer such as Kyocera wireless printer.*

The Mopria Print Service offers a simple and seamless way to connect and send documents and pictures from Android devices to a nearby Kyocera MFP or Printer. With this app, you can print to any Mopria certified Kyocera MFP or Printer without installing additional software or drivers allowing users to print easily on-the-go. The Mopria Print Service is available for download from Google Play.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/MOPRIAPRINTSERVICE.html

## Printing by Mopria

Mopria is a standard on printing function included in Android 4.4 or later products.

Mopria Print Service needs to be installed and enabled in advance.

For details on how to use, refer to a Web site of Mopria Alliance.



Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

### What are the requirements for printing with Mopria Print Service?

**1** A smartphone or tablet with the Android Operating System, version 4.4 or later

Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

**2** A printer, MFP or print accessory that is Mopria-certified

The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

**3** A wireless network

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDIIS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDIIS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11** is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.

**4** Apps that support Android KitKat (4.4) or later printing

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

| | |
|---|---|
| | ***Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.***    Source: https://mopria.org/print-from-android |
| the printing device includes: at least a wireless communication unit that includes one or more wireless communication chips or chipsets, the one or more wireless communication chips or chipsets are compatible, at least in part, with at least part of a protocol within IEEE 802.11 wireless standards for wireless communication; | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) comprises a wireless communication unit that includes one or more wireless communication chips or chipsets (e.g., Wi-Fi module etc.), which are compatible at least in part, with at least part of a protocol within IEEE 802.11 wireless standards for wireless communication.*  **Printing Device:** **Kyocera TASKalfa 8353ci printer** |

**Print Specifications**

**Standard Controller:** Freescale QorlQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorlQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf



Source:                                    https://www.itu.int/en/ITU-D/Regional-Presence/AsiaPacific/SiteAssets/Pages/Events/2017/Oct2017CIIOT/CIIOT/7.Session3-2%20Introduction%20of%20Wi-Fi%20Interoperability%20Certification%20Test-%E5%86%AF%E5%BF%97%E8%8A%B3V3.pdf

|  | "*The technical name for WiFi is IEEE 802.11* & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

"To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. *The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.* By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source:https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php |
| memory or storage storing device information related to the printing device; | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) comprises a memory or storage for storing device information (e.g., device attributes such as device name, model name, printer capabilities information such as PDLs, Duplex printing, print size, resolution, color supported etc.) related to the printing device.*

**Printing Device:**
**Kyocera TASKalfa 8353ci printer**

**Basic Specifications**
**Configuration:** Multifunctional System — Print/Scan/Copy/Optional Fax
Display: 10.1" Color Touch Screen Control Panel
**Resolution:** Up to 1200 x 1200 dpi
**Memory / Hard Disk Drive:** 4.5GB RAM / 8GB SSD / 320GB HDD Standard
**Duplex:** Standard Stackless Duplex Supports Statement (5.5" x 8.5") to 12" x 18", 16 lb Bond - 142 lb Index (60 — 256gsm)
**Standard Output Tray:** Statement — 12" x 18" / 70 sheets; up to 12" x 48" Banner (Single Sheet)
**Electrical Requirements:** 120V, 60Hz, 16A; 220-240V, 50Hz, 10A
**Dimensions:** 27" W x 31.1" D x 41.5" H |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

# Display for Device Information

Shows device information. Allows you to check system and network information, as well as options that are used.

1 [Home] (⌂) key > [Device Information]

2 Check the device information.

| Tab | Description |
|---|---|
| Identification/Wired Network | You can check ID information such as the model name, serial number, host name and location, and the IP address of the wired network. |
| Wi-Fi | You can check ID information such as the model name, serial number, host name and location, and the IP address of the wireless network. |
| FAX*1 | You can check the local fax number, local fax name, local fax ID and other fax information. |
| Soft Ver/Capability/Security | You can check the software version and performance, and security information on the machine. |
| Option | You can check information on the options that are used. |

*1  Displayed only on products with the fax function installed.

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

### Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary





Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo

| | |
|---|---|
| | **PrinterInfo** 🔖 <span style="float:right">Added in API level 19</span><br><br> Kotlin \| **Java** <br>`public final class PrinterInfo`<br>`extends Object implements Parcelable`<br><br>java.lang.Object<br>  ∟ android.print.PrinterInfo<br><br><br>This class represents the description of a printer. Instances of this class are created by print services to report to the system the printers they manage. The information of this class has two major components, printer properties such as name, id, status, description and printer capabilities which describe the various print modes a printer supports such as media sizes, margins, etc.<br><br>Once `built` the objects are immutable.<br><br>Source: https://developer.android.com/reference/android/print/PrinterInfo |
| one or more processors; and | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) comprises one or more processors (e.g., Freescale QorIQ T1042 (Quad Core) / 1.2GHz etc.).*<br><br>**<u>Printing device:</u>**<br>**<u>Kyocera TASKalfa 8353ci printer</u>** |

