# EXHIBIT 13
# Application of U.S. Patent No. 10,846,031 to the Accused Apps<sup>*,**</sup>

---

\* The term "Accused Apps" refers to Kyocera's Mobile Print app and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Kyocera's affiliated companies, that have the features shown in this chart, or substantially similar features.

\** This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US 10,846,031 vs. Accused Apps | |
| --- | --- |
| **US 10,846,031** | **Accused Apps** |
| 8. A non-transitory computer readable storage medium having recorded therein software that is executable at a mobile device for wirelessly managing an output system, | *A non-transitory computer readable storage medium having recorded therein software (e.g., Kyocera Mobile Print app etc.) that is executable at a mobile device (e.g., Kyocera smartphone etc.) for wirelessly managing (e.g., enabling Kyocera printer to print wirelessly) an output system (e.g., Kyocera TASKalfa 8353ci printer etc.).*<br><br>**Kyocera Mobile Print app:**<br><br>Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint<br><br>KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:<br><br>• Print photos and documents stored on your mobile device or a supported external service<br>• Scan documents on a compatible printing device and save them to your mobile device or a supported external service:<br>   ○ Dropbox<br>   ○ Evernote<br>   ○ OneDrive<br>   ○ Google Drive<br>   ○ SMB (Shared Folder)<br>• Send documents by email<br>• Print webpages accessed through the app's built-in web browser<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general<br><br>**Mobile Device:**<br>**Kyocera DuraForce Ultra 5G** |

**DURAFORCE ULTRA 5G**



Operating System

Android™ 12, Android Enterprise Recommended

Wi-Fi

802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Output System:**
**Kyocera TASKalfa 8353ci printer**

**TASKalfa 8353ci**



Source:
https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**Kyocera Mobile Print app wirelessly manages Kyocera Printer:**

Kyocera Mobile Print is a free app that makes it possible for users to do the following:

- Securely print documents, web pages and images — as well as copy and print text from a clipboard — on demand from virtually anywhere from a mobile device.

- Scan files and images from MFPs to their mobile devices. Mobile Print enables you to be in control of your document imaging and eliminates the need to carry cumbersome printed files on the chance you need them. It also eliminates issues associated with emailing files to someone connected to a network in order to have them printed for you.

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.

- Next, connect to the same network as the Kyocera MFP or printer you will be using to print.

- Open the document, image or web page you wish to print.

- Finally, select the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html

KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America

US 10846031                                                                 Page 4 of 39









<table>
<tr><td></td><td>



and select the Kyocera MFP or printer on the network to print to





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

</td></tr>
<tr><td>

the output system includes wireless communication circuitry for wireless

</td><td>

*The output system (e.g., Kyocera TASKalfa 8353ci printer etc.) includes wireless communication circuitry (e.g., Wi-Fi module etc.) for wireless communication (e.g., Wi-*

</td></tr>
</table>

| | |
|---|---|
| communication and at least a connection to an output device for outputting digital content, the mobile device is a separate device from the output system, | *Fi communication etc.) and is connected to an output device (e.g., printhead etc.) for outputting digital content (e.g., photos, documents etc.).*<br><br>*The mobile device (e.g., Kyocera smartphone etc.) is a separate device from the output system (e.g., Kyocera TASKalfa 8353ci printer etc.).*<br><br>**Output System:**<br>**Kyocera TASKalfa 8353ci printer**<br><br>TASKalfa 8353ci<br><br><br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html<br><br>**Print Specifications**<br>**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)<br><br>**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>**Print Resolution:** Up to 1200 x 1200 dpi<br><br>**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap<br><br>**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)<br><br>**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print<br><br>**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet) |

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

## What Are Printheads?

If you're new to industrial or commercial printing, you might first need to brush up on what printheads are and the purpose they serve. Digital printers don't simply apply ink from a cartridge directly to print media. Instead, a printhead is used to take ink from the cartridge and drop or spray it onto the media and create the desired image or text.

Printheads are complicated devices, with nozzles for each color of ink (cyan, yellow, magenta and black at minimum) and sophisticated electrical components. Electrical circuits signal to the printhead nozzles to tell them when and how much ink to release onto the media. The way they do this can be quite different depending on the type of printhead used by your printer.

