# EXHIBIT 14
# Application of U.S. Patent No. 10,846,031 to the Accused Phones[*,**]

---

[*] The term "Accused Phones" refers to Kyocera's DuraForce and DuraSport smartphones and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

[**] This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US Patent No. 10846031 Vs.  Accused Phones | |
|---|---|
| **US Patent No. 10846031** | **Accused Phones** |
| 28. A mobile information apparatus for wirelessly managing an output device and to access output services provided by the output device, the output device includes wireless communication circuitry for wireless communication with the mobile information apparatus, the mobile information apparatus is a separate device from the output device, and | *A mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) for wirelessly managing (e.g., enabling wireless printing etc.) an output device (e.g., Kyocera TASKalfa 8353ci printer etc.) and to access output services (e.g., printing of photos, documents etc.) provided by the output device.*<br><br>*The output device includes wireless communication circuitry (e.g., Wi-Fi module etc.) for wireless communication with the mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.).*<br><br>*The output device (e.g., Kyocera TASKalfa 8353ci printer etc.) is a separate device from the mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone).*<br><br>**Mobile Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G**<br><br><br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g<br><br>**Output Device:**<br>**Kyocera TASKalfa 8353ci printer** |

## TASKalfa 8353ci



Source:
https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html

**Print Specifications**

**Standard Controller:** Freescale QorIQ T1042 (Quad Core) / 1.2GHz (8353ci & 7353ci); Freescale QorIQ T1024 (Dual Core) / 1.4GHz (9003i, 8003i, & 7003i)

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

**Print Resolution:** Up to 1200 x 1200 dpi

**Fonts:** 136 KPDL3, 93 PCL6, 8 Windows Vista, 1 Bitmap

**OS Compatibility:** Windows: 7/8.1/10/Server 2008/Server 2008 R2/Server 2012/Server 2012 R2/Server 2016; Novell NetWare 3.x/4.x/5.x/6.x; Mac OS X v10.9 or later; Sun OS 4.1.x; Solaris 2.x; AIX; HP-UX (LPR)

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**Mobile information apparatus wirelessly manages output device:**

**(A) via Kyocera Mobile Print app**



Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
    - Dropbox
    - Evernote
    - OneDrive
    - Google Drive
    - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

Kyocera Mobile Print is a free app that makes it possible for users to do the following:

- Securely print documents, web pages and images — as well as copy and print text from a clipboard — on demand from virtually anywhere from a mobile device.
- Scan files and images from MFPs to their mobile devices. Mobile Print enables you to be in control of your document imaging and eliminates the need to carry cumbersome printed files on the chance you need them. It also eliminates issues associated with emailing files to someone connected to a network in order to have them printed for you.

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- Open the document, image or web page you wish to print.
- Finally, select the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America

US 10,846,031                    Page 4 of 56















Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via <u>Mopria Print Service</u>**

The Mopria Print Service offers a simple and seamless way to connect and send documents and pictures from Android devices to a nearby Kyocera MFP or Printer. With this app, you can print to any Mopria certified Kyocera MFP or Printer without installing additional software or drivers allowing users to print easily on-the-go. The Mopria Print Service is available for download from Google Play.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/MOPRIAPRINTSERVICE.html



Source: https://mopria.org/print-from-android

What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed

2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)

3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

Source: https://mopria.org/print-from-android

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



| | |
|---|---|
| | **What Can I Print?**<br><br>With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.<br><br>Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.<br><br>Source: https://mopria.org/print-from-android |
| the mobile information apparatus comprises: one or more processors, | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) includes a processor (e.g., Qualcomm Snapdragon etc.).*<br><br>**Mobile Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G**<br><br>Processor<br><br>Qualcomm Snapdragon 765G 5G (7nm) Octa-core (1x 2.4GHz+1x 2.2GHz+6x 1.8GHz) GPU: Adreno 620<br><br>**POWERFUL PROCESSOR**<br>Embedded with Qualcomm Snapdragon™ 765G Mobile Platform and supported by ARCore, DuraForce Ultra 5G unites the power of 5G and AI to provide multi-gigabit speeds, intelligent multi-camera capabilities, richer graphics, 3D modeling capability, and more – all while preserving battery life.<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g |
| software executing at the mobile information apparatus, | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) includes software (e.g., Android OS etc.).* |

