# EXHIBIT 15
# Application of U.S. Patent No. 10,481,846 to the Accused Apps and Accused Phones[*,**]

* The term "Accused Apps" refers to Kyocera's Mobile Print app and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features. The term "Accused Phones" refers to DuraForce and DuraSport smartphones and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

** This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US10481846B2 vs. Accused Apps and Accused Phones | |
|---|---|
| **US 10481846 B2** | **Accused Apps and Accused Phones** |
| 1. A non-transitory computer readable recording medium having recorded therein at least part of a software program executable, at least partly, by one or more processors of an information apparatus to perform a printing method, the information apparatus includes: the one or more processors; | *A non-transitory computer readable recording medium having recorded therein at least part of a software program (e.g., Kyocera Mobile Print app etc.) executable, at least partly, by one or more processors of an information apparatus (e.g., Kyocera smartphone) to perform a printing method (e.g., wireless printing of photos, documents etc.). The information apparatus includes one or more processors (e.g., Qualcomm Snapdragon etc.).* <br><br> **Software program** <br> **Kyocera Mobile Print app** <br><br> <br><br> Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint <br><br> <br><br> KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following: <br><br> • Print photos and documents stored on your mobile device or a supported external service <br> • Scan documents on a compatible printing device and save them to your mobile device or a supported external service: <br>  ○ Dropbox <br>  ○ Evernote <br>  ○ OneDrive <br>  ○ Google Drive <br>  ○ SMB (Shared Folder) <br> • Send documents by email <br> • Print webpages accessed through the app's built-in web browser <br><br> Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general <br><br> **Information Apparatus:** <br> **Kyocera Dura Force Ultra 5G** |

US 10,481,846    Page 2 of 52

## DURAFORCE ULTRA 5G



| Wi-Fi | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct |
|---|---|
| Processor | Qualcomm Snapdragon 765G 5G (7nm) Octa-core (1x 2.4GHz+1x 2.2GHz+6x 1.8GHz) GPU: Adreno 620 |

## POWERFUL PROCESSOR

Embedded with Qualcomm Snapdragon™ 765G Mobile Platform and supported by ARCore, DuraForce Ultra 5G unites the power of 5G and AI to provide multi-gigabit speeds, intelligent multi-camera capabilities, richer graphics, 3D modeling capability, and more – all while preserving battery life.

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Information apparatus performing printing method via Kyocera Mobile Print app:**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- Open the document, image or web page you wish to print.
- Finally, select the device you wish to print to, set your preferences and press print.

Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html





then launch the Kyocera mobile print app from your device

from your device tap the Photos tab within the app and choose the

within the app and choose the desired photo from your photo album or





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| a network communication interface for establishing a local area network connection to a local area network; and | *The information apparatus (e.g., Kyocera smartphone etc.) includes a network communication interface (e.g. Wi-Fi module etc.) for establishing a local area network connection (e.g., Wi-Fi connection) to a local area network (e.g. Wi-Fi network etc.).* |
|---|---|

**Information Apparatus:**
**Kyocera DuraForce Ultra 5G**

| Radios | **5G NR:** FR1 – n2 (1900), n5 (850), n66 (1700) FR2 (mmWave) – n260 (39 GHz), n261 (28 GHz) **LTE CAT11:** B12, B13, B5, B4, B66, B3, B2, B1, B7, B48 **CA Combinations:** 4CA **GSM:** B5, B8, B3, B2 (850, 900, 1800, 1900MHz) **UMTS:** B5, B8, B2, B1 (850, 900, 1900, 2100MHz) |
|---|---|
| Wi-Fi | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct |
| Connectivity | Bluetooth 5.0 LE + EDR NFC, High-speed USB 3.1 Type-C GPS (L1+L5 Dual Band), Glonass & Galileo |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

*Wi-Fi*
Wi-Fi provides wireless Internet access. To use your phone's Wi-Fi, you need access to a wireless access point or "hotspot."

The availability and range of the Wi-Fi signal depend on several factors, including infrastructure and objects through which the signal passes.

