# EXHIBIT 16
# Application of U.S. Patent No. 7,609,402 to the Accused Phones*, **

---

\* The term "Accused Phones" refers to Kyocera's DuraForce and DuraSport smartphones and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Kyocera's affiliated companies, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US 7609402 B2 vs. Accused Phones | |
|---|---|
| **US7609402 B2** | **Accused Phones** |
| 33. A method of mobile wireless data output from an information apparatus with access to at least part of a content to a wireless output device by short range wireless communication, wherein the information apparatus includes at least one wireless communication unit and is a distinct device from the output device, | *A mobile wireless data output method from an information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) with access to at least part of a content (e.g., photos, documents etc.) to a wireless output device (e.g., Kyocera TASKalfa 8353ci printer etc.) by short range wireless communication (e.g., Wi-Fi communication).* <br><br> *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) includes at least one wireless communication unit (e.g., Wi-Fi module etc.) and the information apparatus is a distinct device from the output device (e.g., Kyocera TASKalfa 8353ci printer etc.).* <br><br> **Information Apparatus:** <br> **Kyocera DuraForce Ultra 5G** <br><br>  <br><br> Operating System <br><br> Android™ 12, Android Enterprise Recommended <br><br> Wi-Fi <br><br> 802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct <br><br> Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g |

## Wi-Fi

Wi-Fi provides wireless Internet access. To use your phone's Wi-Fi, you need access to a wireless access point or "hotspot."

The availability and range of the Wi-Fi signal depend on several factors, including infrastructure and objects through which the signal passes.

### Turn Wi-Fi On and Connect to a Wireless Network

Use the Network & internet setting menu to enable your phone's Wi-Fi radio and connect to an available Wi-Fi network.

1. From the Apps launcher, tap **Settings > Network & internet**.

2. Tap **Wi-Fi** and tap the on/off icon next to **Use Wi-Fi** to turn Wi-Fi on.

3. Tap the available network to connect.

    - If you selected an open network, you will be automatically connected to the network.

    - If you selected a network that is secured with a password, enter the password, and then tap **CONNECT**.

    NOTE: If the wireless network you want to connect to is not in the list of detected networks, tap **Add network** at the bottom of the list. Enter the wireless network settings and tap **SAVE**.

    - If you selected the network that the phone is currently connected to, you will see Network details showing the Wi-Fi network name, status, signal strength, frequency, and more.

Depending on the network type and its security settings, you may also need to enter more information or choose a security certificate.

When your phone is connected to a wireless network, the Wi-Fi icon 📶 appears in the status bar and tells you the approximate signal strength. (The above icon indicates maximum signal strength.)

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

**information apparatus accessing content:**

## View Pictures and Videos Using Photos

Using the Google Photos™ application, you can view pictures and watch videos that you've taken with your phone's camera, downloaded, or copied onto your microSD card or phone's internal memory.

For pictures that are on your microSD card or phone's internal memory, you can do basic editing such as rotating and cropping. You can also easily assign a picture as your contact picture or wallpaper and share pictures with your friends.

### View Pictures and Videos

You can browse through the pictures and videos in grid view. Tap a picture or video to view.

1. From the Home screen, tap 🌈 .

2. Scroll up or down to find a picture or video you want to view.

US 7,609,402    Page 3 of 57

3. Tap an image of a picture or video you want to view.

- For a video, it automatically starts playing. While playing, tapping the screen will display the control options. Tap  to pause or drag the dot on the timeline to rewind or forward. Tap ▶ to resume.

- For a picture, it displays the one you selected. When viewing, Pinch & Spread on the screen to zoom in or out on the picture. You can also zoom in and out by tapping quickly twice on the screen.

*Files*

You can manage the contents stored in the phone or on the microSD card (optional) quickly and easily.

*Access Files*

► From the Home screen, tap **Google** > **Files**. The CATEGORIES menu screen appears.

For more information, please visit https://support.google.com/files.

Source:    https://irp.cdn-website.com/8ac3ee00/files/uploaded/DuraForce-Ultra-5g-User-Guide-Verizon_en.pdf

# Google Docs

Google LLC

| 4.4★ 1.91M reviews | 1B+ Downloads | 3+ Rated for 3+ ⓘ |
| --- | --- | --- |





Create, edit, and collaborate with others on documents from your Android phone or tablet with the Google Docs app. With Docs you can:

- Create new documents or edit existing files
- Share documents and collaborate in the same document at the same time.
- Work anywhere, anytime - even offline
- Add and respond to comments.
- Never worry about losing your work – everything is saved automatically as you type.
- Search the web and your files in Drive, right from Docs
- Open, edit, and save Word documents and PDFs.

