# EXHIBIT 17
# Application of U.S. Patent No. 7,609,402 to the Accused Apps[*,**]

---

[*] The term "Accused Apps" refers to Kyocera's Mobile Print app and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

[**] This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US 7609402 B2 vs. Accused Apps | |
|---|---|
| **US7609402 B2** | **Accused Apps** |
| 33. A method of mobile wireless data output from an information apparatus with access to at least part of a content to a wireless output device by short range wireless communication, wherein the information apparatus includes at least one wireless communication unit and is a distinct device from the output device, | *A mobile wireless data output method from an information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.) with access to at least part of a content (e.g., photos, documents etc.) to a wireless output device (e.g., Kyocera TASKalfa 8353ci printer etc.) by short range wireless communication (e.g., Wi-Fi communication).*<br><br>*The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) includes at least one wireless communication unit (e.g., Wi-Fi module etc.) and the information apparatus is a distinct device from the output device (e.g., Kyocera TASKalfa 8353ci printer etc.).*<br><br>**Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G**<br><br><br><br>Operating System<br><br>Android™ 12, Android Enterprise Recommended<br><br>Wi-Fi<br><br>802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g |

## Wi-Fi

Wi-Fi provides wireless Internet access. To use your phone's Wi-Fi, you need access to a wireless access point or "hotspot."

The availability and range of the Wi-Fi signal depend on several factors, including infrastructure and objects through which the signal passes.

### Turn Wi-Fi On and Connect to a Wireless Network

Use the Network & internet setting menu to enable your phone's Wi-Fi radio and connect to an available Wi-Fi network.

1. From the Apps launcher, tap **Settings** > **Network & internet**.

2. Tap **Wi-Fi** and tap the on/off icon next to **Use Wi-Fi** to turn Wi-Fi on.

3. Tap the available network to connect.

   - If you selected an open network, you will be automatically connected to the network.

   - If you selected a network that is secured with a password, enter the password, and then tap **CONNECT**.

   **NOTE:** If the wireless network you want to connect to is not in the list of detected networks, tap **Add network** at the bottom of the list. Enter the wireless network settings and tap **SAVE**.

   - If you selected the network that the phone is currently connected to, you will see Network details showing the Wi-Fi network name, status, signal strength, frequency, and more.

Depending on the network type and its security settings, you may also need to enter more information or choose a security certificate.

When your phone is connected to a wireless network, the Wi-Fi icon 📶 appears in the status bar and tells you the approximate signal strength. (The above icon indicates maximum signal strength.)

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

**Wireless Output Device:**
**Kyocera TASKalfa 8353ci Printer**

TASKalfa 8353ci



Source:
https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html



Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

**<u>Information apparatus with Kyocera Mobile Print app accessing content and enabling wireless data output to wireless output device:</u>**



With the KYOCERA Mobile Print app, you can use your Android mobile device to discover compatible KYOCERA printing devices on your local Wi-Fi network. If supported by your printing device, Wi-Fi Direct lets you connect directly to a printing device without a local Wi-Fi network. When connected, you can do the following:

· Print photos and documents stored on your Android mobile device. KYOCERA Mobile Print can handle a wide range of file formats, including .PDF, .JPG, .PNG, .TIFF, and .TXT. You can also print .HTML files at lower resolution
· Scan your documents on a compatible printing device and save them to your Android mobile device or a supported external service
· Attach and send documents that are stored within the app by email
· Print webpages accessed through the app's built-in web browser

The following external services are supported in KYOCERA Mobile Print:

· Dropbox
· Evernote
· Microsoft 365
· Google Drive
· SMB (Shared Folder)

Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint

KYOCERA Mobile Print is an application that lets you use your mobile device (iOS or Android) to connect wirelessly to compatible KYOCERA printing devices on your local area network. When connected, you can do the following:

- Print photos and documents stored on your mobile device or a supported external service
- Scan documents on a compatible printing device and save them to your mobile device or a supported external service:
  - Dropbox
  - Evernote
  - OneDrive
  - Google Drive
  - SMB (Shared Folder)
- Send documents by email
- Print webpages accessed through the app's built-in web browser

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#general

Using Mobile Print is easy! Just follow these four easy steps:

■ Download the free app from the respective app store.