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

| | |
|---|---|
| software or firmware stored in the memory or the storage; | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) includes software or firmware (e.g., system firmware) stored in the memory.*<br><br>**Printing Device:**<br>**Kyocera TASKalfa 8353ci printer**<br><br>**TASKalfa 8353ci**<br><br>Drivers    Documents    **Software**<br><br>FirmwareUpgradePackage TASKalfa 7353ci 8353ci (Latest / 03.03.0110)<br><br>Source:    https://www.kyoceradocumentsolutions.us/en/support/downloads.name-L2V1L2VuL21mcC9UQVNLQUxxGQTgzNTNDSQ==.html#tab=application |

| | |
|---|---|
| | ## 1.4  About the Software Upgrade Tool<br><br>A firmware is a built-in software that controls a product. A HyPAS application is a software that improves the product functionality. By updating the firmware or the HyPAS application, improvements can be made to the product's security and operations can be stabilized. We recommend using this application to update the product's firmware or the HyPAS application so that you can continue to use the product safely.<br><br>Source:https://www.kyoceradocumentsolutions.eu/content/dam/download-center-cf/eu/documents/usermanual/Software_Upgrade_Tool_UserManual_EN_pdf.download.pdf |
| wherein, execution of the software or the firmware by the one or more processors performs a printing method, comprising:<br><br>(1) initiating a wireless discovery process, using the one or more wireless communication chips or chipsets of the printing device, to facilitate a client of the printing device to wirelessly discover the printing device for a service, the client being a client device or a client application executing at the client device, and the client device being a distinct and separate device from the printing device; | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) initiates a wireless discovery process, using the one or more wireless communication chips or chipsets (e.g., Wi-Fi module etc.), to facilitate a client (e.g., Kyocera smartphone etc.) of the printing device to wirelessly discover the printing device for a service (e.g., wireless printing etc.). The client device being a distinct and separate device from the printing device.*<br><br>**Client:**<br>**Kyocera DuraForce Ultra 5G**<br><br><br><br>| Operating System | Android™ 12, Android Enterprise Recommended | |

| Radios | **5G NR:** FR1 – n2 (1900), n5 (850), n66 (1700)<br>FR2 (mmWave) – n260 (39 GHz), n261 (28 GHz)<br>**LTE CAT11:** B12, B13, B5, B4, B66, B3, B2, B1, B7, B48<br>**CA Combinations:** 4CA<br>**GSM:** B5, B8, B3, B2 (850, 900, 1800, 1900MHz)<br>**UMTS:** B5, B8, B2, B1 (850, 900, 1900, 2100MHz) |
|---|---|
| Wi-Fi | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz<br>802.11mc for Indoor Location<br>Enterprise Grade dual-band Wi-Fi<br>Hotspot (Up to 10 connections)<br>Miracast & Wi-Fi Direct |
| Connectivity | Bluetooth 5.0 LE + EDR<br>NFC, High-speed USB 3.1 Type-C<br>GPS (L1+L5 Dual Band), Glonass & Galileo |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Printing Device:**
**Kyocera TASKalfa 8353ci printer**

## System/Network

Configures machine system settings.

### Network

Configures network settings.

## Wi-Fi Settings

[System Menu/Counter] key > [System/Network] > [Network] > [Wi-Fi Settings]

Set Wi-Fi.

**Wi-Fi**

| Item | Description |
|---|---|
| Wi-Fi | Select whether to use Wi-Fi.<br>**Value:** Off, On |

**Setup**

| Item | | | Description |
|---|---|---|---|
| Connection Status | | | Check the wireless LAN status. |
| Quick Setup | | | If the machine will connect to an access point that supports the automatic wireless network setup, connection settings can be configured by Quick Setup. |
| | Available Network | | Displays access points to which the machine can connect. |
| | | WEP Key Index | Select the key index of the access point.<br>**Value:** 0 to 3 |
| | Push Button Method | | If the access point supports the push button method, wireless settings can be configured using the push button. This setting executes push button, and the connection is started by pressing the push button on the access point.<br>⚙ **NOTE**<br>The push button method supports only the WPS. |
| | PIN Code Method (Device) | | Starts connection using the machine's PIN code. Enter the PIN code into the access point. The PIN code of the machine is automatically generated. |

Source:

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

**Printing device initiates wireless discovery process for the client via:**

### A.  Kyocera Mobile Print App

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.

- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

- **Open** the document, image or web page you wish to print.

- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**What type of connection do I need to print or scan from my mobile device?**

To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

**How does Mobile Print discover printing devices?**

Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

### B.  Mopria Print Service

**What are the requirements for printing with Mopria Print Service?**

① A smartphone or tablet with the Android Operating System, version 4.4 or later
Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

② A printer, MFP or print accessory that is Mopria-certified
The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

**3** **A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDIIS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**

mDIIS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**4** **Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

**How do I discover a Mopria-certified printer?**

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

# How to Enable



**4** Tap **Printing.**



**5** Tap **Mopria Print Service.**



**6** Slide the toggle button to the **On** position .

| | |
|---|---|
| |     Source: https://mopria.org/Documents/Mopria_DiscoverEnablePrint.pdf |
| (2) establishing wireless communication, via the one or more wireless communication chips or chipsets of the printing device, with the client that has wirelessly discovered the printing device in (1), the wireless communication being compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards; | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) establishes wireless communication (e.g., communication over Wi-Fi network during discovery process etc.), via the one or more wireless communication chips or chipsets (e.g., Wi-Fi module) of the printing device, with the client (e.g., Kyocera smartphone) that has wirelessly discovered the printing device in (1), the wireless communication being compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards.* <br><br> **Printing device establishes wireless communication with the client:** <br><br> **(A) via Kyocera Mobile Print App** <br><br> Using Mobile Print is easy! Just follow these four easy steps: <br> ■ Download the free app from the respective app store. <br> ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print. <br> ■ Open the document, image or web page you wish to print. <br> ■ Finally, **select** the device you wish to print to, set your preferences and press print. <br><br> Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html |