Source:https://www.allprintheads.com/blogs/news/guide-to-choosing-a-printhead?srsltid=AfmBOop5kcDYi44WjfRbo3NWWUjF7KtS4kfRZh-X5S_i9YOaeQxfJb0e

**Mobile Device:**
**Kyocera DuraForce Ultra 5G**



Operating System

Android™ 12, Android Enterprise Recommended

Wi-Fi

| | |
|---|---|
| | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g |
| the mobile device includes: a touch sensitive screen interface for interacting with a user, | *The mobile device (e.g., Kyocera smartphone etc.) includes a touch sensitive screen interface (e.g., touchscreen display) for interacting with a user.*<br><br>**Mobile device:**<br>**Kyocera DuraForce Ultra 5G**<br><br><br><br><br><br>Display — 5.45 inch IPS LCD Capacitive Touchscreen with Sapphire Shield Display<br>FHD+, 1080 x 2160 pixels, 18:9 aspect ratio<br>Ultra Bright Backlit Display for Daylight Visibility<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g<br><br>**Touchscreen Navigation**<br>Your phone's touchscreen lets you control actions through a variety of tap gestures.<br><br>**Tap:** Tap the screen with your finger to select or launch a menu, option, or application. A light tap works best.<br><br> |



**Touch and Hold:** To open the available options for an item (for example, a keyboard), touch and hold the item.

Source: https://web.archive.org/web/20220803183102/https://ss7.vzw.com/is/content/Verizon Wireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

| memory for storing at least part of the software, | *The mobile device (e.g., Kyocera smartphone etc.) includes memory for storing at least part of the software (e.g., Kyocera Mobile Print app etc.).* |
| --- | --- |

**Mobile device:**
**Kyocera DuraForce Ultra 5G**

| Memory | 128GB (ROM) + 6GB (RAM) microSDXC memory card slot (supports up to 1TB) |
| --- | --- |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Software (Kyocera Mobile Print app):**

Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

| | |
|---|---|
| | KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:<br><br>• Print photos and documents stored on your mobile device or a supported external service<br>• Scan documents on a compatible printing device and save them to your mobile device or a supported external service:<br>    ◦ Dropbox<br>    ◦ Evernote<br>    ◦ OneDrive<br>    ◦ Google Drive<br>    ◦ SMB (Shared Folder)<br>• Send documents by email<br>• Print webpages accessed through the app's built-in web browser<br><br>Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general |
| one or more processors, and | *The mobile device (e.g., Kyocera smartphone etc.) includes a processor (e.g., Qualcomm Snapdragon etc.).*<br><br>**Mobile device:**<br>**Kyocera DuraForce Ultra 5G**<br><br>Processor<br><br>Qualcomm Snapdragon 765G 5G (7nm) Octa-core (1x 2.4GHz+1x 2.2GHz+6x 1.8GHz) GPU: Adreno 620<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g |
| one or more wireless communication units that include circuitry for wireless communication; and | *The mobile device (e.g., Kyocera smartphone etc.) includes one or more wireless communication units (e.g., Wi-Fi module etc.) that include circuitry for wireless communication (e.g. Wi-Fi communication etc.).*<br><br>**Mobile device:**<br>**Kyocera DuraForce Ultra 5G**<br><br>Wi-Fi<br><br>802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g<br><br>**Wireless communication:** |

<table>
<tr><td></td><td>

*Wi-Fi*

Wi-Fi provides wireless Internet access. To use your phone's Wi-Fi, you need access to a wireless access point or "hotspot."

The availability and range of the Wi-Fi signal depend on several factors, including infrastructure and objects through which the signal passes.

*Turn Wi-Fi On and Connect to a Wireless Network*

Use the Network & internet setting menu to enable your phone's Wi-Fi radio and connect to an available Wi-Fi network.

1. From the Apps launcher, tap **Settings** > **Network & internet**.
2. Tap **Wi-Fi** and tap the on/off icon next to **Use Wi-Fi** to turn Wi-Fi on.
3. Tap the available network to connect.

   - If you selected an open network, you will be automatically connected to the network.
   - If you selected a network that is secured with a password, enter the password, and then tap **CONNECT**.

   NOTE: If the wireless network you want to connect to is not in the list of detected networks, tap **Add network** at the bottom of the list. Enter the wireless network settings and tap **SAVE**.

   - If you selected the network that the phone is currently connected to, you will see Network details showing the Wi-Fi network name, status, signal strength, frequency, and more.

Depending on the network type and its security settings, you may also need to enter more information or choose a security certificate.

When your phone is connected to a wireless network, the Wi-Fi icon appears in the status bar and tells you the approximate signal strength. (The above icon indicates maximum signal strength.)