<table>
<tr><td></td><td>

**Mobile Information Apparatus:**
**Kyocera DuraForce Ultra 5G**

| Operating System | Android™ 12, Android Enterprise Recommended |
|---|---|

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

</td></tr>
<tr><td>

a touch sensitive screen interface for interacting with a user,

</td><td>

*The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) includes a touch sensitive screen interface (e.g., touchscreen display) for interacting with a user.*

**Mobile Information Apparatus:**
**Kyocera DuraForce Ultra 5G**



| Display | 5.45 inch IPS LCD Capacitive Touchscreen with Sapphire Shield Display<br>FHD+, 1080 x 2160 pixels, 18:9 aspect ratio<br>Ultra Bright Backlit Display for Daylight Visibility |
|---|---|

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

</td></tr>
</table>

US 10,846,031                                              Page 10 of 56

| | |
|---|---|
| | ## Touchscreen Navigation<br>Your phone's touchscreen lets you control actions through a variety of tap gestures.<br><br>**Tap:** Tap the screen with your finger to select or launch a menu, option, or application. A light tap works best.<br><br><br><br>**Touch and Hold:** To open the available options for an item (for example, a keyboard), touch and hold the item.<br><br><br><br>Source: https://web.archive.org/web/20220803183102/https://ss7.vzw.com/is/content/Verizon Wireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf |
| memory for storing at least part of the software, and | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) includes memory for storing the software.*<br><br>**Mobile Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G**<br><br>Memory          128GB (ROM) + 6GB (RAM) microSDXC memory card slot (supports up to 1TB)<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g |
| one or more wireless communication units that include one or more radio frequency link controllers for wireless communication, and | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) includes one or more wireless communication units (e.g., Wi-Fi module etc.) that include one or more radio frequency link controllers for wireless communication (e.g., Wi-Fi communication).*<br><br>**Mobile Information Apparatus:** |

<table>
<tr><td></td><td>

**Kyocera DuraForce Ultra 5G**

Wi-Fi

802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Wireless communication:**

*Wi-Fi*

Wi-Fi provides wireless Internet access. To use your phone's Wi-Fi, you need access to a wireless access point or "hotspot."

The availability and range of the Wi-Fi signal depend on several factors, including infrastructure and objects through which the signal passes.

**Turn Wi-Fi On and Connect to a Wireless Network**

Use the Network & internet setting menu to enable your phone's Wi-Fi radio and connect to an available Wi-Fi network.

1. From the Apps launcher, tap **Settings** > **Network & internet**.
2. Tap **Wi-Fi** and tap the on/off icon next to **Use Wi-Fi** to turn Wi-Fi on.
3. Tap the available network to connect.
   - If you selected an open network, you will be automatically connected to the network.
   - If you selected a network that is secured with a password, enter the password, and then tap **CONNECT**.

   NOTE: If the wireless network you want to connect to is not in the list of detected networks, tap **Add network** at the bottom of the list. Enter the wireless network settings and tap **SAVE**.

   - If you selected the network that the phone is currently connected to, you will see Network details showing the Wi-Fi network name, status, signal strength, frequency, and more.

Depending on the network type and its security settings, you may also need to enter more information or choose a security certificate.

When your phone is connected to a wireless network, the Wi-Fi icon appears in the status bar and tells you the approximate signal strength. (The above icon indicates maximum signal strength.)