| | |
|---|---|
| | **Turn Wi-Fi On and Connect to a Wireless Network**<br><br>Use the Network & internet setting menu to enable your phone's Wi-Fi radio and connect to an available Wi-Fi network.<br><br>1. From the Apps launcher, tap **Settings** > **Network & internet**.<br><br>2. Tap **Wi-Fi** and tap the on/off icon next to **Use Wi-Fi** to turn Wi-Fi on.<br><br>3. Tap the available network to connect.<br><br>    ▪ If you selected an open network, you will be automatically connected to the network.<br><br>    ▪ If you selected a network that is secured with a password, enter the password, and then tap **CONNECT**.<br><br>**NOTE:** If the wireless network you want to connect to is not in the list of detected networks, tap **Add network** at the bottom of the list. Enter the wireless network settings and tap **SAVE**.<br><br>    ▪ If you selected the network that the phone is currently connected to, you will see Network details showing the Wi-Fi network name, status, signal strength, frequency, and more.<br><br>Depending on the network type and its security settings, you may also need to enter more information or choose a security certificate.<br><br>When your phone is connected to a wireless network, the Wi-Fi icon 📶 appears in the status bar and tells you the approximate signal strength. (The above icon indicates maximum signal strength.)<br><br>Source:<br>https://web.archive.org/web/20220803183102/https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf |
| memory or storage storing at least part of operating system software to facilitate, at least in part, operations of the software program; and | *The information apparatus (e.g., Kyocera smartphone etc.) includes memory or storage storing at least part of operating system software (e.g., Android OS) to facilitate, at least in part, operations of the software program (e.g., Kyocera Mobile Print application etc.).*<br><br>**Information Apparatus**<br>**Kyocera DuraForce Ultra 5G**<br><br><br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g<br><br><br><br>Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint |

| | KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:<br><br>• Print photos and documents stored on your mobile device or a supported external service<br>• Scan documents on a compatible printing device and save them to your mobile device or a supported external service:<br><br>    ◦ Dropbox<br>    ◦ Evernote<br>    ◦ OneDrive<br>    ◦ Google Drive<br>    ◦ SMB (Shared Folder)<br><br>• Send documents by email<br>• Print webpages accessed through the app's built-in web browser |
| | Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general |
| wherein the printing method comprises: (1) obtaining, at the information apparatus, by the software program, digital content for printing; | *The software program (e.g., Kyocera Mobile Print app etc.), obtains at the information apparatus (e.g., Kyocera smartphone etc.), digital content (e.g., photos, documents etc.) for printing.*<br><br>**Kyocera mobile print app obtains digital content at the information apparatus for printing:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ **Download** the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ **Open** the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>How do I print a photo?<br><br>Photos can be accessed through the app's Photos window, by selecting an Album and then a specific photo. If your mobile device includes a built-in camera, you can take a new photo to print or email by selecting **Camera**. Once you've selected or taken a photo, you can adjust print options. You can select multiple photos to print at one time.<br><br>How do I print a document?<br><br>Documents can be accessed through the app's Documents window or a supported external service. To access existing documents, select **Documents** or one of the external services (Dropbox, Evernote, OneDrive, Google Drive, or Shared Folder). Once you've selected a document, you can adjust print options. |

On Android devices, import files to the app with these methods:

- *From email*: Open an email attachment in the app by tapping the attachment. If functionality is supported for the attachment type, select KYOCERA Mobile Print from the choices to open the attachment in the Documents window
- *From browsers*: Open a web site with a browser and select the Options menu on the upper right corner, select Share, then select KYOCERA Mobile Print to load the web site in the web window
- *From other apps*: If an application supports the Open with functionality with Mobile Print, select **Open with** or **Share**, and then select KYOCERA Mobile Print to load the file in the Documents window

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**









Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| (2) discovering, using the network communication interface of the information apparatus and over the established local area network connection, a printer that is available in the local area network; | *The information apparatus (e.g., Kyocera smartphone with Kyocera Mobile Print app etc.) discovers using the network communication interface (e.g., Wi-Fi module) and over the established local area network connection (e.g., Wi-Fi connection), a printer (e.g., Kyocera TASKalfa 8353ci printer etc.) that is available in the local area network (e.g., Wi-Fi network etc.).*<br><br>**Information apparatus discovers printer available in the local area network:** |

US 10,481,846                                                                                     Page 11 of 52

Using Mobile Print is easy! Just follow these four easy steps:

■ **Download** the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ **Open** the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

- **What type of connection do I need to print or scan from my mobile device?**

  To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.

- **How does Mobile Print discover printing devices?**

  Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**



US 10,481,846                                                    Page 12 of 52





<table>
<tr>
<td></td>
<td>



and select the Kyocera MFP or printer on the network to print to

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**Printer:**
**Kyocera TASKalfa 8353ci**

TASKalfa 8353ci



Source:
https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf
</td>
</tr>
<tr>
<td>(3) receiving, over the established local area network</td>
<td>*The information apparatus (e.g., Kyocera smartphone with Kyocera Mobile Print app) receives, over the established local area network connection (e.g., Wi-Fi connection etc.)*</td>
</tr>
</table>

connection and via the network communication interface of the information apparatus, a device profile from the printer discovered in (2), the device profile received from the printer is related to the printer, and the device profile includes one or more of device attribute information, language information, format information, duplex printing information, color space information, bit depth information, or resolution information, individually or in any combination, corresponding to the printer discovered in (2);

*and via the network communication interface (e.g., Wi-Fi module), a device profile (e.g. device name, capability information such as print quality, print size, duplex, color etc., PDL formats supported etc.) from the printer (e.g., Kyocera TASKalfa 8353ci printer etc.) discovered in (2).*

**Information apparatus receives device profile from the printer:**

Using Mobile Print is easy! Just follow these four easy steps:

■ Download the free app from the respective app store.