Source:
https://play.google.com/store/apps/details?id=com.google.android.apps.docs.editors.docs&hl=en_US

**Wireless Output Device:**
**Kyocera TASKalfa 8353ci Printer**

TASKalfa 8353ci



Source:
https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™,
Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed
USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE
802.11b/g/n Wireless LAN (communication distance 98.5 ft)
Optional: 10/100/1000BaseTX (IB-50 for Dual NIC);
Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface)
(communication distance 328.1 feet)

Source:https://www.kyoceradocumentsolutions.us/content/download-center-
americas/us/documents/brochures-and-
specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**Information apparatus enabling wireless data output to wireless output device:**

**(A) via Kyocera Mobile Print App**



Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
  - Dropbox
  - Evernote
  - OneDrive
  - Google Drive
  - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- Open the document, image or web page you wish to print.
- Finally, select the device you wish to print to, set your preferences and press print.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

### (B) via Mopria Print Service

*Note: Mopria print service allows the smartphone to print from print-enabled application.*

The Mopria Print Service offers a simple and seamless way to connect and send documents and pictures from Android devices to a nearby Kyocera MFP or Printer. With this app, you can print to any Mopria certified Kyocera MFP or Printer without installing additional software or drivers allowing users to print easily on-the-go. The Mopria Print Service is available for download from Google Play.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/MOPRIAPRINTSERVICE.html

What are the requirements for printing with Mopria Print Service?

1. An Android smartphone or tablet with the Mopria Print Service app installed
2. A printer, MFP, or print accessory that is Mopria-certified (go here for a list of certified devices)
3. A wireless network connected to both the Android device and the printer, MFP or print accessory. If both the Android device and the printer, MFP or print accessory support Wi-Fi Direct, no wireless network is needed.

Source: https://mopria.org/print-from-android

US 7,609,402                                                      Page 6 of 57

<table>
<tr>
<td></td>
<td>

*"How It Works*

***Open the app you want to print from and look for a print option, button or icon.***

***This print function is often found under the apps or share menu.*"**



Find the print option    Select a nearby printer    Tap print

## What Can I Print?

With the Mopria Print Service, users can easily connect and send documents and pictures from their Android devices to a nearby printer. If your app has a print option, you can print your documents, PDFs, photos, emails, web pages, and other content. Just press print and Mopria will take care of the rest.

Many Android apps already offer print including Chrome, Gmail, Drive, Microsoft Office, and Adobe Acrobat Reader.

Source: https://mopria.org/print-from-android

</td>
</tr>
<tr>
<td>

the method comprising: opening a wireless communication channel;

</td>
<td>

*The method comprises opening a wireless communication channel (e.g., Wi-Fi communication channel) at the information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.).*

**Information apparatus opens a wireless communication channel:**

</td>
</tr>
</table>

US 7,609,402                                                    Page 7 of 57

*Wi-Fi*

Wi-Fi provides wireless Internet access. To use your phone's Wi-Fi, you need access to a wireless access point or "hotspot."

The availability and range of the Wi-Fi signal depend on several factors, including infrastructure and objects through which the signal passes.

*Turn Wi-Fi On and Connect to a Wireless Network*

Use the Network & internet setting menu to enable your phone's Wi-Fi radio and connect to an available Wi-Fi network.

1. From the Apps launcher, tap **Settings > Network & internet**.

2. Tap **Wi-Fi** and tap the on/off icon next to **Use Wi-Fi** to turn Wi-Fi on.

3. Tap the available network to connect.

    ▪ If you selected an open network, you will be automatically connected to the network.

    ▪ If you selected a network that is secured with a password, enter the password, and then tap **CONNECT**.

    **NOTE:** If the wireless network you want to connect to is not in the list of detected networks, tap **Add network** at the bottom of the list. Enter the wireless network settings and tap **SAVE**.

    ▪ If you selected the network that the phone is currently connected to, you will see Network details showing the Wi-Fi network name, status, signal strength, frequency, and more.

Depending on the network type and its security settings, you may also need to enter more information or choose a security certificate.

When your phone is connected to a wireless network, the Wi-Fi icon 📶 appears in the status bar and tells you the approximate signal strength. (The above icon indicates maximum signal strength.)