■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.

■ Open the document, image or web page you wish to print.

■ Finally, select the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

US 7,609,402    Page 5 of 31

| | |
|---|---|
| the method comprising: opening a wireless communication channel; | *The method comprises opening a wireless communication channel (e.g., Wi-Fi communication channel) at the information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.).* <br><br> **Information apparatus with Kyocera Mobile Print app opens a wireless communication channel:** <br><br> Using Mobile Print is easy! Just follow these four easy steps: <br><br> ■ Download the free app from the respective app store. <br><br> ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print. <br><br> ■ **Open** the document, image or web page you wish to print. <br><br> ■ Finally, **select** the device you wish to print to, set your preferences and press print. <br><br> Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html <br><br> ### Wi-Fi <br> Wi-Fi provides wireless Internet access. To use your phone's Wi-Fi, you need access to a wireless access point or "hotspot." <br><br> The availability and range of the Wi-Fi signal depend on several factors, including infrastructure and objects through which the signal passes. <br><br> ### Turn Wi-Fi On and Connect to a Wireless Network <br> Use the Network & internet setting menu to enable your phone's Wi-Fi radio and connect to an available Wi-Fi network. <br><br> 1. From the Apps launcher, tap **Settings** > **Network & internet**. <br> 2. Tap **Wi-Fi** and tap the on/off icon next to **Use Wi-Fi** to turn Wi-Fi on. <br> 3. Tap the available network to connect. <br> • If you selected an open network, you will be automatically connected to the network. <br> • If you selected a network that is secured with a password, enter the password, and then tap **CONNECT**. <br> NOTE: If the wireless network you want to connect to is not in the list of detected networks, tap **Add network** at the bottom of the list. Enter the wireless network settings and tap **SAVE**. <br> • If you selected the network that the phone is currently connected to, you will see Network details showing the Wi-Fi network name, status, signal strength, frequency, and more. <br><br> Depending on the network type and its security settings, you may also need to enter more information or choose a security certificate. <br><br> When your phone is connected to a wireless network, the Wi-Fi icon appears in the status bar and tells you the approximate signal strength. (The above icon indicates maximum signal strength.) <br><br> Source: https://irp.cdn-website.com/8ac3ee00/files/uploaded/DuraForce-Ultra-5g-User-Guide-Verizon_en.pdf |
| discovering wirelessly one or more wireless devices that are | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.) wirelessly discovers, one or more wireless devices (e.g., Kyocera TASKalfa 8353ci printer etc.) that are available for wireless connection (e.g. Wi-Fi connection).* |

| | |
|---|---|
| available for wireless connection; | *Note: Smartphone with Kyocera Mobile Print app can discover the Kyocera printer when both the devices are on the same Wi-Fi network.*<br><br>**Information apparatus with Kyocera Mobile Print app discovers the wireless devices:**<br><br>With the KYOCERA Mobile Print app, you can use your Android mobile device to discover compatible KYOCERA printing devices on your local Wi-Fi network. If supported by your printing device, Wi-Fi Direct lets you connect directly to a printing device without a local Wi-Fi network. When connected, you can do the following:<br><br>• Print photos and documents stored on your Android mobile device. KYOCERA Mobile Print can handle a wide range of file formats, including .PDF, .JPG, .PNG, .TIFF, and .TXT. You can also print .HTML files at lower resolution<br>• Scan your documents on a compatible printing device and save them to your Android mobile device or a supported external service<br>• Attach and send documents that are stored within the app by email<br>• Print webpages accessed through the app's built-in web browser<br><br>The following external services are supported in KYOCERA Mobile Print:<br><br>• Dropbox<br>• Evernote<br>• Microsoft 365<br>• Google Drive<br>• SMB (Shared Folder)<br><br>Source: https://play.google.com/store/apps/details?id=com.kyocera.kyoprint<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br>■ Open the document, image or web page you wish to print.<br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>**What type of connection do I need to print or scan from my mobile device?**<br><br>To print or scan using KYOCERA Mobile Print, your mobile device must be connected wirelessly to the same local area network as your targeted printing device. If supported by your printing device, Wi-Fi Direct allows you to connect wirelessly to a printing device without a local Wi-Fi network.<br><br>**How does Mobile Print discover printing devices?**<br><br>Devices are discovered through SNMP discovery by default. Discovery via Bonjour (iOS only) or WS-Discovery is also available. When using the Bonjour discovery protocol, ensure that Bonjour is enabled on your printing device.<br><br>Source:<br>https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing |







Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| | |
|---|---|
| receiving over the wireless communication channel an attribute corresponding to each discovered wireless device, the attribute including one or more of a name, a device type, a device address, and an indication of a supported output device profile; | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.) receives, over the wireless communication channel (e.g., Wi-Fi communication channel etc.), an attribute (e.g., device name, model number, capability information such as print quality, print size, duplex, color etc.) corresponding to each discovered wireless device (e.g., Kyocera TASKalfa 8353ci printer etc.), the attribute including one or more of a name, a device type, a device address, and an indication of a supported output device profile.*<br><br>**Information apparatus with Kyocera Mobile Print app receiving attributes related to the discovered wireless device:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ **Open** the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br>What printing options are available through the app?<br><br>The print quality options supported in the app are Normal, Draft, and High (B&W models only). Paper size options are Letter, Legal, Ledger, Statement, A3, A4, A5, A6, Folio, B4, B5, B6, and Hagaki. You can also select the number of copies to print, number of pages per sheet, and page range. Additional options are displayed in Printing Preferences based on the printing device model.<br><br>Information apparatus with Kyocera Mobile Print app receives attribute related to the wireless device. |

Source:
https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing



Information apparatus with Kyocera Mobile Print app receive attribute (e.g., device name, capability information such as print quality, print size, color, duplex etc.) related to wireless device (e.g., Kyocera printer).



and select the Kyocera MFP or printer on the network to print to

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

*Note: Information apparatus with Kyocera Mobile Print app can receive other printer's properties i.e. description, capabilities such as supported media sizes, color modes, PDL formats supported etc.*

What printing protocols are supported?

RAW (port 9100), IPP (port 631), and IPPS (SSL port 443) are supported. On iOS devices, you can designate a printing protocol by selecting **Printing Preferences (icon in the lower right corner of the screen)** > **Printing protocol (the gear icon)**. On Android devices, within the app, select **Menu** > **Advanced Settings** > **Printing protocol**. The printing protocol selected for your mobile device and printing device must match. If you are not sure which protocol is used by your printing device, contact your system administrator.

Printing protocols supported by Kyocera mobile print app.

Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing

**What is IPP?**

The Internet Printing Protocol ("IPP") is a secure application level protocol used for network printing. IPP defines high-level Printer, Job, and Document objects, allowing Clients to ask a Printer about capabilities and defaults (supported media sizes, two-sided printing, etc.), the state of the Printer (paper out/jam, low ink/toner, etc.) and any Print Jobs and their Documents. The Client can also submit document files for printing and subsequently cancel them. IPP is supported by all modern network Printers and supercedes all legacy network protocols including port 9100 printing and LPD/lpr.

A *Client* is the Client device (computer, phone, tablet, etc.) that initiates connections and sends requests to Printers.

A *Printer* is an instance of an IPP Printer object and represents a real or visual Printer or print queue. Printers listen for connections from Clients and maintain a list of Jobs for processing.