- **What type of connection do I need to print or scan from my mobile device?**

  To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

- **How does Mobile Print discover printing devices?**

  Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

## Mobile - KYOCERA Mobile Print App







to the same wireless network as the Kera printer or

mfp then launch the kiasera Mobile Print app from your

US 10873856                               Page 19 of 74



app from your
device tap the photos tab within the app



and choose the desired photo from your
photo album



photo album or even take a photo using
the camera feature embedded





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print service**

**What are the requirements for printing with Mopria Print Service?**

**1** A smartphone or tablet with the Android Operating System, version 4.4 or later
Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

**2** A printer, MFP or print accessory that is Mopria-certified
The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

US 10873856                                        Page 21 of 74

**❸ A wireless network**

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDIIS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDIIS resolves host names to IP addresses within small networks that do not include a local name server.

**802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.**

**❹ Apps that support Android KitKat (4.4) or later printing**

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

**How do I discover a Mopria-certified printer?**

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*
*Open the app you want to print from and look for a print option, button or icon.*
*This print function is often found under the apps or share menu."*



Find the print option     Select a nearby printer     Tap print

Source: https://mopria.org/print-from-android

**How to Print from Android**



Check that the Mopria Print Service is on by going to your device settings and tapping on printing.



Now, you are ready to print from your device.



Select "All printers" to discover printers near you.



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| | |
|---|---|
| (3) wirelessly transmitting, via the one or more wireless communication chips or chipsets and over the wireless communication established in (2), the device information from the printing device to the client, and the device information includes one or more of a duplex printing, a color printing, a bit depth, a resolution, or an output page size, individually or in any combination related to the printing device; and | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) wirelessly transmits, via the one or more wireless communication chips or chipsets (e.g., Wi-Fi module etc.) and over the wireless communication (e.g., communication over Wi-Fi network during discovery process) established in (2), the device information (e.g., device name, model name, print capabilities information such as PDLs, Duplex printing, print size, resolution, color supported etc.) to the client (e.g., Kyocera smartphone) and the device information includes one or more of a duplex printing, a color printing, a bit depth, a resolution, or an output page size, individually or in any combination related to the printing device.* <br><br> **Printing device transmits device information to the client:** <br><br> **(A) via Kyocera Mobile Print App** <br><br> Using Mobile Print is easy! Just follow these four easy steps: <br><br> ■ **Download** the free app from the respective app store. <br><br> ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print. <br><br> ■ **Open** the document, image or web page you wish to print. <br><br> ■ Finally, **select** the device you wish to print to, set your preferences and press print. <br><br> Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html |

What printing options are available through the app?

The print quality options supported in the app are Normal, Draft, and High (B&W models only). Paper size options are Letter, Legal, Ledger, Statement, A3, A4, A5, A6, Folio, B4, B5, B6, and Hagaki. You can also select the number of copies to print, number of pages per sheet, and page range. Additional options are displayed in Printing Preferences based on the printing device model.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

## Mobile - KYOCERA Mobile Print App





US 10873856                                      Page 25 of 74



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print service:**

How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

,

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android

**How to Print from Android**



Select "All printers" to discover printers near you.



You can set optional settings or tap "More Options" to set advanced features.



You can set optional settings or tap "More Options" to set advanced features.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary



**PrinterCapabilitiesInfo**

Added in API level 19

Kotlin | **Java**

```
public final class PrinterCapabilitiesInfo
extends Object implements Parcelable
```

java.lang.Object
  ↳ android.print.PrinterCapabilitiesInfo

This class represents the capabilities of a printer. Instances of this class are created by a print service to report the capabilities of a printer it manages. The capabilities of a printer specify how it can print content. For example, what are the media sizes supported by the printer, what are the minimal margins of the printer based on its technical design, etc.



**Public methods**

| | |
|---|---|
| int | describeContents()<br>Describe the kinds of special objects contained in this Parcelable instance's marshaled representation. |
| boolean | equals(Object obj)<br>Indicates whether some other object is "equal to" this one. |
| int | getColorModes()<br>Gets the bit mask of supported color modes. |
| PrintAttributes | getDefaults()<br>Gets the default print attributes. |
| int | getDuplexModes()<br>Gets the bit mask of supported duplex modes. |
| List<PrintAttributes.MediaSize> | getMediaSizes()<br>Gets the supported media sizes. |
| PrintAttributes.Margins | getMinMargins()<br>Gets the minimal margins. |
| List<PrintAttributes.Resolution> | getResolutions()<br>Gets the supported resolutions. |

Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo

US 10873856                                    Page 29 of 74



Source: https://developer.android.com/reference/android/print/PrinterInfo





| Constants | |
|---|---|
| int | **COLOR_MODE_COLOR**<br>Color mode: Color color scheme, for example many colors are used. |
| int | **COLOR_MODE_MONOCHROME**<br>Color mode: Monochrome color scheme, for example one color is used. |
| int | **DUPLEX_MODE_LONG_EDGE**<br>Duplex mode: Pages are turned sideways along the long edge - like a book. |
| int | **DUPLEX_MODE_NONE**<br>Duplex mode: No duplexing. |
| int | **DUPLEX_MODE_SHORT_EDGE**<br>Duplex mode: Pages are turned upwards along the short edge - like a notpad. |

Source: https://developer.android.com/reference/android/print/PrintAttributes

What printing protocols are supported?

RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

## What is IPP?

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

## What are Printers?

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

| | |
|---|---|
| | **Printer Capability Attributes**<br><br>Printers have many capability attributes, including:<br><br>• "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.<br>• "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.<br>• "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.<br>• "charset-supported": A list of character sets that are supported ('utf-8' is required.)<br>• "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.<br>• "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.<br>• "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.<br>• "copies-supported": The maximum number of copies that can be produced, for example '99'.<br>• "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.<br>• "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).<br><br>• "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.<br>• "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.<br>• "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.<br>• "page-ranges-supported": Specifies whether page ranges are supported (boolean).<br>• "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.<br>• "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.<br>• "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.<br><br>Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').<br><br>Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.<br><br>Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp |
| (4) wirelessly receiving, via the one or more wireless communication chips or chipsets of the printing device, print data from the client for printing at the printing device, and wherein the print data wirelessly received from the client is in accordance, at least in part, with the device information wirelessly transmitted from the printing device to the client in (3); and | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) wirelessly receives, via the one or more wireless communication chips or chipsets (e.g. Wi-Fi module), the print data (e.g., print job etc.) from the client (e.g., Kyocera smartphone) for printing at the printing device.*<br>*The print data (e.g., print job etc.) wirelessly received from the client is in accordance, at least in part, with the device information (e.g., device name, model name, printer capabilities information such as PDLs, Duplex printing, print size, resolution, color supported etc.) wirelessly transmitted from the printing device to the client in (3).*<br><br>*Once the user selects the printing device and configures the desired print settings such as print quality, paper size, color mode, and duplex printing based on the received printer's attributes i.e. capabilities. The Kyocera smartphone generates and transmits the print data (i.e., the print job) in a format supported by the selected printer.*<br><br>**Printing Device:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>PDLs / Emulations: PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf |

### Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

### Connect to the print manager

When your application manages the printing process directly, the first step after receiving a print request from your user is to connect to the Android print framework and obtain an instance of the `PrintManager` class. This class allows you to initialize a print job and begin the printing lifecycle. The following code example shows how to get the print manager and start the printing process.

### Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.

- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.

- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.

- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.

### Compute print document info

Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter` :

**Write a print document file**

When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.

**Drawing PDF page content**

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.

5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

US 10873856              Page 34 of 74

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

**Printing device receives print data from the client;**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- ■ **Download** the free app from the respective app store.
- ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- ■ **Open** the document, image or web page you wish to print.
- ■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

## Mobile - KYOCERA Mobile Print App

US 10873856                                                   Page 35 of 74









mfp then launch the kiasera Mobile Print app from your

app from your device tap the photos tab within the app

and choose the desired photo from your photo album



image then tap select a device

device find devices and select the kyera

devices and select the kyera mfp or printer on the network to print to







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



US 10873856    Page 40 of 74



Source: https://mopria.org/print-from-android

With the Mopria Print Service, you can easily connect and send documents and pictures from your Android device to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Source: https://mopria.org/mopria-mobile-printing

## How to Print from Android



US 10873856    Page 41 of 74



Now, you are ready to print from your device.

Select "All printers" to discover printers near you.



US 10873856                                    Page 43 of 74



And your file will print to a Mopria certified printer.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| wherein the printing device provides the printing services to the client without a need for the client to use a printer driver that is specific to the printing device for printing at the printing device. | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) provides the printing services to the client (e.g., Kyocera smartphone) without a need for the client to use a printer driver that is specific to the printing device for printing at the printing device.*<br><br>**A. Kyocera Mobile Print App**<br><br>**Kyocera Mobile Print app:**<br><br>KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:<br><br>• Print photos and documents stored on your mobile device or a supported external service<br>• Scan documents on a compatible printing device and save them to your mobile device or a supported external service:<br><br>    ○ Dropbox<br>    ○ Evernote<br>    ○ OneDrive<br>    ○ Google Drive<br>    ○ SMB (Shared Folder)<br><br>• Send documents by email<br>• Print webpages accessed through the app's built-in web browser<br><br>Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general |