Source:
https://web.archive.org/web/20220803183102/https://ss7.vzw.com/is/content/Verizon Wireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

</td></tr>
<tr><td>

wherein, when the one or more processors, included in the mobile device, execute at least part of the software at the mobile device, the mobile device executes a method, comprising: (1) wirelessly discovering, by the mobile device and using the one or more wireless communication units of the mobile device, the output system, the wireless discovering of the output system is based, at least in part, on short range wireless communication or wireless local area network communication;

</td><td>

*The mobile device (e.g., Kyocera smartphone with Kyocera Mobile Print app) executes a method, of wirelessly discovering (e.g. finding nearby devices), using the one or more wireless communication units (e.g. Wi-Fi module), the output system (e.g., Kyocera TASKalfa 8353ci printer etc.).*
*The wireless discovering of the output system is based, at least in part, on wireless local area network communication (e.g. Wi-Fi communication).*

**Mobile device wirelessly discovering Kyocera printer over Wi-Fi communication:**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- Open the document, image or web page you wish to print.
- Finally, select the device you wish to print to, set your preferences and press print.

</td></tr>
</table>

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE
PRINT.html



Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printi
ng

KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America











Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| (2) wirelessly receiving, by the mobile device and using the one or more wireless | *The mobile device (e.g., Kyocera smartphone with Kyocera Mobile Print app) wirelessly receives, using the one or more wireless communication units (e.g. Wi-Fi module), device information (e.g. device name, model number etc.) from the output system (e.g.,* |
| --- | --- |

| | |
|---|---|
| communication units of the mobile device, device information from the output system that has been wirelessly discovered by the mobile device in (1), the device information is related, at least in part, to the output system wirelessly discovered in (1); | *Kyocera TASKalfa 8353ci printer etc.) that has been wirelessly discovered by the mobile device in (1) and the device information is related to the output system.*<br><br>**Mobile device wirelessly receives device information from Kyocera printer:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html<br><br>KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America<br><br> |



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| | |
|---|---|
| (3) displaying, on the touch sensitive screen interface of the mobile device, a user interface item for user selection, the user interface item is related, at least in part, to the device information wirelessly received from the output system in (2); | *The mobile device (e.g., Kyocera smartphone with Kyocera Mobile Print app) displays, on the touch sensitive screen interface, a user interface item (e.g. selectable device name) for user selection.*<br>*The user interface item is related to the device information (e.g., device name, model number etc.) wirelessly received from the output system (e.g., Kyocera TASKalfa 8353ci printer etc.) in (2).*<br><br>**Mobile device displays device name for user selection over the screen:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html<br><br>KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America |





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| (4) receiving, by the mobile device and using the touch sensitive screen interface of the mobile device and from the user, at least an indication of a selection of the user interface item displayed on the touch sensitive screen interface in (3), the user interface item is related, at least in part, to the output system wirelessly discovered in (1); | *The mobile device (e.g., Kyocera smartphone with Kyocera Mobile Print app) using the touch sensitive screen interface, receives from the user, at least an indication of a selection (e.g. when the user tap on the selectable device name) of the user interface item displayed on the touch sensitive screen interface in (3), the user interface item is related, to the output system (e.g., Kyocera TASKalfa 8353ci printer etc.) wirelessly discovered in (1).*<br><br>**Mobile device receives an indication of selection of the displayed user interface item:** |

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.

- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

- **Open** the document, image or web page you wish to print.

- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE
PRINT.html

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| | |
|---|---|
| (5) wirelessly providing, from the mobile device to the output system that is wirelessly discovered in (1) and selected in (4), using the one or more wireless communication units of the mobile device, security information or authentication information, the wireless providing of the security information or the authentication information facilitates, at least in part, the mobile device to access output services provided by the output system; and | *The mobile device (e.g., Kyocera smartphone with Kyocera Mobile print app etc.) wirelessly provides, using the wireless communication unit (e.g. Wi-Fi module), to the output system that is wirelessly discovered in (1) and selected in (4), security or authentication information (e.g. username, password etc.).*<br><br>*The security or the authentication information facilitates, the mobile device to access output services (e.g. wireless printing services etc.) provided by the output system (e.g., Kyocera TASKalfa 8353ci printer etc.).*<br><br>**Mobile device provides security or authentication information to Kyocera printer:**<br><br>The system administrator can restrict printing and scanning on the printing device or through Command Center by turning on local authentication or network authentication. With User login enabled, an administrator can restrict access to resources. Administrators can set job quotas using Job accounting.<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing |









Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

*Note: Users can register/add login profile (username and password) by adding in local user list on the printer.*
*Later, they can login with the same profile details (username and password) in the above scenario.*

## Strengthening the Security

This machine is shipped with two default users registered one with Machine Administrator rights, and another with Administrator rights. Logging in as this user will allow you to configure all settings; therefore, please change the login user name and password.