Source:
https://web.archive.org/web/20220803183102/https://ss7.vzw.com/is/content/Verizon Wireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

</td></tr>
<tr><td>

wherein the mobile information apparatus is configurable for: (1) wirelessly discovering, using the one or more wireless communication units of the mobile information apparatus the output device, the wireless discovering of the output device is based, at least in part, on short

</td><td>

*The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) wirelessly discovers, using the one or more wireless communication units (e.g., Wi-Fi module etc.), the output device (e.g., Kyocera TASKalfa 8353ci printer etc.), the wireless discovering of the output device is based, at least in part, on wireless local area network communication (e.g., Wi-Fi network communication).*

**Mobile information apparatus wirelessly discovering Kyocera printer over Wi-Fi communication:**

</td></tr>
</table>

| | |
|---|---|
| range wireless communication or wireless local area network communication; | **(A) via Kyocera Mobile Print app**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, select the device you wish to print to, set your preferences and press print.<br><br>Source:<br><br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>**What type of connection do I need to print or scan from my mobile device?**<br><br>To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.<br><br>**How does Mobile Print discover printing devices?**<br><br>Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.<br><br>Source:<br><br>https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing<br><br>KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America<br><br> |









Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) <u>via Mopria Print Service</u>**

What are the requirements for printing with Mopria Print Service?

1. **A smartphone or tablet with the Android Operating System, version 4.4 or later**
   Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

2. **A printer, MFP, or print accessory that is Mopria-certified**
   The list of printers is growing every week; go to the Mopria Certified Printers page to see the latest. Your printer at home or at work may already be included in this list; manufacturers are continually certifying older models, and many new models are already compatible. A printer accessory may be able to add the mobile print capability to your printer.

3. **A wireless network** (not a requirement for printers that support Wi-Fi Direct when combined with Android devices that support Wi-Fi Direct)
   The mobile device and printer must be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly, if the printer includes Wi-Fi Direct®.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)

2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.

3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

*"How It Works*

***Open the app you want to print from and look for a print option, button** or icon.*

***This print function is often found under the apps or share menu**."*



| Find the print option | Select a nearby printer | Tap print |

Source: https://mopria.org/print-from-android

## How to Print from Android



Check that the Mopria Print Service is on by going to your device settings and tapping on printing.

Now, you are ready to print from your device.

Select "All printers" to discover printers near you.

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

</td>
</tr>
<tr>
<td>

(2) wirelessly receiving, using the one or more wireless communication units of the mobile information apparatus, device information from the output device that is wirelessly discovered by the mobile information apparatus in (1), the device information is associated, at least in part, with the output device that is wirelessly discovered in (1);

</td>
<td>

*The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) wirelessly receives, using the one or more wireless communication units (e.g., Wi-Fi module etc.) of the mobile information apparatus, device information (e.g., device name, model number etc.) from the output device (e.g., Kyocera TASKalfa 8353ci printer etc.) that is wirelessly discovered by the mobile information apparatus in (1), the device information is associated, at least in part, with the output device that is wirelessly discovered in (1).*

**Mobile information apparatus wirelessly receives device information from Kyocera printer:**

**(A) via Kyocera Mobile Print app**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- Open the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

</td>
</tr>
</table>

KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America





Source:  https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| (3) receiving, from the user and using the touch sensitive screen interface of the mobile information apparatus, at least an indication of a selection of a user interface item or icon displayed on the touch sensitive screen interface, the user interface item or icon is related to | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) receives, from the user and using the touch sensitive screen interface, at least an indication (e.g., when a user taps on the device name of the output device on the smartphone screen etc.) of a selection of a user interface item or icon (e.g., selectable device name) displayed on the touch sensitive screen interface of the mobile information apparatus. The user interface item or icon (e.g., selectable device name) is related to the device information (e.g., device name, model number), wireless received in (2) from the output device that is wirelessly discovered in (1).* |
|---|---|

| | |
|---|---|
| the device information, wirelessly received in (2) from the output device that is wirelessly discovered in (1), | **Mobile information apparatus receives an indication of selection of the displayed user interface item:**<br><br>**(A) via Kyocera Mobile Print app**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE PRINT.html<br><br>**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**<br><br> |





Source:  https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) <u>via Mopria Print Service</u>**

<u>How do I discover a Mopria-certified printer?</u>

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source:  https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

***"How It Works***

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu.*"



Source: https://mopria.org/print-from-android

## How to Print from Android





Select "All printers" to discover printers near you.