■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.

■ Open the document, image or web page you wish to print.

■ Finally, select the device you wish to print to, set your preferences and press print.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

What printing options are available through the app?

The print quality options supported in the app are Normal, Draft, and High (B&W models only). Paper size options are Letter, Legal, Ledger, Statement, A3, A4, A5, A6, Folio, B4, B5, B6, and Hagaki. You can also select the number of copies to print, number of pages per sheet, and page range. Additional options are displayed in Printing Preferences based on the printing device model.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

### Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary



This class represents the capabilities of a printer. Instances of this class are created by a print service to report the capabilities of a printer it manages. The capabilities of a printer specify how it can print content. For example, what are the media sizes supported by the printer, what are the minimal margins of the printer based on its technical design, etc.



Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo

## PrinterInfo 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrinterInfo
extends Object implements Parcelable
```

java.lang.Object
  ↳ android.print.PrinterInfo

This class represents the description of a printer. Instances of this class are created by print services to report to the system the printers they manage. The information of this class has two major components, printer properties such as name, id, status, description and printer capabilities which describe the various print modes a printer supports such as media sizes, margins, etc.

Once `built` the objects are immutable.

Source: https://developer.android.com/reference/android/print/PrinterInfo

What printing protocols are supported?

RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

**What is IPP?**

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

**What are Printers?**

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

**Printer Capability Attributes**

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

**Printer:**
**Kyocera TASKalfa 8353ci Printer**

PDLs / Emulations: PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

| | |
|---|---|
| (4) generating, at the information apparatus, print data from at least part of the digital content obtained in (1), the generating of the print data is based, at least in part, on the device profile that is received from the printer in (3); and | *The information apparatus (e.g., Kyocera smartphone with Kyocera Mobile Print app etc.) generates print data (e.g., print job) from the digital content (e.g., photos etc.) obtained in (1), based, at least in part, on the received device profile (e.g., capability information such as print quality, print size, duplex, color etc., PDL format supported etc.) that is received from the printer (e.g., Kyocera Printer such as TASKalfa 8353ci) in (3).*<br><br>**Printer:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>PDLs / Emulations: PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850 |

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

### Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.

- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.

- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.

- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.

### Compute print document info

Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter`:

### Write a print document file

When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.

### Drawing PDF page content

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs

# PrinterCapabilitiesInfo 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrinterCapabilitiesInfo
extends Object implements Parcelable
```

java.lang.Object
 ↳ android.print.PrinterCapabilitiesInfo

This class represents the capabilities of a printer. Instances of this class are created by a print service to report the capabilities of a printer it manages. The capabilities of a printer specify how it can print content. For example, what are the media sizes supported by the printer, what are the minimal margins of the printer based on its technical design, etc.



Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo



Source: https://developer.android.com/reference/android/print/PrinterInfo

# PrintAttributes 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrintAttributes
extends Object implements Parcelable
```

java.lang.Object
 ↳ android.print.PrintAttributes

This class represents the attributes of a print job. These attributes describe how the printed content should be laid out. For example, the print attributes may state that the content should be laid out on a letter size with 300 DPI (dots per inch) resolution, have a margin of 10 mills (thousand of an inch) on all sides, and be black and white.

## Nested classes

| class | **PrintAttributes.Builder** |
|---|---|
| | Builder for creating **PrintAttributes**. |
| class | **PrintAttributes.Margins** |
| | This class specifies content margins. |
| class | **PrintAttributes.MediaSize** |
| | This class specifies a supported media size. |
| class | **PrintAttributes.Resolution** |
| | This class specifies a supported resolution in DPI (dots per inch). |

## Constants

| int | **COLOR_MODE_COLOR** |
|---|---|
| | Color mode: Color color scheme, for example many colors are used. |
| int | **COLOR_MODE_MONOCHROME** |
| | Color mode: Monochrome color scheme, for example one color is used. |
| int | **DUPLEX_MODE_LONG_EDGE** |
| | Duplex mode: Pages are turned sideways along the long edge - like a book. |
| int | **DUPLEX_MODE_NONE** |
| | Duplex mode: No duplexing. |
| int | **DUPLEX_MODE_SHORT_EDGE** |
| | Duplex mode: Pages are turned upwards along the short edge - like a notpad. |

Source: https://developer.android.com/reference/android/print/PrintAttributes







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| | |
|---|---|
| (5) transmitting, via the established local area network connection and using the network communication interface of the information apparatus, at least part of the print data generated in (4) to the printer discovered in (2) for printing the digital content obtained in (1); and | *The information apparatus (e.g., Kyocera smartphone with Kyocera mobile print app etc.), transmits, via the established local area network connection (e.g., Wi-Fi connection) and using the network communication interface (e.g., Wi-Fi module) of the information apparatus, at least part of the print data (e.g., print job) generated in (4) to the printer discovered in (2) for printing the digital content (e.g., image etc.) obtained in (1).*<br><br>**Information apparatus transmitting the print data to the printer:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ **Open** the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America |









Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| wherein the print data, generated in (4) and transmitted in (5) to the printer discovered in (2), is in accordance, at least in part, with the device profile received from the printer in (3); and | *The print data (e.g., print job), generated in (4) and transmitted in (5) to the printer (e.g., Kyocera TASKalfa 8353ci printer etc.) discovered in (2), is in accordance, at least in part, with the device profile (e.g. capability information such as print quality, print size, duplex, color etc., PDL formats supported ) received from the printer in (3).*<br><br>*Once the user selects the digital content and sets the desired print preferences such as print quality, print size, duplex printing, color etc., the Kyocera smartphone generates a print job in a language or format supported by the selected Kyocera printer.*<br><br>**Information apparatus generating the print data based on the device profile:**<br><br>**Printer:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>PDLs / Emulations: PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf<br><br>**What is page description language?**<br><br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays, Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels. |

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

US 10,481,846    Page 33 of 52

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

**Using Mobile Print is easy! Just follow these four easy steps:**

- **Download** the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html





<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

</td>
</tr>
<tr>
<td>

wherein printing of at least part of the digital content obtained in (1), from the information apparatus to the printer that is available in the local area network in (2), does not require the information apparatus to use, at the information apparatus, a printer driver that is specific to the printer discovered in (2).

</td>
<td>

*The printing of at least part of the digital content (e.g., image etc.) obtained in (1), from the information apparatus (e.g., Kyocera smartphone with Kyocera Mobile Print app) to the printer that is available in the local area network in (2), does not require the information apparatus to use, at the information apparatus, a printer driver that is specific to the printer discovered in (2).*

**Kyocera Mobile Print app:**

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
  - Dropbox
  - Evernote
  - OneDrive
  - Google Drive
  - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

</td>
</tr>
</table>

**Which KYOCERA printer devices are supported?**

[ECOSYS]