Source:    https://irp.cdn-website.com/8ac3ee00/files/uploaded/DuraForce-Ultra-5g-User-Guide-Verizon_en.pdf

| | |
|---|---|
| discovering wirelessly one or more wireless devices that are available for wireless connection; | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) wirelessly discovers, one or more wireless devices (e.g., Kyocera TASKalfa 8353ci printer etc.) that are available for wireless connection (e.g. Wi-Fi connection).* <br><br> *Note: Smartphone can discover the Kyocera printer when both the devices are on the same Wi-Fi network.* <br><br> **Information apparatus discovers wireless devices:** <br><br> **(A) via Kyocera Mobile Print App** <br><br> Using Mobile Print is easy! Just follow these four easy steps: <br><br> ■ Download the free app from the respective app store. <br><br> ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print. <br><br> ■ Open the document, image or web page you wish to print. <br><br> ■ Finally, **select** the device you wish to print to, set your preferences and press print. <br><br> Source: <br> https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html |

US 7,609,402                                                Page 8 of 57



Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing











Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

## (B) via Mopria Print Service

What are the requirements for printing with Mopria Print Service?

1. **A smartphone or tablet with the Android Operating System,** version 4.4 or later
   Your Android smartphone or tablet may be able to be upgraded to Android KitKat (4.4) or later. Check your phone settings to update your device.

2. **A printer, MFP, or print accessory that is Mopria-certified**
   The list of printers is growing every week; go to the Mopria Certified Printers page to see the latest. Your printer at home or at work may already be included in this list; manufacturers are continually certifying older models, and many new models are already compatible. A printer accessory may be able to add the mobile print capability to your printer.

3. **A wireless network** (not a requirement for printers that support Wi-Fi Direct when combined with Android devices that support Wi-Fi Direct)
   The mobile device and printer must be connected to the same network. Depending on the type of device, to connect to a wireless network, click the Wi-Fi icon. You should now see a list of available networks. To connect to a network, simply click on its name. If it's a secure network and it's the first time you're using it, you will need a password. Be careful if you connect to unsecured wireless networks. Mopria Print Service uses mDNS to automatically discover your printer either through the local 802.11 wireless network or directly, if the printer includes Wi-Fi Direct®.

**Note:** Mopria Print Service is not supported through public wireless networks such as public Wi-Fi hotspots, Bluetooth connections, or on cellular 3G or 4G data connections.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

*Note: "Mopria Print Service" option should be enabled in smartphone settings for print enabled apps to discover Mopria certified printers.*

***"How It Works***

***<u>Open the app you want to print from and look for a print option, button or icon.</u>***

***<u>This print function is often found under the apps or share menu."</u>***



Find the print option     Select a nearby printer     Tap print

Source: https://mopria.org/print-from-android

## How to Print from Android



Check that the Mopria Print Service is on by going to your device settings and tapping on printing.



Now, you are ready to print from your device.



Select "All printers" to discover printers near you.



Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| receiving over the wireless communication channel an attribute corresponding to each discovered wireless device, the attribute including one or more of a name, a device type, a device address, and an indication of a supported output device profile; | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) receives, over the wireless communication channel (e.g., Wi-Fi communication channel etc.) an attribute (e.g., device name, model number, capability information such as print quality, print size, duplex, color etc.) corresponding to each discovered wireless device (e.g., Kyocera TASKalfa 8353ci printer etc.), the attribute including one or more of a name, a device type, a device address, and an indication of a supported output device profile.* |

**Information apparatus receiving attributes related to the discovered wireless device:**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

■ Download the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ Open the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

What printing options are available through the app?

The print quality options supported in the app are Normal, Draft, and High (B&W models only). Paper size options are Letter, Legal, Ledger, Statement, A3, A4, A5, A6, Folio, B4, B5, B6, and Hagaki. You can also select the number of copies to print, number of pages per sheet, and page range. Additional options are displayed in Printing Preferences based on the printing device model.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) Mopria Print Service**

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

*"How It Works*

***Open the app you want to print from and look for a print option, button or icon.***

***This print function is often found under the apps or share menu."***



Smartphone receives the attributes (name, model number) related to the discovered printer.

Find the print option     Select a nearby printer     Tap print

Source: https://mopria.org/print-from-android



You can set optional settings or tap "More Options" to set advanced features.