**What are Printers?**

Printers in IPP are objects that represent real or virtual (for saving, emailing, etc.) output devices. Printer objects provide attributes that describe the *status* of the Printer (printing something, out of paper, etc.), the *capabilities* of the Printer (what paper sizes are supported, can the Printer reproduce color, can the Printer staple the output, etc.) and *general* information about the Printer (where the Printer is located, the URL for the printer's administrative web page, etc.) Printers also manage a queue of print jobs.

**Printer Capability Attributes**

Printers have many capability attributes, including:

- "ipp-features-supported": A list of IPP features that are supported, for example 'ipp-everywhere' and 'icc-color-matching'.
- "ipp-versions-supported": A list of IPP versions that are supported, for example '1.1' and '2.0'.
- "operations-supported": A list of IPP operations that are supported, for example Print-Job, Create-Job, Send-Document, Cancel-Job, Get-Jobs, Get-Job-Attributes, and Get-Printer-Attributes.
- "charset-supported": A list of character sets that are supported ('utf-8' is required.)
- "job-creation-attributes-supported": A list of IPP attributes that are supported when submitting print jobs, for example 'media', 'media-col', and 'print-quality'.
- "document-format-supported": A list of file formats that can be printed, for example 'application/pdf' and 'image/pwg-raster'.
- "media-supported" and "media-col-database": A list of paper sizes and types that are supported, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "media-ready" and "media-col-ready": A list of paper sizes and types that are loaded, for example 'na_letter_8.5x11in' and 'iso_a4_210x297mm'.
- "copies-supported": The maximum number of copies that can be produced, for example '99'.
- "sides-supported": A list of supported one and two sided printing modes, for example 'one-sided', 'two-sided-long-edge', and 'two-sided-short-edge'.
- "print-quality-supported": A list of supported print qualities, for example '3' (draft), '4' (normal), and '5' (high).

- "print-color-mode-supported": A list of supported color printing modes, for example 'bi-level', 'monochrome', and 'color'.
- "print-scaling-supported": A list of supported scaling modes, for example 'auto', 'fill', and 'fit'.
- "printer-resolution-supported": A list of supported print resolutions, for example '300dpi' and '600dpi'.
- "page-ranges-supported": Specifies whether page ranges are supported (boolean).
- "finishings-supported" and "finishings-col-database": A list of finishing processes (staple, punch, fold, etc.) that are supported.
- "finishings-ready" and "finishings-col-ready": A list of finishing processes that can be requested without stopping the Printer.
- "job-password-supported", "job-password-encryption-supported", "job-password-repertoire-configured", and "job-password-repertoire-supported": The supported Job password/PIN values that can be specified when creating a Job.

Printers report the Document formats they support in the "document-format-supported" Printer capability attribute. Most IPP Printers support standard formats like PDF ('application/pdf'), PWG Raster ('image/pwg-raster'), and JPEG (image/jpeg). AirPrint Printers also support a simple raster format called Apple Raster ('image/urf').

Many IPP Printers also support legacy formats such as Adobe PostScript ('application/postscript'), and HP Page Control Language (PCL, 'application/vnd.hp-pcl'), along with a variety of vendor-specific languages.

Source: https://www.pwg.org/ipp/ippguide.html#what-is-ipp

**Wireless Device:**
**Kyocera TASKalfa 8353ci Printer**

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

| | |
|---|---|
| selecting a wireless output device from among the one or more discovered wireless devices based at least in part on the received attribute; | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.) selects (e.g., when a user taps on the wireless output device name etc.), a wireless output device (e.g., Kyocera TASKalfa 8353ci printer etc.) from among the one or more discovered wireless devices based at least in part on the received attribute.*<br><br>**Information apparatus with Kyocera Mobile Print app receives the selection of wireless output device:** |

**Using Mobile Print is easy!** Just follow these four easy steps:

- ■ **Download** the free app from the respective app store.

- ■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.

- ■ **Open** the document, image or web page you wish to print.

- ■ Finally, **select** the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**





Smartphone with Kyocera Mobile Print app can select a wireless output device by tapping on the device name.