- **Which KYOCERA printer devices are supported?**

[ECOSYS]
ECOSYS M2640idw, ECOSYS M2540dw, ECOSYS M2540dn, ECOSYS M2040dn, ECOSYS M2735dw, ECOSYS M2635dw, ECOSYS M2635dn, ECOSYS M2135dn, ECOSYS M5526cdw, ECOSYS M5526cdn, ECOSYS M5521cdw, ECOSYS M5521cdn, ECOSYS M6030cdn, ECOSYS M6530cdn, ECOSYS M6035cidn, ECOSYS M6535cidn, ECOSYS FS-2100D, ECOSYS FS-2100DN, ECOSYS FS-4100DN, ECOSYS FS-4200DN, ECOSYS FS-4300DN, ECOSYS LS-2100DN, ECOSYS LS-4200DN, ECOSYS LS-4300DN, ECOSYS M2030dn, ECOSYS M2035dn, ECOSYS M2530dn, ECOSYS M2535dn, ECOSYS M3040dn, ECOSYS M3040idn, ECOSYS M3540dn, ECOSYS M3540idn, ECOSYS M3550idn, ECOSYS M3560idn, ECOSYS M6026cdn, ECOSYS M6026cidn, ECOSYS M6526cdn, ECOSYS M6526cidn, ECOSYS M8024cidn, ECOSYS M4028idn, ECOSYS M6230cidn, ECOSYS M6630cidn, ECOSYS M6235cidn, ECOSYS M6635cidn, ECOSYS M6630cidn(J), ECOSYS M6635cidn(J), ECOSYS M3660idn, ECOSYS M3655idn, ECOSYS M3145idn, ECOSYS M3645idn, ECOSYS M3145dn, ECOSYS M3645dn, ECOSYS M2235dn, ECOSYS M2735dn, ECOSYS M2835dw, FS-1028MFP, FS-1030MFP, FS-1035MFP, FS-1128MFP, FS-1130MFP, FS-1135MFP, FS-1350DN, FS-1370DN, FS-2020D, FS-2025D, FS-3040MFP, FS-3040MFP+, FS-3140MFP, FS-3140MFP+, FS-3540MFP, FS-3640MFP, FS-3920DN, FS-3925DN, FS-4020DN, FS-4025DN, FS-6025MFP, FS-6030MFP, FS-6525MFP, FS-6530MFP, FS-6970DN, FS-6975DN, FS-C2026MFP, FS-C2026MFP, FS-C2026MFP+, FS-C2126MFP, FS-C2126MFP, FS-C2126MFP+, FS-C2526MFP, FS-C2626MFP, FS-C5100DN, FS-C5150DN, FS-C5200DN, FS-C5250DN, FS-C5300DN, FS-C5350DN, FS-C5400DN, FS-C8020MFP, FS-C8025MFP, FS-C8500DN, FS-C8520MFP, FS-C8525MFP, FS-C8600DN, FS-C8650DN, LS-1028MFP, LS-1035MFP, LS-1128MFP, LS-1135MFP, LS-2020D, LS-3140MFP, LS-3140MFP+, LS-3640MFP, LS-4020DN, LS-6970DN, LS-C8500DN, LS-C8600DN, LS-C8650DN, ECOSYS M5021cdn, ECOSYS M4226idn, ECOSYS M4230idn, ECOSYS M8228cidn, ECOSYS M8224cidn, ECOSYS M3860idnf, ECOSYS M3860idn, ECOSYS P2040dw, ECOSYS P2040dn, ECOSYS P2235dw, ECOSYS P2235dn, ECOSYS P2235d, ECOSYS P5026cdw, ECOSYS P5026cdn, ECOSYS P5021cdw, ECOSYS P5021cdn, ECOSYS P5025cdn, ECOSYS P5020cdw, ECOSYS P5020cdn, ECOSYS P4040dn, ECOSYS P4035dn, ECOSYS P6130cdn, ECOSYS P6035cdn, ECOSYS P2135dn, ECOSYS P6021cdn, ECOSYS P6026cdn, ECOSYS P6030cdn, ECOSYS P7035cdn, ECOSYS P3060dn, ECOSYS P3055dn, ECOSYS P3050dn, ECOSYS P3045dn, ECOSYS P3060dn(J), ECOSYS P3045dn(J), ECOSYS P8060cdn, ECOSYS P8060cdn(J), ECOSYS P6230cdn, ECOSYS P6235cdn, ECOSYS P7240cdn, ECOSYS P6230cdn(J),ECOSYS P7240cdn(J), ECOSYS P3160dn, ECOSYS P3155dn, ECOSYS P3150dn, ECOSYS P3145dn, ECOSYS P2335d, ECOSYS P2335dn, ECOSYS P2335dw, ECOSYS P5018cdn, ECOSYS P3260dn, ECOSYS P4060dn, ECOSYS P4060dn(J), ECOSYS P4145dn, ECOSYS P4140dn, ECOSYS P4135dn, ECOSYS P4140dn(J), ECOSYS MA2100cwfx, ECOSYS MA2100cfx, ECOSYS PA2100cwx, ECOSYS PA2100cx

[TASKalfa]
TASKalfa 8052ci, TASKalfa 7052ci, TASKalfa 8002i, TASKalfa 7002i, TASKalfa 3511i, TASKalfa 3011i, TASKalfa2552ci, TASKalfa3252ci, TASKalfa 306ci, TASKalfa 356ci, TASKalfa 406ci, TASKalfa 205c, TASKalfa 206ci, TASKalfa 250ci, TASKalfa 255, TASKalfa 2550ci, TASKalfa 2551ci, TASKalfa 255c, TASKalfa 256ci, TASKalfa 256i, TASKalfa 265ci, TASKalfa 266ci, TASKalfa 300ci, TASKalfa 300i, TASKalfa 305, TASKalfa 3050ci, TASKalfa 306i, TASKalfa 3500i, TASKalfa 3550ci, TASKalfa 400ci, TASKalfa 420i, TASKalfa 4500i, TASKalfa 4550ci, TASKalfa 500ci, TASKalfa 520i, TASKalfa 5500i, TASKalfa 552ci, TASKalfa 5550ci, TASKalfa 6500i, TASKalfa 6550i, TASKalfa 6551ci, TASKalfa 7550ci, TASKalfa 7551ci, TASKalfa 8000i, TASKalfa 350ci, TASKalfa 4012i, TASKalfa 3212i, TASKalfa 4012i(J), TASKalfa 3212i(J), TASKalfa 307ci, TASKalfa 4020i, TASKalfa 351ci, TASKalfa 2553ci, TASKalfa 3253ci, TASKalfa 3553ci, TASKalfa 4053ci, TASKalfa 5053ci, TASKalfa 6053ci, TASKalfa 2553ci(J), TASKalfa 3253ci(J), TASKalfa 4053ci(J), TASKalfa 4053ci(J), TASKalfa 6053ci(J), TASKalfa 6003i, TASKalfa 5003i, TASKalfa 4003i, TASKalfa 5003i(J), TASKalfa 6003i(J), TASKalfa 308ci, TASKalfa 7003i, TASKalfa 7003i(J), TASKalfa 8003i, TASKalfa 9003i, TASKalfa 9003i (J), TASKalfa 358ci, TASKalfa 358ci(J), TASKalfa 408ci, TASKalfa 408ci(J), TASKalfa 508ci, TASKalfa 8353ci, TASKalfa 7353ci, TASKalfa 8353ci(J), TASKalfa 352ci, TASKalfa 3060ci, TASKalfa 2554ci, TASKalfa 3554ci, TASKalfa 2554ci(J), TASKalfa 3554ci(J), TASKalfa 4053ci, TASKalfa 5053ci, TASKalfa 6053ci, TASKalfa 4053ci(J), TASKalfa 5053ci(J), TASKalfa 6053ci(J), TASKalfa 4003i, TASKalfa 5003i, TASKalfa 6003i, TASKalfa 5003i(J), TASKalfa 6003i(J), TASKalfa 4054ci, TASKalfa 5054ci, TASKalfa 6054ci, TASKalfa 7054ci, TASKalfa 4054ci(J), TASKalfa 5054ci(J), TASKalfa 6054ci(J), TASKalfa 7054ci(J), TASKalfa 4004i, TASKalfa 5004i, TASKalfa 6004i, TASKalfa 7004i, TASKalfa 5004i(J), TASKalfa 6004i(J), TASKalfa 7004i(J), TASKalfa MZ4000i, TASKalfa MZ3200i