In addition, this machine is equipped with user authentication function, which can be configured to limit the access to this machine to only those who have a registered login name and password.

| Item | Descriptions |
|---|---|
| Local Authentication | User authentication based on user properties on the local user list stored in the machine. |
| Network Authentication | User authentication based on Authentication Server. Use a user property stored in Authentication Server to access the network authentication login page. |

## Adding a User (Local User List)

You can add up to 1,000 users (including the default login user name).

**1** **Display the screen.**

1  [System Menu/Counter] key > [User Login/Job Accounting]

📷 NOTE

If the login user name entry screen appears during operations, enter a login user name and password, and select [Login]. For this, you need to login as an administrator or as a user with privileges to carry out this setting.

The factory default login user name and login password are set as shown below.

| Model Name | Login User Name | Login Password |
|---|---|---|
| 7353ci | 7300 | 7300 |
| 8353ci | 8300 | 8300 |

2  "User Login Setting" [Next] > "Local User List" [Add/Edit]

**2** **Enter the user information.**

[Add] > Enter the user information > [OK]

| Item | Descriptions |
|---|---|
| User Name*1 | Enter the name displayed on the user list (up to 32 characters). |
| Login User Name*1 | Enter the login user name to login (up to 64 characters). The same login user name cannot be registered. |
| Login Password | Enter the password to login (up to 64 characters). Reenter the same password for confirmation and select the [OK] key. |

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| | |
|---|---|
| (6) wirelessly establishing, using the one or more wireless communication units of the mobile device, a wireless communication link between the mobile device and the output system that is wirelessly discovered in (1), the wireless communication link is a short range wireless communication link or a wireless local area network communication link, and the wireless establishing of the wireless communication link is subsequent to the mobile device having received the indication of the selection of the user interface item in (4). | *The mobile device (e.g., Kyocera smartphone with Kyocera Mobile Print app etc.) wirelessly establishes, using the one or more wireless communication units (e.g. Wi-Fi module), a wireless communication link (e.g. Wi-Fi communication link) with the output system (e.g., Kyocera TASKalfa 8353ci printer etc.) wirelessly discovered in (1).* <br> *The wireless communication link is a wireless local area network communication link, and is established subsequent to the mobile device having received the indication of the selection of the user interface item in (4).* <br><br> **Mobile device establishes wireless communication link with the Kyocera Printer:** <br><br> Using Mobile Print is easy! Just follow these four easy steps: <br><br> ■ Download the free app from the respective app store. <br> ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print. <br> ■ Open the document, image or web page you wish to print. <br> ■ Finally, **select** the device you wish to print to, set your preferences and press print. <br><br> Source: <br> https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html |



KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America







US 10846031                                                                                                  Page 25 of 39



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| | |
|---|---|
| 9. The medium according to claim 8, wherein the wireless discovering of the output system in (1) is based, at least in part, on physical proximity between the mobile device and the output system, and | *The wireless discovery of the output system (e.g., (e.g., Kyocera TASKalfa 8353ci printer etc.) in (1) is based, at least in part, on physical proximity (i.e. must be connected to same Wi-Fi network) between the mobile device (e.g., Kyocera smartphone with Kyocera Mobile Print app) and the output system.*<br><br>**Mobile device wirelessly discovering Kyocera printer over Wi-Fi communication:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>What type of connection do I need to print or scan from my mobile device?<br><br>To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.<br><br>How does Mobile Print discover printing devices?<br><br>Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.<br><br>Source:<br>https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing |

| | |
|---|---|
| wherein, subsequent to the mobile device having wirelessly provided the security information or the authentication information to the output system in (5), the mobile device wirelessly accesses the output services provided by the output system over the wireless communication link wirelessly established in (6). | *The mobile device (e.g., Kyocera smartphone with Kyocera Mobile Print app etc.) subsequent to having wirelessly provided the security or the authentication information (e.g., username, password etc.) to the output system (e.g., Kyocera TASKalfa 8353ci printer etc.) in (5), wirelessly accesses the output services (e.g., wireless printing) provided by the output system over the wireless communication link (e.g. Wi-Fi communication link) established in (6).* <br><br> **Mobile device wirelessly accesses the output services provided by the Kyocera printer:** <br><br> The system administrator can restrict printing and scanning on the printing device or through Command Center by turning on local authentication or network authentication. With User login enabled, an administrator can restrict access to resources. Administrators can set job quotas using Job accounting. <br><br> Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing <br><br>  <br><br>  |





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

Using Mobile Print is easy! Just follow these four easy steps:

- ■ Download the free app from the respective app store.
- ■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- ■ Open the document, image or web page you wish to print.
- ■ Finally, select the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE
PRINT.html

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
  - Dropbox
  - Evernote
  - OneDrive
  - Google Drive
  - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

| 10. The medium according to claim 9, wherein the one or more wireless communication units of the mobile device support at least part of a protocol within IEEE 802.11 standards or within Bluetooth specifications, and the wireless communication link wirelessly established in (6) is compatible with at least part of the protocol within IEEE 802.11 standards or within Bluetooth specifications. | *The one or more wireless communication units (e.g., Wi-Fi module etc.) of the mobile device (e.g., Kyocera smartphone) support a protocol within IEEE 802.11 standards, and the wireless communication link (e.g., Wi-Fi communication link etc.) wirelessly established in (6) is compatible with at least part of the protocol within IEEE 802.11 standards.*<br><br>**Mobile device:**<br>**Kyocera DuraForce Ultra 5G**<br><br>Wi-Fi<br><br>802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g<br><br>**Mobile device establishes wireless communication link with Kyocera Printer:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br>■ Open the document, image or web page you wish to print.<br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>"*The technical name for WiFi is IEEE 802.11* & it is key to everyday life enabling data to be transferred to devices from a router / hotspot. |

<table>
<tr><td></td><td>To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source:https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php</td></tr>
<tr><td>11. The medium according to claim 10, wherein, subsequent to the mobile device having wirelessly provided the security information or the authentication information to the output system in (5), the method further comprises: (a) wirelessly establishing, using the one or more wireless communication units of the mobile device, a wireless local area network connection between the mobile device and the output system; and</td><td>*The mobile device (e.g., Kyocera smartphone with  Kyocera Mobile Print app etc.) subsequent to having wirelessly provided the security or authentication information (e.g., username, password etc.,) to the output system in (5), further wirelessly establishes using the one or more wireless communication units (e.g., Wi-Fi module etc.), a wireless local area network connection (e.g. Wi-Fi connection) between the mobile device and the output system (e.g., Kyocera TASKalfa 8353ci printer etc.).*

**Mobile device establishes wireless local area network connection with Kyocera printer:**

The system administrator can restrict printing and scanning on the printing device or through Command Center by turning on local authentication or network authentication. With User login enabled, an administrator can restrict access to resources. Administrators can set job quotas using Job accounting.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

</td></tr>
</table>



Selected output system (e.g., Kyocera printer)





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

<table>
<tr>
<td></td>
<td>
Using Mobile Print is easy! Just follow these four easy steps:

■ Download the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ **Open** the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html
</td>
</tr>
<tr>
<td>

(b) wirelessly transmitting, using the one or more wireless communication units of the mobile device and over the wireless local area network connection wirelessly established in (a), output data that is related to the digital content, from the mobile device to the output system for outputting at least part of the digital content at the output system.
</td>
<td>

*The mobile device (e.g., Kyocera smartphone with Kyocera Mobile Print app) wirelessly transmits, using the one or more wireless communication units (e.g. Wi-Fi module) and over the wireless local area network connection (e.g. Wi-Fi connection) established in (a), output data (e.g., print job) that is related to the digital content (e.g. image, documents etc..) to the output system (e.g., Kyocera TASKalfa 8353ci printer etc.) for outputting or playing.*

**Mobile device transmits output data to Kyocera printer over Wi-Fi connection:**

Using Mobile Print is easy! Just follow these four easy steps:

■ Download the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ **Open** the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**
</td>
</tr>
</table>

US 10846031                                                    Page 32 of 39



then launch the Kyocera mobile print app from your device

from your device tap the Photos tab within the app and choose the

within the app and choose the desired photo from your photo album or









and select the Kyocera MFP or printer on the network to print to







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| 12. The medium according to claim 11, wherein the mobile device is at least a smart phone, and | *The mobile device is a smart phone.*<br><br>**Mobile device:**<br>**Kyocera DuraForce Ultra 5G** |
|---|---|



Operating System

Android™ 12, Android Enterprise Recommended

Wi-Fi

802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

| | |
|---|---|
| wherein the security information or the authentication information includes one or more of a name, a password, identification information, an ID number, a PIN, an IP address, a security key, biometric information, fingerprint information, or voice, individually or in any combination. | *The security or authentication information includes a name, password (e.g., username, password).*<br><br>**Mobile device provides security or authentication information to Kyocera Printer:**<br><br> |



tap select a device



tap select a device under authentication select user



login enter your username and password

| | Source: https://www.youtube.com/watch?v=1vr-yNQP6K0 |
|---|---|