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| (4) wirelessly establishing, using the one or more wireless communication units of the mobile information apparatus, a wireless communication link between the mobile information apparatus and the output device that is wirelessly discovered in (1),the wireless communication | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) establishes, using the one or more wireless communication units (e.g., Wi-Fi module etc.) of the mobile information apparatus, a wireless communication link (e.g., Wi-Fi communication link etc.) between the mobile information apparatus and the output device (e.g., Kyocera TASKalfa 8353ci printer etc.) that is wirelessly discovered in (1), the wireless communication link being a wireless local area network link and the wireless establishing of the wireless communication link is based, at least in part, on the mobile information apparatus having received the indication of the selection of the user interface item or icon (e.g., selectable device name) in (3).* |
|---|---|

| | |
|---|---|
| link being a direct short range wireless communication link or a wireless local area network communication link, and the wireless establishing of the wireless communication link is based, at least in part, on the mobile information apparatus having received the indication of the selection of the user interface item or icon in (3); | **Mobile information apparatus establishes wireless communication link with Kyocera Printer:**<br><br>**(A) via Kyocera Mobile Print app**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**<br><br> |







Source:  https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) <u>via Mopria Print service</u>**



How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source:  https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf



**How It Works**

Open the app you want to print from and look for a print option, button or icon.
This print function is often found under the apps or share menu.

| Find the print option | Select a nearby printer | Tap print |
| --- | --- | --- |

Source: https://mopria.org/print-from-android

| (5) wirelessly providing, to the output device, using the one or more wireless communication units of the mobile information apparatus and over short range wireless communication, security information or authentication information from the mobile information apparatus, the wireless providing of the security information or the authentication information, from the mobile information apparatus to the output device, facilitates, at least in part, the mobile information apparatus to access services | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) provides, to the output device (e.g., Kyocera TASKalfa 8353ci printer etc.), using the one or more wireless communication units (e.g., Wi-Fi module etc.) of the mobile information apparatus and over short range wireless communication, security or authentication information (e.g., username, password, PIN etc.) to the output device to access the output services (e.g., printing of document. Images etc.) provided by the output device.* |

**Mobilie information apparatus provides security or authentication information to Kyocera printer:**

**(A) via Kyocera Mobile Print app** |

| provided by the output device, and | The system administrator can restrict printing and scanning on the printing device or through Command Center by turning on local authentication or network authentication. With User login enabled, an administrator can restrict access to resources. Administrators can set job quotas using Job accounting. |
| --- | --- |
| | Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing  |





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print service**

## Printing Administration

Using the Mopria Print Service, administrators can enforce print policies to ensure printing is always available but remains cost-effective and secure as possible.

- Using Mopria Print Service, administrators can implement print policies that save money, such as restricting printing only allowing two-sided or monochrome (black and white) printing.
- For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing.
- Administrators can track printing behaviors of individual users via User and Account IDs.

Source:https://mopria.org/print-for-business#:~:text=Printing%20Administration,Get%20the%20Mopria%20Print%20Service

Mopria Print Service offers secure and seamless printing from Android devices to more than 120 million Mopria certified printers. With this app, employees can connect and print to any Mopria certified printer without having to install printer brand-specific apps.

For admins wanting to include printing for their EMM users, Mopria Print Service enables admin-level control around what is printed and how it is printed. Using Mopria Print Service, admins can implement print policies that save money, such as restricting printing by only allowing two-sided or monochrome (black and white) printing. For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing. Admins can even track the printing behaviors of individual users via User and Account IDs.

Source: https://mopria.org/images/Mopria%20Enterprise%20Mobile%20Print.pdf

*Note: Users can register/add login profile (username and password) by adding in local user list on the printer.*
*Later, they can login with the same profile details (username and password) in the above scenarios.*

## Strengthening the Security

This machine is shipped with two default users registered one with Machine Administrator rights, and another with Administrator rights.Logging in as this user will allow you to configure all settings; therefore, please change the login user name and password.

In addition, this machine is equipped with user authentication function, which can be configured to limit the access to this machine to only those who have a registered login name and password.

| Item | Descriptions |
|---|---|
| Local Authentication | User authentication based on user properties on the local user list stored in the machine. |
| Network Authentication | User authentication based on Authentication Server. Use a user property stored in Authentication Server to access the network authentication login page. |

## Adding a User (Local User List)

You can add up to 1,000 users (including the default login user name).