ECOSYS M2640idw, ECOSYS M2540dw, ECOSYS M2540dn, ECOSYS M2040dn, ECOSYS M2735dw, ECOSYS M2635dw, ECOSYS M2635dn, ECOSYS M2135dn, ECOSYS M5526cdw, ECOSYS M5526cdn, ECOSYS M5521cdw, ECOSYS M5521cdn, ECOSYS M6030cdn, ECOSYS M6530cdn, ECOSYS M6035cidn, ECOSYS M6535cidn, ECOSYS FS-2100D, ECOSYS FS-2100DN, ECOSYS FS-4100DN, ECOSYS FS-4200DN, ECOSYS FS-4300DN, ECOSYS LS-2100DN, ECOSYS LS-4200DN, ECOSYS LS-4300DN, ECOSYS M2030dn, ECOSYS M2035dn, ECOSYS M2530dn, ECOSYS M2535dn, ECOSYS M3040dn, ECOSYS M3040idn, ECOSYS M3540dn, ECOSYS M3540idn, ECOSYS M3550idn, ECOSYS M3560idn, ECOSYS M6026cdn, ECOSYS M6026cidn, ECOSYS M6526cdn, ECOSYS M6526cidn, ECOSYS M8024cidn, ECOSYS M4028idn, ECOSYS M6230cidn, ECOSYS M6630cidn, ECOSYS M6235cidn, ECOSYS M6635cidn, ECOSYS M6630cidn(J), ECOSYS M6635cidn(J), ECOSYS M3660idn, ECOSYS M3655idn, ECOSYS M3145idn, ECOSYS M3645idn, ECOSYS M3145dn, ECOSYS M3645dn, ECOSYS M2235dn, ECOSYS M2735dn, ECOSYS M2835dw, FS-1028MFP, FS-1030MFP, FS-1035MFP, FS-1128MFP, FS-1130MFP, FS-1135MFP, FS-1350DN, FS-1370DN, FS-2020D, FS-2025D, FS-3040MFP, FS-3040MFP+, FS-3140MFP, FS-3140MFP+, FS-3540MFP, FS-3640MFP, FS-3920DN, FS-3925DN, FS-4020DN, FS-4025DN, FS-6025MFP, FS-6030MFP, FS-6525MFP, FS-6530MFP, FS-6970DN, FS-6975DN, FS-C2026MFP, FS-C2026MFP, FS-C2026MFP+, FS-C2126MFP, FS-C2126MFP, FS-C2126MFP+, FS-C2526MFP, FS-C2626MFP, FS-C5100DN, FS-C5150DN, FS-C5200DN, FS-C5250DN, FS-C5300DN, FS-C5350DN, FS-C5400DN, FS-C8020MFP, FS-C8025MFP, FS-C8500DN, FS-C8520MFP, FS-C8525MFP, FS-C8600DN, FS-C8650DN, LS-1028MFP, LS-1035MFP, LS-1128MFP, LS-1135MFP, LS-2020D, LS-3140MFP, LS-3140MFP+, LS-3640MFP, LS-4020DN, LS-6970DN, LS-C8500DN, LS-C8600DN, LS-C8650DN, ECOSYS M5021cdn, ECOSYS M4226idn, ECOSYS M4230idn, ECOSYS M8228cidn, ECOSYS M8224cidn, ECOSYS M3860idnf, ECOSYS M3860idn, ECOSYS P2040dw, ECOSYS P2040dn, ECOSYS P2235dw, ECOSYS P2235dn, ECOSYS P2235d, ECOSYS P5026cdw, ECOSYS P5026cdn, ECOSYS P5021cdw, ECOSYS P5021cdn, ECOSYS P5025cdn, ECOSYS P5020cdw, ECOSYS P5020cdn, ECOSYS P4040dn, ECOSYS P4035dn, ECOSYS P6130cdn, ECOSYS P6035cdn, ECOSYS P2135dn, ECOSYS P6021cdn, ECOSYS P6026cdn, ECOSYS P6030cdn, ECOSYS P7035cdn, ECOSYS P3060dn, ECOSYS P3055dn, ECOSYS P3050dn, ECOSYS P3045dn, ECOSYS P3060dn(J), ECOSYS P3045dn(J), ECOSYS P8060cdn, ECOSYS P8060cdn(J), ECOSYS P6230cdn, ECOSYS P6235cdn, ECOSYS P7240cdn, ECOSYS P6230cdn(J),ECOSYS P7240cdn(J), ECOSYS P3160dn, ECOSYS P3155dn, ECOSYS P3150dn, ECOSYS P3145dn, ECOSYS P2335d, ECOSYS P2335dn, ECOSYS P2335dw, ECOSYS P5018cdn, ECOSYS P3260dn, ECOSYS P4060dn, ECOSYS P4060dn(J), ECOSYS P4145dn, ECOSYS P4140dn, ECOSYS P4135dn, ECOSYS P4140dn(J), ECOSYS MA2100cwfx, ECOSYS MA2100cfx, ECOSYS PA2100cwx, ECOSYS PA2100cx

[TASKalfa]
TASKalfa 8052ci, TASKalfa 7052ci, TASKalfa 8002i, TASKalfa 7002i, TASKalfa 3511i, TASKalfa 3011i, TASKalfa2552ci, TASKalfa3252ci, TASKalfa 306ci, TASKalfa 356ci, TASKalfa 406ci, TASKalfa 205c, TASKalfa 206ci, TASKalfa 250ci, TASKalfa 255, TASKalfa 2550ci, TASKalfa 2551ci, TASKalfa 255c, TASKalfa 256ci, TASKalfa 256i, TASKalfa 265ci, TASKalfa 266ci, TASKalfa 300ci, TASKalfa 300i, TASKalfa 305, TASKalfa 3050ci, TASKalfa 306i, TASKalfa 3500i, TASKalfa 3550ci, TASKalfa 400ci, TASKalfa 420i, TASKalfa 4500i, TASKalfa 4550ci, TASKalfa 500ci, TASKalfa 520i, TASKalfa 5500i, TASKalfa 552ci, TASKalfa 5550ci, TASKalfa 6500i, TASKalfa 6550ci, TASKalfa 6551ci, TASKalfa 7550ci, TASKalfa 7551ci, TASKalfa 8000i, TASKalfa 350ci, TASKalfa 4012i, TASKalfa 3212i, TASKalfa 4012i(J), TASKalfa 3212i(J), TASKalfa 307ci, TASKalfa 4020i, TASKalfa 351ci, TASKalfa 2553ci, TASKalfa 3253ci, TASKalfa 3553ci, TASKalfa 4053ci, TASKalfa 5053ci, TASKalfa 6053ci, TASKalfa 2553ci(J), TASKalfa 3253ci(J), TASKalfa 4053ci(J), TASKalfa 4053ci(J), TASKalfa 6053ci(J), TASKalfa 6003i, TASKalfa 5003i, TASKalfa 4003i, TASKalfa 5003i(J), TASKalfa 6003i(J), TASKalfa 308ci, TASKalfa 7003i, TASKalfa 7003i(J), TASKalfa 8003i, TASKalfa 9003i, TASKalfa 9003i (J), TASKalfa 358ci, TASKalfa 358ci(J), TASKalfa 408ci, TASKalfa 408ci(J), TASKalfa 508ci, TASKalfa 8353ci, TASKalfa 7353ci, TASKalfa 8353ci(J), TASKalfa 352ci, TASKalfa 3060ci, TASKalfa 2554ci, TASKalfa 3554ci, TASKalfa 2554ci(J), TASKalfa 3554ci(J), TASKalfa 4053ci, TASKalfa 5053ci, TASKalfa 6053ci, TASKalfa 4053ci(J), TASKalfa 5053ci(J), TASKalfa 6053ci(J), TASKalfa 4003i, TASKalfa 5003i, TASKalfa 6003i, TASKalfa 5003i(J), TASKalfa 6003i(J), TASKalfa 4054ci, TASKalfa 5054ci, TASKalfa 6054ci, TASKalfa 7054ci, TASKalfa 4054ci(J), TASKalfa 5054ci(J), TASKalfa 6054ci(J), TASKalfa 7054ci(J), TASKalfa 4004i, TASKalfa 5004i, TASKalfa 6004i, TASKalfa 7004i, TASKalfa 5004i(J), TASKalfa 6004i(J), TASKalfa 7004i(J), TASKalfa MZ4000i, TASKalfa MZ3200i

[KM Series]
KM-2810, KM-2820

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#hardware

| | |
|---|---|
| | **Using Mobile Print is easy! Just follow these four easy steps:**<br><br>■ **Download** the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ **Open** the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html |
| 2. The medium of claim 1, wherein the device profile includes one or more of language information supported by the printer or format information supported by the printer, individually or in any combination, and | *The device profile includes one or more language or format information (e.g., PDL, document format supported) supported by the printer (e.g., Kyocera TASKalfa 8353ci printer etc.).*<br><br>**Printer:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf<br><br>**Kyocera Mobile Print App:**<br><br>What printing protocols are supported?<br><br>RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.<br><br>Source:<br>https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing<br><br>**What is IPP?**<br><br>The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.<br><br>A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.<br><br>A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing. |