You can set optional settings or tap "More Options" to set advanced features.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary





Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo



Source: https://developer.android.com/reference/android/print/PrinterInfo

# PrintAttributes 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrintAttributes
extends Object implements Parcelable
```

java.lang.Object
 ↳ android.print.PrintAttributes

This class represents the attributes of a print job. These attributes describe how the printed content should be laid out. For example, the print attributes may state that the content should be laid out on a letter size with 300 DPI (dots per inch) resolution, have a margin of 10 mills (thousand of an inch) on all sides, and be black and white.

## Nested classes

| class | **PrintAttributes.Builder** <br><br> Builder for creating `PrintAttributes`. |
|---|---|
| class | **PrintAttributes.Margins** <br><br> This class specifies content margins. |
| class | **PrintAttributes.MediaSize** <br><br> This class specifies a supported media size. |
| class | **PrintAttributes.Resolution** <br><br> This class specifies a supported resolution in DPI (dots per inch). |

## Constants

| int | **COLOR_MODE_COLOR** <br><br> Color mode: Color color scheme, for example many colors are used. |
|---|---|
| int | **COLOR_MODE_MONOCHROME** <br><br> Color mode: Monochrome color scheme, for example one color is used. |
| int | **DUPLEX_MODE_LONG_EDGE** <br><br> Duplex mode: Pages are turned sideways along the long edge - like a book. |
| int | **DUPLEX_MODE_NONE** <br><br> Duplex mode: No duplexing. |
| int | **DUPLEX_MODE_SHORT_EDGE** <br><br> Duplex mode: Pages are turned upwards along the short edge - like a notpad. |

Source: https://developer.android.com/reference/android/print/PrintAttributes

What printing protocols are supported?

RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

### What is IPP?

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

### What are Printers?

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.), and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

### Printer Capability Attributes

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

### Wireless Device:

<table>
<tr><td></td><td>

**Kyocera TASKalfa 8353ci Printer**

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

</td></tr>
<tr><td>

selecting a wireless output device from among the one or more discovered wireless devices based at least in part on the received attribute;

</td><td>

*The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) selects (e.g., when a user taps on the wireless output device name on smartphone screen etc.), a wireless output device (e.g., Kyocera TASKalfa 8353ci printer etc.) from among the one or more discovered wireless devices based at least in part on the received attribute.*

**Information apparatus receives the selection of wireless output device:**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America



</td></tr>
</table>





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf

*"How It Works*

***Open the app you want to print from and look for a print option, button or icon.***

***This print function is often found under the apps or share menu.***"



Source: https://mopria.org/print-from-android

## How to Print from Android



| | |
|---|---|
| | <br><br><br><br>Source: https://www.youtube.com/watch?v=mkXaKu2hOsY |
| obtaining a security key at the information apparatus, the security key enabling wireless data transfer to the selected output device;<br><br>sending at least part of the security key over the wireless communication channel and | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) obtains a security key (e.g. username, password, PIN etc.) for enabling wireless data transfer to the selected output device.*<br><br>*The information apparatus sends the security key (e.g. username, password, PIN etc.) over the wireless communication channel (e.g., Wi-Fi communication channel etc.) and requests the selected wireless output device (e.g., Kyocera TASKalfa 8353ci printer etc.) to open a wireless connection channel for data transfer.* |

| | |
|---|---|
| requesting the selected wireless output device to open a wireless connection channel for data transfer; | **Information apparatus obtaining and sending security key to the wireless output device:**<br><br>**(A) via Kyocera Mobile Print App**<br><br>The system administrator can restrict printing and scanning on the printing device or through Command Center by turning on local authentication or network authentication. With User login enabled, an administrator can restrict access to resources. Administrators can set job quotas using Job accounting.<br><br>Source:<br>https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing<br><br><br> |





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

What functionalities does the Mopria Print Service include?

Depending on your printer's capabilities, the Mopria Print Service lets users easily customize color, number of copies, duplex, paper size, page range, media type, and orientation and also features finishing options such as punching, folding and stapling. Additionally, the app also includes workplace features like user authentication, pin printing, and accounting.

Source: https://mopria.org/faq

## Printing Administration

Using the Mopria Print Service, administrators can enforce print policies to ensure printing is always available but remains cost-effective and secure as possible.

- Using Mopria Print Service, administrators can implement print policies that save money, such as restricting printing only allowing two-sided or monochrome (black and white) printing.
- For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing.
- Administrators can track printing behaviors of individual users via User and Account IDs.

Security key (e.g. a PIN) is required before printing.

Source:https://mopria.org/print-for-business#:~:text=Printing%20Administration,Get%20the%20Mopria%20Print%20Service

Mopria Print Service offers secure and seamless printing from Android devices to more than 120 million Mopria certified printers. With this app, employees can connect and print to any Mopria certified printer without having to install printer brand-specific apps.

For admins wanting to include printing for their EMM users, Mopria Print Service enables admin-level control around what is printed and how it is printed. Using Mopria Print Service, admins can implement print policies that save money, such as restricting printing by only allowing two-sided or monochrome (black and white) printing. For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing. Admins can even track the printing behaviors of individual users via User and Account IDs.

Source: https://mopria.org/images/Mopria%20Enterprise%20Mobile%20Print.pdf

*Note: Users can register/add login profile (username and password) by adding in local user list on the printer.*
*Later, they can login with the same profile details (username and password) in the above scenarios.*

### Strengthening the Security

This machine is shipped with two default users registered one with Machine Administrator rights, and another with Administrator rights.Logging in as this user will allow you to configure all settings; therefore, please change the login user name and password.

In addition, this machine is equipped with user authentication function, which can be configured to limit the access to this machine to only those who have a registered login name and password.

| Item | Descriptions |
|---|---|
| Local Authentication | User authentication based on user properties on the local user list stored in the machine. |