Selected wireless output device (e.g. a Kyocera printer).

and select the Kyocera MFP or printer on the network to print to

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| | |
|---|---|
| obtaining a security key at the information apparatus, the security key enabling wireless data transfer to the selected output device;<br><br>sending at least part of the security key over the wireless communication channel and requesting the selected wireless output device to open a wireless connection channel for data transfer; | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.) obtains a security key (e.g. username, password etc.) for enabling wireless data transfer to the selected output device.*<br><br>*The information apparatus sends the security key (e.g. username, password etc.) over the wireless communication channel (e.g., Wi-Fi communication channel etc.) and requests the selected wireless output device (e.g., Kyocera TASKalfa 8353ci printer etc.) to open a wireless connection channel for data transfer.*<br><br>**Information apparatus with Kyocera Mobile Print app obtaining and sending security key to the wireless output device:**<br><br>The system administrator can restrict printing and scanning on the printing device or through Command Center by turning on local authentication or network authentication. With User login enabled, an administrator can restrict access to resources. Administrators can set job quotas using Job accounting.<br><br>Source: https://www.kyoceradocumentsolutions.com/support/mobileprint/index_en.html#printing<br><br><br><br>KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America<br><br>To Access a Secure MFP or Printer, Users can enter their ID & Password<br><br>username and password directly from their mobile device with the user login |



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

*Note: Users can register/add login profile (username and password) by adding in local user list on the printer.*
*Later, they can login with the same profile details (username and password) in the above scenario.*

## Strengthening the Security

This machine is shipped with two default users registered one with Machine Administrator rights, and another with Administrator rights.Logging in as this user will allow you to configure all settings; therefore, please change the login user name and password.

In addition, this machine is equipped with user authentication function, which can be configured to limit the access to this machine to only those who have a registered login name and password.

| Item | Descriptions |
|---|---|
| Local Authentication | User authentication based on user properties on the local user list stored in the machine. |
| Network Authentication | User authentication based on Authentication Server. Use a user property stored in Authentication Server to access the network authentication login page. |

## Adding a User (Local User List)

You can add up to 1,000 users (including the default login user name).

### 1 Display the screen.

1 [System Menu/Counter] key > [User Login/Job Accounting]

> **NOTE**
> If the login user name entry screen appears during operations, enter a login user name and password, and select [Login]. For this, you need to login as an administrator or as a user with privileges to carry out this setting.
> The factory default login user name and login password are set as shown below.

| Model Name | Login User Name | Login Password |
|---|---|---|
| 7353ci | 7300 | 7300 |
| 8353ci | 8300 | 8300 |

2 "User Login Setting" [Next] > "Local User List" [Add/Edit]

### 2 Enter the user information.

[Add] > Enter the user information > [OK]

| Item | Descriptions |
|---|---|
| User Name[*1] | Enter the name displayed on the user list (up to 32 characters). |
| Login User Name[*1] | Enter the login user name to login (up to 64 characters). The same login user name cannot be registered. |
| Login Password | Enter the password to login (up to 64 characters). Reenter the same password for confirmation and select the [OK] key. |

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| | |
|---|---|
| receiving over the wireless communication channel a response related to an authentication; and<br><br>if the received response is positive, establishing a wireless connection channel between the information apparatus and the selected wireless output device, and | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.) receives, over the wireless communication channel (e.g., Wi-Fi communication channel) a response related to an authentication and if the received response is positive, establishing a wireless connection channel (e.g., Wi-Fi connection channel etc.) with the selected wireless output device (e.g., Kyocera TASKalfa 8353ci printer etc.).*<br><br>**Information apparatus with Kyocera Mobile Print app establishing a secured wireless access with the selected wireless output device:**<br><br><br><br> |



> Subsequent to successful authentication (e.g. username, password), Kyocera smartphone with Kyocera Mobile Print app establishes a secure wireless access with Kyocera printer, and allowing users to access the printer services.

login enter your username and password

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

Using Mobile Print is easy! Just follow these four easy steps:

- **Download** the free app from the respective app store.
- Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.
- **Open** the document, image or web page you wish to print.
- Finally, **select** the device you wish to print to, set your preferences and press print.