[KM Series]
KM-2810, KM-2820

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#hardware

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

### B.  Mopria Print Service

The Mopria Print Service offers a simple and seamless way to connect and send documents and pictures from Android devices to a nearby Kyocera MFP or Printer. With this app, you can print to any Mopria certified Kyocera MFP or Printer without installing additional software or drivers allowing users to print easily on-the-go. The Mopria Print Service is available for download from Google Play.

Source:https://www.kyoceradocumentsolutions.us/en/products/software/MOPRIAPRINTSERVICE.html

 **Seamless Mobile Printing**

Mopria offers easy mobile printing from Android mobile devices to millions of certified printers worldwide. It eliminates the need to install any additional software or drivers allowing you to print regardless of the printer brand.

With the Mopria Print Service, you can easily connect and send documents and pictures from your Android device to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Source:https://mopria.org/mopria-mobile-printing#:~:text=Users%20can%20customize%20color%2C%20number,install%20printer%20brand%20specific%20apps.

| | |
|---|---|
| 18. The printing device of claim 17, wherein the printing method further comprises wirelessly transmitting, from the printing device to the client, identification information related to the printing device, the identification information includes one or more of a name, a model, a brand, an identifier, a registration, a URL, or an IP address, individually or in any combination, and the | *The printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) wirelessly transmits, the identification information (e.g. device name, model number etc.) to the client (e.g., Kyocera smartphone), the identification information includes one or more of a name, a model, a brand, an identifier, individually or in any combination, and the identification information is to facilitate, at least in part, the client to identify or to discover the printing device for service.*<br><br>**Printing device transmits the identification information to the client:**<br><br>**(A) via Kyocera Mobile Print App** |

| identification information is to facilitate, at least in part, the client to identify or to discover the printing device for service. | Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, select the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>**Mobile - KYOCERA Mobile Print App**<br><br><br> |



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print service:**

How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android

**How to Print from Android**



Select "All printers" to discover printers near you.



You can set optional settings or tap "More Options" to set advanced features.



Then tap the print icon.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

| | |
|---|---|
| | **PrinterInfo** 🔖     Added in API level 19<br><br>Kotlin \| **Java**<br><br>`public final class PrinterInfo`<br>`extends Object implements Parcelable`<br><br>java.lang.Object<br>  ↳ android.print.PrinterInfo<br><br>This class represents the description of a printer. Instances of this class are created by print services to report to the system the printers they manage. The information of this class has two major components, printer properties such as name, id, status, description and printer capabilities which describe the various print modes a printer supports such as media sizes, margins, etc.<br><br>Once `built` the objects are immutable.<br><br>Source: https://developer.android.com/reference/android/print/PrinterInfo |
| 19. The printing device of claim 17, wherein the printing method further comprises wirelessly transmitting, from the printing device to the client, capability information related to the printing device, the capability information includes one or more languages or formats supported by the printing device, and | *The printing device (e.g., Kyocera TASKalfa 8353ci printer) wirelessly transmits to the client (e.g., Kyocera smartphone), capability information (e.g., printer capabilities information such as PDLs, Duplex printing, print size, resolution, color supported etc.) related to the printing device, the capability information includes one or more languages or formats supported by the printing device.*<br><br>**Printing device transmits capability information to the client:**<br><br>**(A) via Kyocera Mobile Print App**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ **Download** the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ **Open** the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>What printing options are available through the app?<br><br>The print quality options supported in the app are Normal, Draft, and High (B&W models only). Paper size options are Letter, Legal, Ledger, Statement, A3, A4, A5, A6, Folio, B4, B5, B6, and Hagaki. You can also select the number of copies to print, number of pages per sheet, and page range. Additional options are displayed in Printing Preferences based on the printing device model.<br><br>Source:<br>https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing |

**Mobile - KYOCERA Mobile Print App**





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print service:**

How do I discover a Mopria-certified printer?