**1  Display the screen.**

1  [System Menu/Counter] key > [User Login/Job Accounting]

> **NOTE**
>
> If the login user name entry screen appears during operations, enter a login user name and password, and select [Login]. For this, you need to login as an administrator or as a user with privileges to carry out this setting.
>
> The factory default login user name and login password are set as shown below.
>
> | Model Name | Login User Name | Login Password |
> |---|---|---|
> | 7353ci | 7300 | 7300 |
> | 8353ci | 8300 | 8300 |

2  "User Login Setting" [Next] > "Local User List" [Add/Edit]

**2  Enter the user information.**

[Add] > Enter the user information > [OK]

| Item | Descriptions |
|---|---|
| User Name[*1] | Enter the name displayed on the user list (up to 32 characters). |
| Login User Name[*1] | Enter the login user name to login (up to 64 characters). The same login user name cannot be registered. |
| Login Password | Enter the password to login (up to 64 characters). Reenter the same password for confirmation and select the [OK] key. |

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| | |
|---|---|
| (6) wherein, based on the mobile information apparatus having wirelessly provided the security information or the authentication information to the output device in (5), the mobile information apparatus wirelessly accesses the output services provided by the output device, over the wireless communication link wirelessly established in (4). | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) wirelessly accesses the output services (e.g., printing photos, documents etc.) provided by the output device (e.g., Kyocera TASKalfa 8353ci printer etc.) over the wireless communication link (e.g., Wi-Fi communication link etc.) wirelessly established in (4) and based on the provided security information or the authentication information (e.g., username, password, PIN etc.) to the output device in (5).*<br><br>**Mobile information apparatus wireless access output service provided by the Kyocera printer:**<br><br>**(A) via Kyocera Mobile Print App**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, select the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html |

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:

  - Dropbox
  - Evernote
  - OneDrive
  - Google Drive
  - SMB (Shared Folder)

- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**











Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

## (B) via Mopria Print Service

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*







Then tap the print icon.



And your file will print to a Mopria certified printer.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| 29. The mobile information apparatus of claim 28, wherein the one or more wireless communication units include one or more chips or chipsets, and wherein the wireless communication link wirelessly established in (4) is compatible, at | *The wireless communication units (e.g., Wi-Fi module etc.) include one or more chips or chipsets and the wireless communication link (e.g., Wi-Fi communication link etc.) established in (4) is compatible with protocols under IEEE 802.11 standards.*<br><br>**Mobile Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G** |

| | |
|---|---|
| least partly, with at least one of the following, individually or in any combination: (a) at least part of a protocol within IEEE 802.11 standards, or (b) at least part of a protocol within Bluetooth specifications. | Wi-Fi<br><br>802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g<br><br><br><br>Source: https://www.itu.int/en/ITU-D/Regional-Presence/AsiaPacific/SiteAssets/Pages/Events/2017/Oct2017CIIOT/CIIOT/7.Session3-2%20Introduction%20of%20Wi-Fi%20Interoperability%20Certification%20Test-%E5%86%AF%E5%BF%97%E8%8A%B3V3.pdf<br><br>"*The technical name for WiFi is IEEE 802.11* & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.<br><br>To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. *The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.* By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."<br><br>Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php<br><br>**Mobile information apparatus establishes wireless communication link with Kyocera printer:**<br><br>**(A) via Kyocera Mobile Print App** |

Using Mobile Print is easy! Just follow these four easy steps:

■ **Download** the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ **Open** the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILE
PRINT.html

## (B) via Mopria Print Service

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source:  https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf



**How It Works**

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.