**What are Printers?**

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

**Printer Capability Attributes**

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG ('image/jpeg'). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

| | |
|---|---|
| wherein at least part of the print data transmitted in (5) conforms, at least in part, to the language information or the format information included in the device profile received from the printer discovered in (2). | *The print data (e.g., print job) transmitted in (5) conforms (e.g. encoding into a format supported or compatible to the printer), at least in part, to the language or the format information (e.g., PDL, document format supported) included in the device profile received from the printer (e.g., Kyocera Printer such as TASKalfa 8353ci) discovered in (2).*<br><br>**Information apparatus generating the print data based on the device profile:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, select the device you wish to print to, set your preferences and press print. |

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**Printer:**
**Kyocera TASKalfa 8353ci Printer**

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

<table>
<tr><td></td><td>

**The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.**

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

</td></tr>
<tr><td>

3. The medium of claim 2, wherein the network communication interface of the information apparatus is a wireless communication interface, and wherein the wireless communication interface includes one or more chips or chipsets that are compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards for establishing a wireless local area network connection, and

</td><td>

*The network communication interface (e.g., Wi-Fi module etc.) of the information apparatus (e.g., Kyocera smartphone) is a wireless communication interface and wherein the wireless communication interface (e.g., Wi-Fi module) includes one or more chips or chipsets that are compatible, at least in part, with at least part of a protocol within IEEE 802.11 standards for establishing a wireless local area network connection (e.g., Wi-Fi connection).*

**Information Apparatus:**
**Kyocera DuraForce Ultra 5G**

| Radios | **5G NR:** FR1 − n2 (1900), n5 (850), n66 (1700)<br>FR2 (mmWave) − n260 (39 GHz), n261 (28 GHz)<br>**LTE CAT11:** B12, B13, B5, B4, B66, B3, B2, B1, B7, B48<br>**CA Combinations:** 4CA<br>**GSM:** B5, B8, B3, B2 (850, 900, 1800, 1900MHz)<br>**UMTS:** B5, B8, B2, B1 (850, 900, 1900, 2100MHz) |
|---|---|
| Wi-Fi | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz<br>802.11mc for Indoor Location<br>Enterprise Grade dual-band Wi-Fi<br>Hotspot (Up to 10 connections)<br>Miracast & Wi-Fi Direct |
| Connectivity | Bluetooth 5.0 LE + EDR<br>NFC, High-speed USB 3.1 Type-C<br>GPS (L1+L5 Dual Band), Glonass & Galileo |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

</td></tr>
</table>

| | |
|---|---|
| | ### Wi-Fi

Wi-Fi provides wireless Internet access. To use your phone's Wi-Fi, you need access to a wireless access point or "hotspot."

The availability and range of the Wi-Fi signal depend on several factors, including infrastructure and objects through which the signal passes.

#### Turn Wi-Fi On and Connect to a Wireless Network

Use the Network & internet setting menu to enable your phone's Wi-Fi radio and connect to an available Wi-Fi network.

1. From the Apps launcher, tap **Settings** > **Network & internet**.
2. Tap **Wi-Fi** and tap the on/off icon next to **Use Wi-Fi** to turn Wi-Fi on.
3. Tap the available network to connect.
   - If you selected an open network, you will be automatically connected to the network.
   - If you selected a network that is secured with a password, enter the password, and then tap **CONNECT**.
   
   **NOTE:** If the wireless network you want to connect to is not in the list of detected networks, tap **Add network** at the bottom of the list. Enter the wireless network settings and tap **SAVE**.
   
   - If you selected the network that the phone is currently connected to, you will see Network details showing the Wi-Fi network name, status, signal strength, frequency, and more.

Depending on the network type and its security settings, you may also need to enter more information or choose a security certificate.

When your phone is connected to a wireless network, the Wi-Fi icon 📶 appears in the status bar and tells you the approximate signal strength. (The above icon indicates maximum signal strength.)

Source: https://web.archive.org/web/20220803183102/https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

"To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php |
| wherein the local area network in (2) is a wireless local area network and the printer is available in the wireless local area network; and wherein the discovering of the printer in (2) includes wirelessly discovering, using the wireless communication interface of the | *The local area network in (2) is a wireless local area network (e.g., Wi-Fi network) and the printer (e.g., Kyocera TASKalfa 8353ci printer etc.) is available in the wireless local area network (e.g., Wi-Fi network). The discovering of the printer in (2) includes wirelessly discovering, using the wireless communication interface (e.g., Wi-Fi module) of the information apparatus, the printer that is available in the wireless local area network.* |