| Network Authentication | User authentication based on Authentication Server. Use a user property stored in Authentication Server to access the network authentication login page. |

## Adding a User (Local User List)

You can add up to 1,000 users (including the default login user name).

**1 Display the screen.**

1 [System Menu/Counter] key > [User Login/Job Accounting]

**NOTE**

If the login user name entry screen appears during operations, enter a login user name and password, and select [Login]. For this, you need to login as an administrator or as a user with privileges to carry out this setting.

The factory default login user name and login password are set as shown below.

| Model Name | Login User Name | Login Password |
|---|---|---|
| 7353ci | 7300 | 7300 |
| 8353ci | 8300 | 8300 |

2 "User Login Setting" [Next] > "Local User List" [Add/Edit]

**2 Enter the user information.**

[Add] > Enter the user information > [OK]

| Item | Descriptions |
|---|---|
| User Name*1 | Enter the name displayed on the user list (up to 32 characters). |
| Login User Name*1 | Enter the login user name to login (up to 64 characters). The same login user name cannot be registered. |
| Login Password | Enter the password to login (up to 64 characters). Reenter the same password for confirmation and select the [OK] key. |

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| | |
|---|---|
| receiving over the wireless communication channel a response related to an authentication; and<br><br>if the received response is positive, establishing a wireless connection channel between the information apparatus and the selected wireless output device, and | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) receives, over the wireless communication channel (e.g., Wi-Fi communication channel) a response related to an authentication and if the received response is positive, establishing a wireless connection channel (e.g., Wi-Fi connection channel etc.) with the selected wireless output device (e.g., Kyocera TASKalfa 8353ci printer etc.).*<br><br>**Information apparatus establishing a secured wireless access with the selected wireless output device:**<br><br>**(A) via Kyocera Mobile Print App** |



tap select a device



tap select a device under authentication select user



login enter your username and password

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

Using Mobile Print is easy! Just follow these four easy steps:

- ■ Download the free app from the respective app store.

- ■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.

- ■ Open the document, image or web page you wish to print.

- ■ Finally, select the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**(B) via Mopria Print Service**

What functionalities does the Mopria Print Service include?

Depending on your printer's capabilities, the Mopria Print Service lets users easily customize color, number of copies, duplex, paper size, page range, media type, and orientation and also features finishing options such as punching, folding and stapling. Additionally, the app also includes workplace features like user authentication, pin printing, and accounting.

Source: https://mopria.org/faq

## Printing Administration

Using the Mopria Print Service, administrators can enforce print policies to ensure printing is always available but remains cost-effective and secure as possible.

- Using Mopria Print Service, administrators can implement print policies that save money, such as restricting printing only allowing two-sided or monochrome (black and white) printing.
- For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing.
- Administrators can track printing behaviors of individual users via User and Account IDs.

Source:https://mopria.org/print-for-business#:~:text=Printing%20Administration,Get%20the%20Mopria%20Print%20Service

Since its launch, the Mopria Print Service has enabled printing on Android smartphones and tablets to Mopria certified printers. It lets users easily customize color, number of copies, duplex, paper size, page range, media type and orientation, as well as workplace features like user authentication, pin printing and accounting capabilities all without having to install printer brand specific apps.

Source:
https://mopria.org/Documents/MPS%202%203%20Press%20Release%20FINAL.pdf

For admins wanting to include printing for their EMM users, Mopria Print Service enables admin-level control around what is printed and how it is printed. Using Mopria Print Service, admins can implement print policies that save money, such as restricting printing by only allowing two-sided or monochrome (black and white) printing. For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing. Admins can even track the printing behaviors of individual users via User and Account IDs.

Source: https://mopria.org/images/Mopria%20Enterprise%20Mobile%20Print.pdf

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf



## How It Works

Open the app you want to print from and look for a print option, button or icon. This print function is often found under the apps or share menu.



| Find the print option | Select a nearby printer | Tap print |

Source: https://mopria.org/print-from-android

| | |
|---|---|
| | *Note: If the username and password entered in the above scenarios are not correct, the user will be prohibited for using printing services.*<br><br>**Authentication Security**<br>If user authentication is enabled, configure the user authentication settings.<br><br>**User Account Lockout Setting**<br>You can prohibit the use of a user account if an incorrect password is entered repeatedly to login with that account.<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf |
| conforming, at the information apparatus, at least part of the content into an output data encoded with at least one format, the conforming relating at least in part to the attribute received over the wireless communication channel, | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) conforms, at least part of the content (e.g., documents, photos etc.) into an output data (e.g., print data) encoded with at least one format (e.g., selected print options such as, print quality, print size, duplex printing, color etc.) and the conforming relates to at least in part to the attributes received over the wireless communication channel (e.g., Wi-Fi communication channel etc.).*<br><br>*The conversion process involves translating the selected content into a Page Description Language (PDL) that is compatible with the printer. The user can set various print options through the respective application, such as print quality, size, duplex printing, and color settings.*<br><br>*Once the user selects the content and sets the desired print preferences, the Kyocera smartphone generates a print job in a language that the selected Kyocera printer can process. This involves encoding the content with the appropriate format or language for printing.*<br><br>**Wireless Output Device:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf<br><br>**What is page description language?**<br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels. |

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

### Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

### Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.

- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.

- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.

- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.

### Compute print document info

Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter`:

### Write a print document file

When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.

### Drawing PDF page content

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs



# PrinterCapabilitiesInfo 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrinterCapabilitiesInfo
extends Object implements Parcelable
```