> Kyocera smartphone with Kyocera Mobile Print app establishes a secure wireless access with Kyocera printer.

Source: https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

*Note: If the username and password entered in the above scenario is not correct, the user will be prohibited for using printing services.*

## Authentication Security

If user authentication is enabled, configure the user authentication settings.

**User Account Lockout Setting**

You can prohibit the use of a user account if an incorrect password is entered repeatedly to login with that account.

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/user-guides/7353ci_8353ciENOGR2019_6_pdf.download.pdf

| conforming, at the information apparatus, at least part of the content into an output data encoded with at least one format, the conforming relating at least in part to the attribute received over the wireless communication channel, | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.) conforms, at least part of the content (e.g., documents, photos etc.) into an output data (e.g., print data) encoded with at least one format (e.g., selected print options such as, print quality, print size, duplex printing, color etc.) and the conforming relates to at least in part to the attributes received over the wireless communication channel (e.g., Wi-Fi communication channel etc.).* <br> *The conversion process involves translating the selected content into a Page Description Language (PDL) that is compatible with the printer. The user can set various print options through the application, such as print quality, size, duplex printing, and color settings.* |

*Once the user selects the content and sets the desired print preferences, Kyocera smartphone with Kyocera Mobile Print app generates a print job in a language that the selected Kyocera printer can process. This involves encoding the content with the appropriate format or language for printing.*

**Wireless Output Device:**
**Kyocera TASKalfa 8353ci Printer**

**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

## What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

**Information apparatus with Kyocera Mobile Print app conforming the content for transmitting to the wireless output device:**

Using Mobile Print is easy! Just follow these four easy steps:

■ Download the free app from the respective app store.

■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print.

■ Open the document, image or web page you wish to print.

■ Finally, select the device you wish to print to, set your preferences and press print.

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html





Generating the output data (e.g., data encoded with print settings etc.) by conforming the printable content for transmission to the wireless output device (e.g., Kyocera printer).

Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| and transferring the output data from the information apparatus to the selected output device over said wireless connection channel for rendering. | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.) transfers the output data to the selected output device (e.g., Kyocera TASKalfa 8353ci printer etc.) over the established wireless connection channel (e.g., Wi-Fi connection channel etc.) for rendering.* <br><br> **Information apparatus with Kyocera Mobile Print app transmitting output data to wireless output device for rendering:** <br><br> Using Mobile Print is easy! Just follow these four easy steps: <br> ■ Download the free app from the respective app store. <br> ■ Next, connect to the same network as the Kyocera MFP or printer you will be using to print. <br> ■ Open the document, image or web page you wish to print. <br> ■ Finally, select the device you wish to print to, set your preferences and press print. |

Source:
https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html

**KYOCERA Mobile Print™ - Business Application developed by KYOCERA Document Solutions America**









Information apparatus with Kyocera Mobile Print app transmits the output data to Kyocera printer once the user presses print button.



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0

| | |
|---|---|
| 34. The method according to claim 33 in which the information apparatus is one of a personal computer, a mobile phone, a smart phone, a digital camera, a laptop, and a PDA. | *The information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) is a mobile phone and a smartphone.*<br><br>**Information Apparatus: Smartphone**<br>**Kyocera DuraForce Ultra 5G** |

<table>
<tr><td></td><td>

**DURAFORCE ULTRA 5G**



Operating System

Android™ 12, Android Enterprise Recommended

Wi-Fi

802.11a/b/g/n/ac/e/i/k/r/v, 2.4GHz & 5GHz 802.11mc for Indoor Location Enterprise Grade dual-band Wi-Fi Hotspot (Up to 10 connections) Miracast & Wi-Fi Direct