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

*"How It Works*

***Open the app you want to print from and look for a print option, button or icon.***

***This print function is often found under the apps or share menu."***



Source: https://mopria.org/print-from-android

**How to Print from Android**





You can set optional settings or tap "More Options" to set advanced features.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

*Note: The printer transmits printer's properties i.e. capabilities such as supported media sizes, color modes, duplex printing, PDL formats supported etc. to the smartphone.*

### Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary





Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo



Source: https://developer.android.com/reference/android/print/PrinterInfo

US 10873856                              Page 56 of 74



## PrintAttributes

Added in API level 19

Kotlin | **Java**

```
public final class PrintAttributes
extends Object implements Parcelable
```

java.lang.Object
  ↳ android.print.PrintAttributes

This class represents the attributes of a print job. These attributes describe how the printed content should be laid out. For example, the print attributes may state that the content should be laid out on a letter size with 300 DPI (dots per inch) resolution, have a margin of 10 mills (thousand of an inch) on all sides, and be black and white.

### Nested classes

| class | **PrintAttributes.Builder** |
| | Builder for creating **PrintAttributes**. |
| class | **PrintAttributes.Margins** |
| | This class specifies content margins. |
| class | **PrintAttributes.MediaSize** |
| | This class specifies a supported media size. |
| class | **PrintAttributes.Resolution** |
| | This class specifies a supported resolution in DPI (dots per inch). |

### Constants

| int | **COLOR_MODE_COLOR** |
| | Color mode: Color color scheme, for example many colors are used. |
| int | **COLOR_MODE_MONOCHROME** |
| | Color mode: Monochrome color scheme, for example one color is used. |
| int | **DUPLEX_MODE_LONG_EDGE** |
| | Duplex mode: Pages are turned sideways along the long edge - like a book. |
| int | **DUPLEX_MODE_NONE** |
| | Duplex mode: No duplexing. |
| int | **DUPLEX_MODE_SHORT_EDGE** |
| | Duplex mode: Pages are turned upwards along the short edge - like a notpad. |

Source: https://developer.android.com/reference/android/print/PrintAttributes

US 10873856     Page 57 of 74

What printing protocols are supported?

RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

### What is IPP?

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

### What are Printers?

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

### Printer Capability Attributes

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

| | Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp |
|---|---|
| wherein the print data wirelessly received at the printing device is in accordance, at least in part, to the one or more languages or formats supported by the printing device and specified in the capability information wirelessly transmitted from the printing device to the client. | *The print data (e.g., print job) wirelessly received at the printing device (e.g., Kyocera TASKalfa 8353ci printer) is in accordance, at least in part, to the one or more languages or formats supported by the printing device and specified in the capability information (e.g., printer capabilities information such as PDLs, Duplex printing, print size, resolution, color supported etc.) wirelessly transmitted from the printing device to the client (e.g., Kyocera smartphone etc.).*<br><br>*Once the user selects a printing device and configures the desired print settings such as print quality, paper size, color mode, and duplex printing based on the received printer's attributes i.e. capabilities. The Kyocera smartphone generates the print data (i.e., the print job) by taking into account the user defined print settings and transmits it to the Kyocera printer.*<br><br>**<u>Printing Device:</u>**<br>**<u>Kyocera TASKalfa 8353ci Printer</u>**<br><br>PDLs / Emulations: PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Page Description Language (PDLSs) formats supported by the Printer.<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf<br><br>**Printers**<br><br>An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.<br><br>Source: https://developer.android.com/reference/android/print/package-summary<br><br>**Connect to the print manager**<br><br>When your application manages the printing process directly, the first step after receiving a print request from your user is to connect to the Android print framework and obtain an instance of the `PrintManager` class. This class allows you to initialize a print job and begin the printing lifecycle. The following code example shows how to get the print manager and start the printing process. |

## Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.

- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.

- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.

- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.

## Compute print document info

Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter`:

## Write a print document file

When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.

## Drawing PDF page content

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.

5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

**Printing device receives print data from the client:**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

■ **Download** the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ **Open** the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

## Mobile - KYOCERA Mobile Print App







to the same wireless network as the Kera printer or

mfp then launch the kiasera Mobile Print app from your









Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*

US 10873856                                    Page 66 of 74



Find the print option        Select a nearby printer        Tap print

**What Can I Print?**

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.








Source: https://mopria.org/print-from-android

With the Mopria Print Service, you can easily connect and send documents and pictures from your Android device to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Source: https://mopria.org/mopria-mobile-printing

**How to Print from Android**

US 10873856                    Page 67 of 74



Check that the Mopria Print Service is on by going to your device settings and tapping on printing

Now, you are ready to print from your device.

Select "All printers" to discover printers near you.



You can set optional settings or tap "More Options" to set advanced features.

Then tap the print icon.