Find the print option     Select a nearby printer     Tap print

Source: https://mopria.org/print-from-android

| | |
|---|---|
| 30. The mobile information apparatus of claim 29, wherein prior to receiving the indication of the selection of the user interface item or icon in (3), the mobile information apparatus is further configurable for displaying, on the touch sensitive screen interface of the mobile information apparatus, the user interface item or icon for user selection, the user interface item or icon is related, at least in part, to the device information wirelessly received from the output device in (2); | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) prior to receiving the indication of the selection of the user interface item or icon in (3), displays on the touch sensitive screen interface, the user interface item or icon (e.g., selectable device name etc.) for user selection. The user interface item or icon is related to, at least in part, to the device information (e.g., device name, model number etc.) wireless received from the output device.*<br><br>**Mobile information apparatus displays device name for user selection:**<br><br>**(A) via Kyocera Mobile Print app**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>**(B) via Mopria Print Service**<br><br>How do I discover a Mopria-certified printer?<br>1. Go to **Settings > Printing** and enable Mopria Print Service.<br>(With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)<br>2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.<br>3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.<br>Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.<br><br>Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf<br><br>*"How It Works*<br><br>***Open the app you want to print from and look for a print option, button or icon.***<br><br>***This print function is often found under the apps or share menu."*** |



Source: https://mopria.org/print-from-android

| | |
|---|---|
| and wherein the mobile information apparatus is further configurable for: (i) obtaining, by the mobile information apparatus, digital content for output; and | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) is further configurable for: (i) obtaining, by the mobile information apparatus, digital content (e.g., photos, documents etc.) for output.*<br><br>**Mobile information apparatus obtains digital content for output:**<br><br>**(A) via Kyocera Mobile Print app**<br><br>KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:<br><br>• Print photos and documents stored on your mobile device or a supported external service<br>• Scan documents on a compatible printing device and save them to your mobile device or a supported external service:<br><br>    ○ Dropbox<br>    ○ Evernote<br>    ○ OneDrive<br>    ○ Google Drive<br>    ○ SMB (Shared Folder)<br><br>• Send documents by email<br>• Print webpages accessed through the app's built-in web browser<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general |

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

How do I print a photo?

Photos can be accessed through the app's Photos window, by selecting an Album and then a specific photo. If your mobile device includes a built-in camera, you can take a new photo to print or email by selecting **Camera**. Once you've selected or taken a photo, you can adjust print options. You can select multiple photos to print at one time.

How do I print a document?

Documents can be accessed through the app's Documents window or a supported external service. To access existing documents, select **Documents** or one of the external services (Dropbox, Evernote, OneDrive, Google Drive, or Shared Folder). Once you've selected a document, you can adjust print options.

On Android devices, import files to the app with these methods:

- *From email*: Open an email attachment in the app by tapping the attachment. If functionality is supported for the attachment type, select KYOCERA Mobile Print from the choices to open the attachment in the Documents window
- *From browsers*: Open a web site with a browser and select the Options menu on the upper right corner, select Share, then select KYOCERA Mobile Print to load the web site in the web window
- *From other apps*: If an application supports the Open with functionality with Mobile Print, select **Open with** or **Share**, and then select KYOCERA Mobile Print to load the file in the Documents window

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**





Source:  https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B)** <u>**via Mopria Print Service:**</u>

*"How It Works*

*<u>Open the app you want to print from and look for a print option, button or icon.</u>*

*<u>This print function is often found under the apps or share menu</u>."*



| Find the print option | Select a nearby printer | Tap print |

US 10,846,031                              Page 45 of 56

| | |
|---|---|
| | **What Can I Print?**<br><br>With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.<br><br>Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.<br><br>Source: https://mopria.org/print-from-android |
| (ii) wirelessly transmitting, using the one or more wireless communication units of the mobile information apparatus and over the wireless communication link wirelessly established in (4), output data related to the digital content obtained in (i), from the mobile information apparatus to the output device for processing or outputting at least part of the digital content at the output device. | *The mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) wirelessly transmits, using the wireless communication unit (e.g., Wi-Fi module etc.) and over the wireless communication link (e.g., Wi-Fi communication link) wirelessly established in (4), output data (e.g., print job etc.) related to digital content (e.g., photos, document etc.) to the output device (e.g., Kyocera TASKalfa 8353ci printer etc.) for outputting (e.g., printing ) the digital content at the output device.*<br><br>**Mobile information apparatus transmits output data to Kyocera printer over Wi-Fi connection:**<br><br>**(A) via Kyocera Mobile Print App:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ **Download** the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ **Open** the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America** |





photo album or even take a photo using the camera feature embedded



dragging or pinching the image then tap select a device



device find devices and select the kyera



and select the Kyocera MFP or printer on the network to print to







Source:  https://www.youtube.com/watch?v=1vr-yNQP6K0

### (B) Mopria Print Service:

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source:  https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf







Then tap the print icon.