| | |
|---|---|
| information apparatus, the printer that is available in the wireless local area network. | *Note: For smartphone to discover the printer, the printer and smartphone must be connected to same Wi-Fi network.*<br><br>**Information apparatus discovers printer available in the local area network:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ **Download** the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ **Open** the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>**What type of connection do I need to print or scan from my mobile device?**<br><br>To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.<br><br>**How does Mobile Print discover printing devices?**<br><br>Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing |
| 4. The medium of claim 3, wherein the information apparatus is at least one of a smart phone, an information pad, an Internet appliance, or a digital camera, individually or in any combination; and wherein the software program is at least part of application software that includes one or more of an Internet browsing application, an email application, a document creation application, or a digital imaging application, individually or in any combination, and the application software is executable, at least partly, by the one or more processors at the information apparatus, for | *The information apparatus is a smart phone (e.g., Kyocera smartphone) and the software program (e.g., Kyocera Mobile Print app) is at least part of application software that includes a digital imaging application and executable by the processor of the information apparatus for printing the digital content (e.g., images etc.) obtained in (1).*<br><br>**Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G** |

printing the digital content obtained in (1).



**DURAFORCE ULTRA 5G**

| Wi-Fi | 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct |
| --- | --- |
| Processor | Qualcomm Snapdragon 765G 5G (7nm) Octa-core (1x 2.4GHz+1x 2.2GHz+6x 1.8GHz) GPU: Adreno 620 |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Software program:**
**Kyocera Mobile Print app**



Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
    - Dropbox
    - Evernote
    - OneDrive
    - Google Drive
    - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

US 10,481,846                                                     Page 43 of 52

| | |
|---|---|
| | Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ Open the document, image or web page you wish to print.<br><br>■ Finally, select the device you wish to print to, set your preferences and press print.<br><br>Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>How do I print a photo?<br><br>Photos can be accessed through the app's Photos window, by selecting an Album and then a specific photo. If your mobile device includes a built-in camera, you can take a new photo to print or email by selecting **Camera**. Once you've selected or taken a photo, you can adjust print options. You can select multiple photos to print at one time.<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing |
| 5. The medium of claim 4, wherein the device profile, received from the printer discovered in (2), includes one or more of a duplex printing, a color space, a bit depth, or a resolution, individually or in any combination, and wherein at least part of the print data generated in (4) conforms, at least in part, to the device profile received from the printer in (3); and | *The device profile (e.g. device name, capability information such as print quality, print size, duplex, color, PDL formats supported etc.) received from the printer (e.g., Kyocera TASKalfa 8353ci printer etc.) discovered in (2) includes one or more of a duplex printing, a color space, a bit depth, or a resolution, individually or in any combination.*<br><br>*The print data (e.g., print job) generated in (4) conforms (e.g. encoding into a format supported or compatible to the printer), at least in part to the device profile received from the printer in (3).*<br><br>**<u>Printer:</u>**<br>**<u>Kyocera TASKalfa 8353ci Printer</u>**<br><br>**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf<br><br>**What is page description language?**<br><br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels. |

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

What printing options are available through the app?

The print quality options supported in the app are Normal, Draft, and High (B&W models only). Paper size options are Letter, Legal, Ledger, Statement, A3, A4, A5, A6, Folio, B4, B5, B6, and Hagaki. You can also select the number of copies to print, number of pages per sheet, and page range. Additional options are displayed in Printing Preferences based on the printing device model.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing



dragging or pinching the image then tap select a device



and select the Kyocera MFP or printer on the network to print to



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

What printing protocols are supported?

RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

## What is IPP?

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

## What are Printers?

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

**Printer Capability Attributes**

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

| | |
|---|---|