java.lang.Object
   ↳ android.print.PrinterCapabilitiesInfo

This class represents the capabilities of a printer. Instances of this class are created by a print service to report the capabilities of a printer it manages. The capabilities of a printer specify how it can print content. For example, what are the media sizes supported by the printer, what are the minimal margins of the printer based on its technical design, etc.

| | Public methods |
|---|---|
| int | describeContents()<br>Describe the kinds of special objects contained in this Parcelable instance's marshaled representation. |
| boolean | equals(Object obj)<br>Indicates whether some other object is "equal to" this one. |
| int | getColorModes()<br>Gets the bit mask of supported color modes. |
| PrintAttributes | getDefaults()<br>Gets the default print attributes. |
| int | getDuplexModes()<br>Gets the bit mask of supported duplex modes. |
| List<PrintAttributes.MediaSize> | getMediaSizes()<br>Gets the supported media sizes. |
| PrintAttributes.Margins | getMinMargins()<br>Gets the minimal margins. |
| List<PrintAttributes.Resolution> | getResolutions()<br>Gets the supported resolutions. |

Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo

## PrinterInfo 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrinterInfo
extends Object implements Parcelable
```

java.lang.Object
↳ android.print.PrinterInfo

This class represents the description of a printer. Instances of this class are created by print services to report to the system the printers they manage. The information of this class has two major components, printer properties such as name, id, status, description and printer capabilities which describe the various print modes a printer supports such as media sizes, margins, etc.

Once `built` the objects are immutable.

Source: https://developer.android.com/reference/android/print/PrinterInfo

## PrintAttributes 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrintAttributes
extends Object implements Parcelable
```

java.lang.Object
↳ android.print.PrintAttributes

This class represents the attributes of a print job. These attributes describe how the printed content should be laid out. For example, the print attributes may state that the content should be laid out on a letter size with 300 DPI (dots per inch) resolution, have a margin of 10 mills (thousand of an inch) on all sides, and be black and white.

| Nested classes | |
|---|---|
| class | **PrintAttributes.Builder**<br><br>Builder for creating `PrintAttributes`. |
| class | **PrintAttributes.Margins**<br><br>This class specifies content margins. |
| class | **PrintAttributes.MediaSize**<br><br>This class specifies a supported media size. |
| class | **PrintAttributes.Resolution**<br><br>This class specifies a supported resolution in DPI (dots per inch). |



Source: https://developer.android.com/reference/android/print/PrintAttributes

**Information apparatus conforming the content for transmitting to the wireless output device:**

**(A) Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

- Download the free app from the respective app store.
- Next, connect to the same network as the Kyocera MFP or printer you will be using to print.
- Open the document, image or web page you wish to print.
- Finally, select the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html





Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) Mopria Print Service**

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android



You can set optional settings or tap "More Options" to set advanced features.