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g
</td></tr>
<tr><td>

35. The method according to claim 33 in which the output device is one of a printer, a projection, a copier, a speaker, an audio output device, a display screen, and a TV.
</td><td>

*The output device is a printer (e.g., Kyocera Taskalfa 8353ci printer etc.).*

**Output Device:**
**Kyocera TASKalfa 8353ci Printer**

TASKalfa 8353ci
</td></tr>
</table>



Source:
https://www.kyoceradocumentsolutions.us/en/products/mfp/TASKALFA8353CI.html

**Mobile Printing:** Apple AirPrint®, Google Cloud Print™, Mopria®, KYOCERA Mobile Print

**Interfaces:** Standard: 10/100/1000BaseTX, Hi-Speed USB 2.0, 4 USB Host Interfaces, 2 Expansion Slots, IEEE 802.11b/g/n Wireless LAN (communication distance 98.5 ft) Optional: 10/100/1000BaseTX (IB-50 for Dual NIC); Optional: IEEE 802.11b/g/n (IB-51 for Wireless LAN Interface) (communication distance 328.1 feet)

Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf

| | |
|---|---|
| 36. The method of claim 33 in which the conforming, at the information apparatus, related at least in part to the supported output device profile of the selected output device and included in said attribute received over the wireless communication channel. | *The conforming, at the information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone with Kyocera Mobile Print app etc.), related at least in part to the supported output device profile of the selected output device and included in said attribute received over the wireless communication channel (e.g., Wi-Fi communication channel etc.).*<br><br>*The conversion process involves translating the selected content into a Page Description Language (PDL) that is compatible with the printer. The user can set various print options through the respective application, such as print quality, size, duplex printing, and color settings.*<br>*Once the user selects the content and sets the desired print preferences, the Kyocera smartphone with Kyocera Mobile Print app generates a print job in a language that the selected Kyocera printer can process. This involves encoding the content with the appropriate format or language for printing.*<br><br>**Wireless Output Device:**<br>**Kyocera TASKalfa 8353ci Printer**<br><br>**PDLs / Emulations:** PRESCRIBE, PCL6 (PCL-XL / PCL-5c), KPDL3 (PS3), XPS, OPEN XPS; Optional (UG-34): IBM ProPrinter, Line Printer, LQ-850<br><br>Source:https://www.kyoceradocumentsolutions.us/content/download-center-americas/us/documents/brochures-and-specs/TASKalfa_8353ci__and__9003i_Series_Spec_Guide_pdf.download.pdf |

### What is page description language?

PDLs serves as a binding link between computer applications, such as graphics tools, text editors, etc, and output devices: publishing (printing) systems and displays. Most printing systems treat printed pages as a rectangle of m pixels in a width and n pixels in a height. Of course, it is not convenient to store such large files in memory, edit them, and transfer them over the distributed network. Page Description Languages describe the appearance of a page at a higher level than an array of pixels.

## How PDLs function in conjunction with printers and other output devices?

PDLs play a crucial role in the communication between software applications and printers or other output devices. Here's how PDLs function in conjunction with printers and other output devices:

1. Document Creation: When you create a document on your computer using software such as a word processor, spreadsheet program, or graphic design tool, the content is represented in a format specific to that software. However, printers and other output devices need a standardized language to interpret and render the content correctly.
2. Translation to PDL: Before sending the document to the printer or output device, the software application translates the document into a PDL. Common PDLs include PostScript (PS), Printer Command Language (PCL), and Open XML Paper Specification (XPS), among others.
3. Device Independence: The use of PDLs allows for device independence. In other words, the same document can be printed on different printers or output devices without requiring modifications to the document itself. As long as the printers support the same PDL, they can interpret and print the document consistently.
4. Print Processing: Once the document is in the PDL format, it is sent to the printer or output device. The PDL contains instructions on how the page should be formatted, including the fonts, graphics, colors, page layout, and other details necessary for accurate reproduction.
5. Printer Interpretation: The printer's firmware or software has the capability to understand the PDL and interpret the instructions it contains. It translates the PDL into the specific commands required to control the print mechanism, such as instructing the print heads to spray ink or laser beams to form characters and images.
6. Printing the Page: The printer uses the interpreted instructions to print the document page by page. As the paper passes through the printer, the appropriate elements are rendered, and the final output is produced.
7. Support for Advanced Features: PDLs can also support advanced printing features, such as duplex printing (printing on both sides of the paper), color management, and handling complex graphics or vector images.
8. Other Output Devices: While printers are the most common output devices associated with PDLs, they can also be used with other output devices like plotters, digital presses, and multifunction devices that can scan, copy, and fax documents.