And your file will print to a Mopria certified printer.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| 20. The printing device of claim 17, wherein the one or more wireless communication chips or chipsets of the printing device are compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards for wirelessly connecting the printing device to a wireless local area network, and | *The one or more wireless communication chips or chipset (e.g., Wi-Fi module etc.) of the printing device (e.g., Kyocera TASKalfa 8353ci printer etc.) are compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards for wirelessly connecting the printing device to a wireless local area network (e.g., Wi-Fi network).*<br><br>**Printing Device:**<br>**Kyocera TASKalfa 8353ci printer** |
|---|---|

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

**Network Print and Supported Protocols:** TCP/IP, NetBEUI, IPv4, IPv6, IPsec, HTTP, LPD, FTP, IPP, RawPort, LLTD, SNTP, DHCP, SMTP, POP3, DNS, SNMPv1/v2, WSD Scan/Print

**Drivers:** KX Driver, PCL Mini Driver, KPDL Mini Driver, KX Driver for XPS, Network Fax Driver, TWAIN Driver, WIA Driver, PPD for MAC, PPD for Linux

**Utilities:** KYOCERA Net Admin, KYOCERA Net Viewer, KYOCERA Net Device Manager, PDF Direct Print, Command Center RX

Source: https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf



Source: https://www.itu.int/en/ITU-D/Regional-Presence/AsiaPacific/SiteAssets/Pages/Events/2017/Oct2017CIIOT/CIIOT/7.Session3-2%20Introduction%20of%20Wi-Fi%20Interoperability%20Certification%20Test-%E5%86%AF%E5%BF%97%E8%8A%B3V3.pdf

US 10873856                                    Page 71 of 74

"*The technical name for WiFi is IEEE 802.11* & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

"To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. *The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.* By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source:https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php

**Printing device connecting to a wireless local area network:**

## System/Network
Configures machine system settings.

### Network
Configures network settings.

## Wi-Fi Settings
[System Menu/Counter] key > [System/Network] > [Network] > [Wi-Fi Settings]
Set Wi-Fi.

**Wi-Fi**

| Item | Description |
|------|-------------|
| Wi-Fi | Select whether to use Wi-Fi. Value: Off, On |

**Setup**

| Item | | Description |
|------|---|-------------|
| Connection Status | | Check the wireless LAN status. |
| Quick Setup | | If the machine will connect to an access point that supports the automatic wireless network setup, connection settings can be configured by Quick Setup. |
| | Available Network | Displays access points to which the machine can connect. |
| | WEP Key Index | Select the key index of the access point. Value: 0 to 3 |
| | Push Button Method | If the access point supports the push button method, wireless settings can be configured using the push button. This setting executes push button, and the connection is started by pressing the push button on the access point. NOTE The push button method supports only the WPS. |
| | PIN Code Method (Device) | Starts connection using the machine's PIN code. Enter the PIN code into the access point. The PIN code of the machine is automatically generated. |

Source:

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| wherein the wireless communication established | *The wireless communication (e.g., Wi-Fi communication etc.) established between the client (e.g., Kyocera smartphone) and the printing device (e.g., Kyocera TASKalfa 8353ci* |

| | |
|---|---|
| between the client and the printing device in (2) is via the wireless local area network, and wherein the providing of the printing service by the printing device is based, at least in part, on the client and the printing device being in the same network. | *printer) in (2) is via the wireless local area network (e.g., Wi-Fi network), and wherein the providing of the printing service (e.g., wireless printing) by the printing device is based, at least in part, on the client and the printing device being in the same network.*<br><br>**A. Kyocera Mobile Print app**<br><br>KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:<br><br>• Print photos and documents stored on your mobile device or a supported external service<br>• Scan documents on a compatible printing device and save them to your mobile device or a supported external service:<br>    ○ Dropbox<br>    ○ Evernote<br>    ○ OneDrive<br>    ○ Google Drive<br>    ○ SMB (Shared Folder)<br>• Send documents by email<br>• Print webpages accessed through the app's built-in web browser<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general<br><br>**What type of connection do I need to print or scan from my mobile device?**<br><br>To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.<br><br>**How does Mobile Print discover printing devices?**<br><br>Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ **Download** the free app from the respective app store.<br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br>■ **Open** the document, image or web page you wish to print.<br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>**B. Mopria Print Service** |

The Mopria Print Service offers a simple and seamless way to connect and send documents and pictures from Android devices to a nearby Kyocera MFP or Printer. With this app, you can print to any Mopria certified Kyocera MFP or Printer without installing additional software or drivers allowing users to print easily on-the-go. The Mopria Print Service is available for download from Google Play.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/MOPRIAPRINTSERVICE.html

**What are the requirements for printing with Mopria Print Service?**

**1** A smartphone or tablet with the Android Operating System, version 4.4 or later

Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

**2** A printer, MFP or print accessory that is Mopria-certified

The list of printers is growing every week; go to Mopria.org to see the latest. Your printer at home or at work may already be included in this list, manufacturers are continually certifying older models. A printer accessory may be able to add the mobile print capability to your printer.

**3** A wireless network

The mobile device and printer need to be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDIIS to automatically discover your printer either through the local 802.11 wireless network or directly if the printer includes Wi-Fi Direct®. The printer must be either wirelessly connected to the network router or with an Ethernet cable.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

**Definitions:**
mDIIS resolves host names to IP addresses within small networks that do not include a local name server.

802.11 is an evolving family of specifications for wireless local area networks (WLANs) that specifies an over-the-air interface between a wireless client and a base station or between two wireless clients.

**4** Apps that support Android KitKat (4.4) or later printing

Many native Android apps support printing, including Chrome, Gmail, Photo and Drive. Additionally, other popular apps available in the Google Play Store include the print feature. If the Print button does not display in an app, the app does not support Mopria Print Service at this time.

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

**How do I discover a Mopria-certified printer?**

1. Go to Settings > Printing and enable Mopria Print Service
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer
3. A list of Mopria-certified printers available on the network will appear for use with print-enabled apps

,

Source: https://mopria.org/Documents/Mopria_FAQs.pdf

US 10873856

Page 74 of 74