And your file will print to a Mopria certified printer.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| | |
|---|---|
| 32. The mobile information apparatus of claim 29, wherein the wireless discovering of the output device in (1) is based, at least in part, on physical proximity between the mobile information apparatus and the output device; | *The wireless discovery of the output device (e.g., (e.g., Kyocera TASKalfa 8353ci printer etc.) in (1) is based, at least in part, on physical proximity (i.e. must be connected to same Wi-Fi network) between the mobile information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone) and the output device.*<br><br>**Mobile information apparatus wirelessly discovering Kyocera printer over Wi-Fi communication:** |

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.

- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

- Open the document, image or web page you wish to print.

- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:

https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**What type of connection do I need to print or scan from my mobile device?**

To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

**How does Mobile Print discover printing devices?**

Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source:

https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

**(B) via Mopria Print Service**

What are the requirements for printing with Mopria Print Service?

1. **A smartphone or tablet with the Android Operating System**, version 4.4 or later
   Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.
2. **A printer, MFP, or print accessory that is Mopria-certified**
   The list of printers is growing every week; go to the Mopria Certified Printers page to see the latest. Your printer at home or at work may already be included in this list; manufacturers are continually certifying older models, and many new models are already compatible. A printer accessory may be able to add the mobile print capability to your printer.
3. **A wireless network** (not a requirement for printers that support Wi-Fi Direct when combined with Android devices that support Wi-Fi Direct)
   The mobile device and printer must be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly, if the printer includes Wi-Fi Direct®.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

***"How It Works***

| | |
|---|---|
| | *Open the app you want to print from and look for a print option, button or icon.*<br><br>*This print function is often found under the apps or share menu."*<br><br><br><br>Source: https://mopria.org/print-from-android |
| and wherein the security information or the authentication information includes one or more of a name, a password, identification information, an ID number, a PIN, an IP address, a security key, a biometric ID, a fingerprint, or a voice ID, individually or in any combination. | *The security or authentication information (e.g., username, password, PIN etc.) includes one or more of a name, a password, a PIN (e.g., username, password, PIN etc.) etc.*<br><br>**Mobile information apparatus provides security or authentication information to Kyocera printer:**<br><br>**(A) via Kyocera Mobile Print App**<br><br>The system administrator can restrict printing and scanning on the printing device or through Command Center by turning on local authentication or network authentication. With User login enabled, an administrator can restrict access to resources. Administrators can set job quotas using Job accounting.<br><br>Source:<br>https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing<br><br> |



Source:  https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

## Printing Administration

Using the Mopria Print Service, administrators can enforce print policies to ensure printing is always available but remains cost-effective and secure as possible.

- Using Mopria Print Service, administrators can implement print policies that save money, such as restricting printing only allowing two-sided or monochrome (black and white) printing.
- For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing.
- Administrators can track printing behaviors of individual users via User and Account IDs.

Source:https://mopria.org/print-for-business#:~:text=Printing%20Administration,Get%20the%20Mopria%20Print%20Service

Mopria Print Service offers secure and seamless printing from Android devices to more than 120 million Mopria certified printers. With this app, employees can connect and print to any Mopria certified printer without having to install printer brand-specific apps.

For admins wanting to include printing for their EMM users, Mopria Print Service enables admin-level control around what is printed and how it is printed. Using Mopria Print Service, admins can implement print policies that save money, such as restricting printing by only allowing two-sided or monochrome (black and white) printing. For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing. Admins can even track the printing behaviors of individual users via User and Account IDs.

Source: https://mopria.org/images/Mopria%20Enterprise%20Mobile%20Print.pdf