| wherein the software program is facilitated by an application programming interface (API) provided by the operating system software of the information apparatus for discovering the printer in (2), for generating the print data in (4), and for transmitting at least part of the print data in (5); and | *The software program (e.g., Kyocera Mobile Print application etc.) is facilitated by an application programming interface (API) provided by the operating system software (e.g., Android OS) of the information apparatus (e.g., Kyocera smartphone) for discovering the printer (e.g., Kyocera Printer such as TASKalfa 8353ci) in (2), for generating the print data (e.g., print job) in (4), and for transmitting at least part of the print data in (5).* <br><br> **Information Apparatus:** <br> **Kyocera DuraForce Ultra 5G** <br><br> Operating System <br><br> Android™ 12, Android Enterprise Recommended <br><br> Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g <br><br> **Android API reference** <br><br> Start building your Android app with the Android Platform APIs. They are available in Kotlin and Java. <br><br> Source: https://developer.android.com/reference |



Figure 1. Android system architecture

- **Application framework**. The application framework is used most often by application developers. As a hardware developer, you should be aware of developer APIs as many map directly to the underlying HAL interfaces and can provide helpful information about implementing drivers.

- **Binder IPC**. The Binder Inter-Process Communication (IPC) mechanism allows the application framework to cross process boundaries and call into the Android system services code. This enables high level framework APIs to interact with Android system services. At the application framework level, this communication is hidden from the developer and things appear to "just work".

- **System services**. System services are modular, focused components such as Window Manager, Search Service, or Notification Manager. Functionality exposed by application framework APIs communicates with system services to access the underlying hardware. Android includes two groups of services: *system* (such as Window Manager and Notification Manager) and *media* (services involved in playing and recording media).

- **Hardware abstraction layer (HAL)**. A HAL defines a standard interface for hardware vendors to implement, which enables Android to be agnostic about lower-level driver implementations. Using a HAL allows you to implement functionality without affecting or modifying the higher level system. HAL implementations are packaged into modules and loaded by the Android system at the appropriate time. For details, see Hardware Abstraction Layer (HAL).

- **Linux kernel**. Developing your device drivers is similar to developing a typical Linux device driver. Android uses a version of the Linux kernel with a few special additions such as Low Memory Killer (a memory management system that is more aggressive in preserving memory), wake locks (a `PowerManager` ⧉ system service), the Binder IPC driver, and other features important for a mobile embedded platform. These additions are primarily for system functionality and do not affect driver development. You can use any version of the kernel as long as it supports the required features (such as the binder driver). However, we recommend using the latest version of the Android kernel. For details, see Building Kernels.

Source: https://source.android.com/docs/core/architecture

*"Google Play Developer API*

*The Google Play Developer API is a REST-based web service that allows you to perform publishing and app-management tasks. You can use this API to integrate your publishing operations with your release-management process.*

*Not all developers will need to use these APIs—in most cases you will continue to manage your apps directly using the Google Play Console. However, if you have a large number of APKs to manage, or have to track user purchases and subscriptions, you may find this API very useful."*

Source: https://developer.android.com/google/play/developer-api

**Software program:**
**Kyocera Mobile Print app**



Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
  - Dropbox
  - Evernote
  - OneDrive
  - Google Drive
  - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source:https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

| wherein the print data generated in (4) conforms to a page description language, the page description language includes at least one of a proprietary page description language or a published page description language, individually or in any combination. | *The print data (e.g., print job) generated in (4) conforms (e.g. encoding into a format supported or compatible with the printer) to a page description language (e.g., Page description language (PDL) format supported by the printer), the page description language includes at least one of a proprietary page description language or a published page description language, individually or in any combination.*<br><br>**Printer:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>PDLs / Emulations: PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf<br><br>**What is page description language?**<br><br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels. |

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

> Kyocera mobile print app translates the digital content (e.g., image) into a Page description language (PDL) supported by the printer.