You can set optional settings or tap "More Options" to set advanced features.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| and transferring the output data from the information apparatus to the selected output device over said wireless connection channel for rendering. | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) transfers the output data to the selected output device (e.g., Kyocera TASKalfa 8353ci printer etc.) over the established wireless connection channel (e.g., Wi-Fi connection channel etc.) for rendering.* |
|---|---|

**Information apparatus transmitting output data to wireless output device for rendering:**

**(A) via Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

■ **Download** the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ **Open** the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**











Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) via Mopria Print Service**

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Find the print option     Select a nearby printer     Tap print

Source: https://mopria.org/print-from-android

How do I discover a Mopria-certified printer?

1. Go to **Settings > Printing** and enable Mopria Print Service.
   (With certain Samsung models, go to **Settings > Wi-Fi > More connections > Printing** and then enable Mopria Print Service.)
2. Make sure the mobile device is connected to the same Wi-Fi network as the printer.
3. A list of Mopria-certified printers available on the network, and for use with print-enabled apps, appears.

Once you've discovered the printer(s) compatible with Mopria Print Service, you can select it when you send your next print job from MPS on your mobile device.

Source: https://support.brother.com/g/s/id/mopria/en/mps_support_faq.pdf









Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| 34. The method according to claim 33 in which the information apparatus is one of a personal computer, a mobile phone, a smart phone, a digital camera, a laptop, and a PDA. | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) is a mobile phone and a smartphone.*<br><br>**Information Apparatus: Smartphone**<br>**Kyocera DuraForce Ultra 5G** |
| --- | --- |



**DURAFORCE ULTRA 5G**

Operating System

Android™ 12, Android Enterprise Recommended

Wi-Fi

802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

| | |
|---|---|
| 35. The method according to claim 33 in which the output device is one of a printer, a projection, a copier, a speaker, an audio output device, a display screen, and a TV. | *The output device is a printer (e.g., Kyocera Taskalfa 8353ci printer etc.).*<br><br>**Output Device:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>TASKalfa 8353ci |



Source:
https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

| 36. The method of claim 33 in which the conforming, at the information apparatus, related at least in part to the supported output device profile of the selected output device and included in said attribute received over the wireless communication channel. | *The conforming, at the information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.), related at least in part to the supported output device profile of the selected output device and included in said attribute received over the wireless communication channel (e.g., Wi-Fi communication channel etc.).*<br><br>**Wireless Output Device:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf<br><br>**What is page description language?**<br>PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels. |

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

US 7,609,402                                                        Page 49 of 57

## Printers

An available printer represented by the `PrinterInfo` class has a unique id which is abstracted by the `PrinterId` class. The `PrinterInfo` contains printer properties such as id, name, description, status, and printer capabilities encapsulated in the `PrinterCapabilitiesInfo` class. Printer capabilities describe how a printer can print content, for example what are the supported media sizes, color modes, resolutions, etc.

Source: https://developer.android.com/reference/android/print/package-summary

## Create a print adapter

A print adapter interacts with the Android print framework and handles the steps of the printing process. This process requires users to select printers and print options before creating a document for printing. These selections can influence the final output as the user chooses printers with different output capabilities, different page sizes, or different page orientations. As these selections are made, the print framework asks your adapter to lay out and generate a print document, in preparation for final output. Once a user taps the print button, the framework takes the final print document and passes it to a print provider for output. During the printing process, users can choose to cancel the print action, so your print adapter must also listen for and react to a cancellation requests.

The `PrintDocumentAdapter` abstract class is designed to handle the printing lifecycle, which has four main callback methods. You must implement these methods in your print adapter in order to interact properly with the print framework:

- `onStart()` - Called once at the beginning of the print process. If your application has any one-time preparation tasks to perform, such as getting a snapshot of the data to be printed, execute them here. Implementing this method in your adapter is not required.

- `onLayout()` - Called each time a user changes a print setting which impacts the output, such as a different page size, or page orientation, giving your application an opportunity to compute the layout of the pages to be printed. At the minimum, this method must return how many pages are expected in the printed document.

- `onWrite()` - Called to render printed pages into a file to be printed. This method may be called one or more times after each `onLayout()` call.

- `onFinish()` - Called once at the end of the print process. If your application has any one-time tear-down tasks to perform, execute them here. Implementing this method in your adapter is not required.