## The role of PDLs in transforming high-level graphical information into a format that printers can understand and reproduce.

Page Description Language plays a crucial role in transforming high-level graphical information into a format that printers can understand and reproduce accurately. PDLs are used to describe the layout, content, and formatting of a page, ensuring that the printed output matches the original digital representation.

Here's how PDLs work in the process of transforming high-level graphical information into a printer-friendly format:

1. High-level graphical information: At the initial stage, the high-level graphical information is created using various software applications like word processors, graphic design tools, desktop publishing software, or even web browsers. This information can include text, images, shapes, colors, fonts, and other graphical elements.
2. Translation to PDL: Once the high-level graphical information is ready, it needs to be translated into a format that printers can understand. This is where the PDL comes into play. PDLs act as an intermediary language between the high-level graphical information and the printer's hardware.
3. Printer-specific commands: Different printers have varying capabilities and processing requirements. PDLs ensure that the output is tailored to the specific printer's capabilities. PDLs contain printer-specific commands that instruct the printer on how to interpret and reproduce the graphical elements accurately.

4. Rasterization: PDLs help convert vector graphics and text into raster images. Rasterization involves converting geometric shapes and text into a grid of pixels (dots) that the printer can understand. PDLs handle this process, ensuring that the resolution and quality of the printed output are maintained.
5. Color management: PDLs also handle color management. They ensure that the colors specified in the high-level graphical information are accurately reproduced on the printed page by taking into account the color capabilities of the printer and the paper used.
6. Compression: PDLs often use compression techniques to reduce the file size of the print job, which allows for faster transmission to the printer and reduces memory requirements during printing.
7. Spooling: The PDL-converted print job is then spooled in the printer's memory or storage before being printed. Spooling allows multiple print jobs to be queued and processed in a proper order.
8. Printing: Finally, the printer interprets the PDL commands and reproduces the page according to the specified layout, colors, and other graphical elements. The printed output should closely match the original high-level graphical information, thanks to the accurate translation provided by the PDL.

Source: https://docs.aspose.com/page/net/page-description-languages/

| | |
|---|---|
| | **Information apparatus with Kyocera Mobile Print app conforming the content for transmitting to the wireless output device:**<br><br>Using Mobile Print is easy! Just follow these four easy steps:<br><br>■ Download the free app from the respective app store.<br><br>■ Next, **connect** to the same network as the Kyocera MFP or printer you will be using to print.<br><br>■ **Open** the document, image or web page you wish to print.<br><br>■ Finally, **select** the device you wish to print to, set your preferences and press print.<br><br>Source:<br>https://www.kyoceradocumentsolutions.us/en/products/software/KYOCERAMOBILEPRINT.html<br><br><br><br><br>Source: https://www.youtube.com/watch?v=1vr-yNQP6K0 |
| 37. The method of claim 33 in which said security key comprises at least one of a user name, password, ID number, | *The security key comprises at least one of a user name, a password (e.g., username, password etc.).* |

| | |
|---|---|
| signature, physical or digital security key, biometric, fingerprint, and a voice. | **<u>Kyocera Mobile Print App:</u>**<br><br><br><br> |



Source: https://www.youtube.com/watch?v=1vr-yNQP6K0