## Compute print document info

Within an implementation of the `PrintDocumentAdapter` class, your application must be able to specify the type of document it is creating and calculate the total number of pages for print job, given information about the printed page size. The implementation of the `onLayout()` method in the adapter makes these calculations and provides information about the expected output of the print job in a `PrintDocumentInfo` class, including the number of pages and content type. The following code example shows a basic implementation of the `onLayout()` method for a `PrintDocumentAdapter`:

## Write a print document file

When it is time to write print output to a file, the Android print framework calls the `onWrite()` method of your application's `PrintDocumentAdapter` class. The method's parameters specify which pages should be written and the output file to be used. Your implementation of this method must then render each requested page of content to a multi-page PDF document file. When this process is complete, you call the `onWriteFinished()` method of the callback object.

## Drawing PDF page content

When your application prints, your application must generate a PDF document and pass it to the Android print framework for printing. You can use any PDF generation library for this purpose. This lesson shows how to use the `PrintedPdfDocument` class to generate PDF pages from your content.

Source: https://developer.android.com/training/printing/custom-docs





Source: https://developer.android.com/reference/android/print/PrinterCapabilitiesInfo

US 7,609,402                                          Page 51 of 57

## PrinterInfo 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrinterInfo
extends Object implements Parcelable
```

java.lang.Object
  ↳ android.print.PrinterInfo

This class represents the description of a printer. Instances of this class are created by print services to report to the system the printers they manage. The information of this class has two major components, printer properties such as name, id, status, description and printer capabilities which describe the various print modes a printer supports such as media sizes, margins, etc.

Once `built` the objects are immutable.

Source: https://developer.android.com/reference/android/print/PrinterInfo

## PrintAttributes 🔖

Added in API level 19

Kotlin | **Java**

```
public final class PrintAttributes
extends Object implements Parcelable
```

java.lang.Object
  ↳ android.print.PrintAttributes

This class represents the attributes of a print job. These attributes describe how the printed content should be laid out. For example, the print attributes may state that the content should be laid out on a letter size with 300 DPI (dots per inch) resolution, have a margin of 10 mills (thousand of an inch) on all sides, and be black and white.

**Nested classes**

| class | **PrintAttributes.Builder**<br>Builder for creating **PrintAttributes**. |
|---|---|
| class | **PrintAttributes.Margins**<br>This class specifies content margins. |
| class | **PrintAttributes.MediaSize**<br>This class specifies a supported media size. |
| class | **PrintAttributes.Resolution**<br>This class specifies a supported resolution in DPI (dots per inch). |



Source: https://developer.android.com/reference/android/print/PrintAttributes

**Information apparatus conforming the content for transmitting to the wireless output device:**

**(A) Kyocera Mobile Print App**

Using Mobile Print is easy! Just follow these four easy steps:

■ **Download** the free app from the respective app store.

■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

■ **Open** the document, image or web page you wish to print.

■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html



and select the Kyocera MFP or printer on the network to print to



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

**(B) Mopria Print Service**

*"How It Works*

*Open the app you want to print from and look for a print option, button or icon.*

*This print function is often found under the apps or share menu."*



Source: https://mopria.org/print-from-android



You can set optional settings or tap "More Options" to set advanced features.



You can set optional settings or tap "More Options" to set advanced features.

Source: https://www.youtube.com/watch?v=mkXaKu2hOsY

| 37. The method of claim 33 in which said security key comprises at least one of a user name, password, ID number, signature, physical or digital security key, biometric, fingerprint, and a voice. | *The security key comprises at least one of a user name, a password, an ID number (e.g., username, password, PIN etc.).*<br><br>**(A) Kyocera Mobile Print App** |
|---|---|







| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=1vr-yNQP6K0 <br><br> **(B) <u>Mopria Print Service</u>** <br><br> What functionalities does the Mopria Print Service include? <br><br> Depending on your printer's capabilities, the Mopria Print Service lets users easily customize color, number of copies, duplex, paper size, page range, media type, and orientation and also features finishing options such as punching, folding and stapling. Additionally, the app also includes workplace features like user authentication, pin printing, and accounting. <br><br> Source: https://mopria.org/faq <br><br> ## Printing Administration <br><br> Using the Mopria Print Service, administrators can enforce print policies to ensure printing is always available but remains cost-effective and secure as possible. <br><br> • Using Mopria Print Service, administrators can implement print policies that save money, such as restricting printing only allowing two-sided or monochrome (black and white) printing. <br> • For security purposes, administrators can require users to enter a PIN before printing or use an SSL connection when printing. <br> • Administrators can track printing behaviors of individual users via User and Account IDs. <br><br> Source:https://mopria.org/print-for-business#:~:text=Printing%20Administration,Get%20the%20Mopria%20Print%20Service |