# EXHIBIT 18

# Application of U.S. Patent No. 9,836,257 to the Accused Phones[*,**]

---

[*] The term "Accused Phones" refers to Kyocera's DuraForce and DuraSport smartphones and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or one of Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

[**] This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| US 9836257 B2 vs. Accused Phones | |
|---|---|
| **US 9836257 B2** | **Accused Phones** |
| 1. A mobile wireless information apparatus method for managing output of digital content at a wireless output device, | *A mobile wireless information apparatus (i.e., Kyocera Duraforce Ultra 5G smartphone etc.) manages output (e.g. transmits etc.) of digital content (e.g., music, song etc.) at a wireless output device (e.g., Bluetooth device such as headsets etc.).* <br><br> **Mobile Wireless Information Apparatus** <br> **Kyocera DuraForce Ultra 5G** <br><br> DURAFORCE ULTRA 5G <br><br> <br><br> Operating System <br><br> Android™ 12, Android Enterprise Recommended <br><br> Connectivity <br><br> Bluetooth 5.0 LE + EDR NFC, High-speed USB 3.1 Type-C GPS (L1+L5 Dual Band), Glonass & Galileo <br><br> Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g <br><br> **Bluetooth** <br> Bluetooth is a short-range communications technology that allows you to connect wirelessly to a number of Bluetooth devices, such as headsets and hands-free car kits, and Bluetooth-enabled handhelds, computers, printers, and wireless phones. The Bluetooth communication range is usually approximately 30 feet. <br><br> **Supported Bluetooth Profiles** <br> HSP, HFP, SPP, OPP, PBAP, AVRCP, GOEP, MAP, HID, PAN, A2DP, GATT, AVDTP, AVCTP, GAVDP, HOGP, and DID are supported. |

| | |
|---|---|
| | Source:<br>https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf<br><br>**Mobile wireless information apparatus outputs digital content at the wireless output device over Bluetooth communication:**<br><br>*Turn Bluetooth On or Off*<br>Use the settings menu to enable or disable your phone's Bluetooth capabilities.<br><br>1. From the Apps launcher, tap **Settings > Connected devices > Connection preferences > Bluetooth**.<br>2. Tap the on/off icon to turn Bluetooth on or off.<br><br>*Pairing*<br>Pairing with other devices makes your phone ready for connecting to them.<br><br>*Pair with Other Devices*<br>NOTE: Bluetooth on other devices must be turned on before pairing.<br>IMPORTANT: Perform the pairing process at a secure location.<br>IMPORTANT: It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.<br><br>1. From the Apps launcher, tap **Settings > Connected devices**.<br>2. Tap **Pair new device**.<br>   - Bluetooth turns on and shows you a list of nearby Bluetooth devices.<br>3. Tap the name you want to connect to in the **Available devices** list.<br>   - Your phone then automatically tries to pair with the device.<br>4. If necessary, tap **PAIR** or enter the passcode.<br>   - To change the connected device name, tap ⚙ to open the Device details screen, tap ✎ to edit it, and then tap **RENAME**.<br><br>   NOTE: The display may vary depending on the connected device.<br><br>*Bluetooth*<br>Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.<br><br>Source:<br>https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf |
| the mobile wireless information apparatus including:<br>an operating system;<br>a processor; | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) includes an operating system software (e.g., Android operating system etc.) and a processor (e.g., Qualcomm Snapdragon 765G 5G etc.).*<br><br>**Mobile Wireless Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G** |

| | |
|---|---|
| | Operating System<br><br>Android™ 12, Android Enterprise Recommended<br><br>Processor<br><br>Qualcomm Snapdragon 765G 5G (7nm) Octa-core (1x 2.4GHz+1x 2.2GHz+6x 1.8GHz) GPU: Adreno 620<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g |
| one or more client application(s) executable by the processor at the mobile wireless information apparatus for providing one or more functionalities to the mobile wireless information apparatus, the one or more functionalities of the one or more client application(s) facilitated, at least partly, by the operating system included in the mobile wireless information apparatus, and the one or more client application(s) enabling a user viewing or selecting at least part of the digital content at the mobile wireless information apparatus; | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) includes one or more client applications (e.g., YouTube, YouTube Music app etc.) which are executable by the processors for providing one or more functionalities (e.g., playing music, songs videos etc.) to the mobile wireless information apparatus facilitated by the operating system (e.g., Android OS) included in the mobile wireless information apparatus.*<br><br>*The one or more client application(s) enabling a user viewing or selecting at least part of the digital content (e.g., music, songs, videos etc.) at the mobile wireless information apparatus.*<br><br>**Mobile wireless information apparatus includes applications for accessing digital content:**<br><br>**Applications**<br>Your phone lets you enjoy a variety of apps installed on your phone or discover some exciting new apps by browsing online app stores such as the Google Play™ store. You can see all your preloaded and downloaded apps in the App Launcher.<br><br>**Google Apps**<br>You will need a Google Account to access several phone features such as Gmail™, and the Google Play store applications. Before you are able to access Google applications, you must enter your account information. These applications sync between your phone and your online Google Account. Visit google.com for more information.<br><br>**YouTube**<br>YouTube™ is a video sharing website on which users can upload and share videos.<br><br>**Open YouTube**<br>▶ From the Home screen, tap **Google > YouTube**.<br>For more information, please visit https://support.google.com/youtube.<br><br>**YouTube Music**<br>Access the YouTube Music app to enjoy your favorite music.<br><br>**Access the YouTube Music App**<br>▶ From the Home screen, tap **Google > YT Music**. The YouTube Music screen appears.<br>For more information, please visit https://support.google.com/youtubemusic. |

Source: https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf



**YouTube Music**
About this app

Connecting you to the world of music:
● More than 70 million official songs
● Music content including live performances, covers, remixes and music content you can't find elsewhere
● Thousands of curated playlists across many genres and activities

Get personalised music, perfect for every moment:
● Personalised playlists and Mixes made just for you, built around your favourite types of music
● Personalised activity mixes for your Workout, Relax and Focus sessions
● Create playlists with song suggestions or collaborate with other music fans to create the perfect playlist
● Personalised Library to see all of your liked and added songs, playlists, artists and albums

Stay on top of the trends and discover new music:
● Take a look at curated-for-you mixes such Discover Mix and New Release Mix
● Discover music-based genres (Hip Hop, Pop, Country, Dance and Electronic, Blues, Indie and Alternative, Jazz, K-pop, Latin, Rock and more)
● Discover music-based moods (Chill, Feel Good, Energy Booster, Sleep, Focus, Romance, Workout, Commute, Party)
● Explore top charts from all over the world

**Requires Android**
Varies with device

Source: https://play.google.com/store/apps/details/YouTube_Music_Stream_Songs_Music_Videos?id=com.google.android.apps.youtube.music&hl=en_GB&gl=US



US 9,836,257                                    Page 5 of 45



Source: https://www.youtube.com/watch?v=bRcbg4DoEgA

| | |
|---|---|
| a display screen;<br>a graphical user interface over the display screen of the mobile wireless information apparatus for interacting with the user; | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) includes a display screen and a graphical user interface (e.g., icons, menu, navigation buttons etc.) over the display screen for interacting with the user.*<br><br>**Mobile Wireless Information Apparatus**<br>**Kyocera Duraforce Ultra 5G**<br><br><br><br>Display — 5.45 inch IPS LCD Capacitive Touchscreen with Sapphire Shield Display<br>FHD+, 1080 x 2160 pixels, 18:9 aspect ratio<br>Ultra Bright Backlit Display for Daylight Visibility |

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

## Touchscreen Navigation

Your phone's touchscreen lets you control actions through a variety of tap gestures.

**Tap:** Tap the screen with your finger to select or launch a menu, option, or application. A light tap works best.



**Touch and Hold:** To open the available options for an item (for example, a keyboard), touch and hold the item.



**Pinch and Spread:** Pinch the screen using your thumb and forefinger to zoom out, or spread the screen to zoom in when viewing a picture or a Web page. (Move fingers inward to zoom out and outward to zoom in.)

 

US 9,836,257    Page 7 of 45

<table>
<tr>
<td></td>
<td>



**Function Buttons**

You will find a row of three buttons that let you perform specific functions as below.

Back — Home — Recent

- Back ( ◀ ) - Tap to return to the previous screen, or close a dialog box, options menu, the Notifications panel, or onscreen keyboard.
- Home ( ◉ ) - Tap to open the Home screen.
    - Touch and hold to launch Google Assistant.
- Recent ( ■ ) - Tap to open a list of thumbnail images of screens you have worked with recently. To open one, tap it. To remove a screen from the list, swipe it up. To capture a screenshot of a listed screen, tap **Screenshot** displayed below the screen image. (Only available in portrait mode.) To close all screens, swipe left to right to the end of the recent list and tap **CLEAR ALL**.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

</td>
</tr>
<tr>
<td>one or more wireless communication units for wireless communication;</td>
<td>

*The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) includes one or more wireless communication units (e.g., Bluetooth module etc.) for wireless communication (e.g., Bluetooth communication etc.).*

**Mobile Wireless Information Apparatus:**
**Kyocera DuraForce Ultra 5G**

Connectivity

Bluetooth 5.0 LE + EDR NFC, High-speed USB 3.1 Type-C GPS (L1+L5 Dual Band), Glonass & Galileo

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Bluetooth**

Bluetooth is a short-range communications technology that allows you to connect wirelessly to a number of Bluetooth devices, such as headsets and hands-free car kits, and Bluetooth-enabled handhelds, computers, printers, and wireless phones. The Bluetooth communication range is usually approximately 30 feet.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

</td>
</tr>
</table>

US 9,836,257                                                                                    Page 8 of 45

| | |
|---|---|
| the mobile wireless information apparatus method comprising: obtaining, by the one or more client application(s) at the mobile wireless information apparatus, the digital content, the digital content includes at least one of video content or audio content; | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) obtains, by the one or more client applications (e.g., YouTube Music, YouTube etc.) at the mobile wireless information apparatus, the digital content (e.g., music video, songs, audio etc.). The digital content includes at least one of video content or audio content.* <br><br> **Mobile wireless information apparatus obtaining digital content via client applications:** <br><br> ## Applications <br> Your phone lets you enjoy a variety of apps installed on your phone or discover some exciting new apps by browsing online app stores such as the Google Play™ store. You can see all your preloaded and downloaded apps in the App Launcher. <br><br> ## Google Apps <br> You will need a Google Account to access several phone features such as Gmail™, and the Google Play store applications. Before you are able to access Google applications, you must enter your account information. These applications sync between your phone and your online Google Account. Visit google.com for more information. <br><br> **YouTube** <br> YouTube™ is a video sharing website on which users can upload and share videos. <br><br> *Open YouTube* <br> ▶ From the Home screen, tap **Google > YouTube**. <br><br> For more information, please visit https://support.google.com/youtube. <br><br> **YouTube Music** <br> Access the YouTube Music app to enjoy your favorite music. <br><br> *Access the YouTube Music App* <br> ▶ From the Home screen, tap **Google > YT Music**. The YouTube Music screen appears. <br><br> For more information, please visit https://support.google.com/youtubemusic. <br><br> Source: <br> https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf |

 **YouTube Music**
About this app

Connecting you to the world of music:
● More than 70 million official songs
● Music content including live performances, covers, remixes and music content you can't find elsewhere
● Thousands of curated playlists across many genres and activities

Get personalised music, perfect for every moment:
● Personalised playlists and Mixes made just for you, built around your favourite types of music
● Personalised activity mixes for your Workout, Relax and Focus sessions
● Create playlists with song suggestions or collaborate with other music fans to create the perfect playlist
● Personalised Library to see all of your liked and added songs, playlists, artists and albums

Stay on top of the trends and discover new music:
● Take a look at curated-for-you mixes such Discover Mix and New Release Mix
● Discover music-based genres (Hip Hop, Pop, Country, Dance and Electronic, Blues, Indie and Alternative, Jazz, K-pop, Latin, Rock and more)
● Discover music-based moods (Chill, Feel Good, Energy Booster, Sleep, Focus, Romance, Workout, Commute, Party)
● Explore top charts from all over the world

**Requires Android**
Varies with device

Source:
https://play.google.com/store/apps/details/YouTube_Music_Stream_Songs_Music_Videos?id=com.google.android.apps.youtube.music&hl=en_GB&gl=US





Source: https://www.youtube.com/watch?v=bRcbg4DoEgA

| (1) opening a short range wireless communication channel at the one or more wireless communication units of the mobile wireless information apparatus for short range wireless device communication; | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) opens a short range wireless communication channel (e.g., Bluetooth communication channel etc.) at the one or more wireless communication units (e.g., Bluetooth module etc.) of the mobile wireless information apparatus for short range wireless device communication (e.g., Bluetooth communication etc.).* <br><br> **Mobile wireless information apparatus opens a wireless communication channel over Bluetooth:** <br><br> ### Turn Bluetooth On or Off <br> Use the settings menu to enable or disable your phone's Bluetooth capabilities. <br><br> 1. From the Apps launcher, tap **Settings > Connected devices > Connection preferences > Bluetooth**. <br><br> 2. Tap the on/off icon to turn Bluetooth on or off. <br><br> Source: https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf <br><br> DuraForce Ultra 5G <br> ## Pairing with a Bluetooth® device 🔗 <br> Connect to other devices via Bluetooth to share media such as music or videos. Bluetooth devices can be anything from your stereo in your car to a keyboard to type on your mobile device with. |



Source: https://verizon2018.sds.modeaondemand.com/en-us/tutorial/duraforce-ultra-5g/10.0.0/feature_bluetooth_pair-pairing-with-a-bluetooth-device

| (2) wirelessly searching, at the mobile wireless information apparatus, over said short range wireless communication channel in (1), for one or more wireless output devices that are available for providing output service; | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) wirelessly searches with the wireless communication unit (e.g., Bluetooth module etc.) over a short-range wireless communication channel (e.g., Bluetooth communication channel etc.), for a wireless output device (e.g., Bluetooth device such as headsets etc.) that are available for providing output service (e.g., playing music, audio etc.).* <br><br> **Mobile wireless information apparatus searches for the wireless output device:** |
|---|---|

### Turn Bluetooth On or Off

Use the settings menu to enable or disable your phone's Bluetooth capabilities.

1. From the Apps launcher, tap **Settings > Connected devices > Connection preferences > Bluetooth**.

2. Tap the on/off icon to turn Bluetooth on or off.

### Pairing

Pairing with other devices makes your phone ready for connecting to them.

#### Pair with Other Devices

**NOTE:** Bluetooth on other devices must be turned on before pairing.

**IMPORTANT:** Perform the pairing process at a secure location.

**IMPORTANT:** It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.

1. From the Apps launcher, tap **Settings > Connected devices**.

2. Tap **Pair new device**.

   - Bluetooth turns on and shows you a list of nearby Bluetooth devices.

3. Tap the name you want to connect to in the **Available devices** list.

   - Your phone then automatically tries to pair with the device.

4. If necessary, tap **PAIR** or enter the passcode.

   - To change the connected device name, tap ⚙ to open the Device details screen, tap ✎ to edit it, and then tap **RENAME**.

     **NOTE:** The display may vary depending on the connected device.

#### Bluetooth

Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

DuraForce Ultra 5G

# Pairing with a Bluetooth® device 🔗

Connect to other devices via Bluetooth to share media such as music or videos. Bluetooth devices can be anything from your stereo in your car to a keyboard to type on your mobile device with.





Source:     https://verizon2018.sds.modeaondemand.com/en-us/tutorial/duraforce-ultra-5g/10.0.0/feature_bluetooth_pair-pairing-with-a-bluetooth-device

| | |
|---|---|
| (3) receiving, at the mobile wireless information apparatus and over the short range wireless communication channel, a device dependent attribute that corresponds to a wireless output device found in the wireless search in (2) over the short range wireless communication channel, and the device dependent attribute includes at least one of a name, a brand, a model, a device identity, an address, a voice, security information, or a device profile, individually or in any combination, corresponding to the wireless output device found in the wireless search; | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) receives over the short-range wireless communication channel (e.g., Bluetooth communication channel etc.), a device dependent attribute (e.g., device name, device class (indicating the device type), Bluetooth profile etc.) corresponding to the wireless output device (e.g., Bluetooth Device such as headsets etc.) found in the wireless search in (2) over the short range wireless communication channel. The device dependent attribute includes a name, device identity, or device profile individually or in any combination, corresponding to the wireless output device found in the wireless search.*<br><br>**Mobile wireless information apparatus receives device dependent attribute from the wireless output device:** |

## Turn Bluetooth On or Off

Use the settings menu to enable or disable your phone's Bluetooth capabilities.

1. From the Apps launcher, tap **Settings > Connected devices > Connection preferences > Bluetooth**.

2. Tap the on/off icon to turn Bluetooth on or off.

## Pairing

Pairing with other devices makes your phone ready for connecting to them.

### Pair with Other Devices

NOTE:  Bluetooth on other devices must be turned on before pairing.

IMPORTANT:  Perform the pairing process at a secure location.

IMPORTANT:  It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.

1. From the Apps launcher, tap **Settings > Connected devices**.

2. Tap **Pair new device**.

   - Bluetooth turns on and shows you a list of nearby Bluetooth devices.

3. Tap the name you want to connect to in the **Available devices** list.

   - Your phone then automatically tries to pair with the device.

4. If necessary, tap **PAIR** or enter the passcode.

   - To change the connected device name, tap ⚙ to open the Device details screen, tap ✏ to edit it, and then tap **RENAME**.

   NOTE:  The display may vary depending on the connected device.

## Bluetooth

Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

DuraForce Ultra 5G

# Pairing with a Bluetooth® device ⊕

Connect to other devices via Bluetooth to share media such as music or videos. Bluetooth devices can be anything from your stereo in your car to a keyboard to type on your mobile device with.



Source:    https://verizon2018.sds.modeaondemand.com/en-us/tutorial/duraforce-ultra-5g/10.0.0/feature_bluetooth_pair-pairing-with-a-bluetooth-device

**Bluetooth Specifications**

US 9,836,257                                Page 17 of 45

# Find Bluetooth devices 🔖 ▾

Using the `BluetoothAdapter`, you can find remote Bluetooth devices either through device discovery or by querying the list of paired devices.

Make sure you have the appropriate Bluetooth permissions and set up your app for Bluetooth before attempting to find Bluetooth devices.

Device discovery is a scanning procedure that searches the local area for Bluetooth-enabled devices and requests some information about each one. This process is sometimes referred to as discovering, inquiring, or scanning. A nearby Bluetooth device responds to a discovery request only if it is currently accepting information requests by being discoverable. If a device is discoverable, it responds to the discovery request by sharing some information, such as the device's name, its class, and its unique MAC address. Using this information, the device that is performing the discovery process can then choose to initiate a connection to the discovered device.

Source:https://developer.android.com/develop/connectivity/bluetooth/find-bluetooth-devices

### 4.2.1 Inquiry (Discovering) Procedure

Bluetooth devices use the inquiry procedure to discover nearby devices, or to be discovered by devices in their locality.

The inquiry procedure is asymmetrical. A Bluetooth device that tries to find other nearby devices is known as an inquiring device and actively sends inquiry requests. Bluetooth devices that are available to be found are known as discoverable devices and listen for these inquiry requests and send responses. The inquiry procedure uses a special physical channel for the inquiry requests and responses.

## 6.1 GENERAL INQUIRY

### 6.1.1 Purpose

The purpose of the general inquiry procedure is to provide the initiator with the Bluetooth device address, clock, Class of Device and used page scan mode of general discoverable devices (i.e. devices that are in range with regard to the initiator and are set to scan for inquiry messages with the General Inquiry Access Code). Also devices in limited discoverable mode will be discovered using general inquiry.

The general inquiry should be used by devices that need to discover devices that are made discoverable continuously or for no specific condition.

## 6.3 NAME DISCOVERY

### 6.3.1 Purpose

The purpose of name discovery is to provide the initiator with the Bluetooth Device Name of connectable devices (i.e. devices in range that will respond to paging).

### 6.4  DEVICE DISCOVERY

#### 6.4.1  Purpose

The purpose of device discovery is to provide the initiator with the Bluetooth Device Address, clock, Class of Device, used page scan mode and Bluetooth device name of discoverable devices.

#### 6.4.3 Description

During the device discovery procedure, first an inquiry (either general or limited) is performed, and then name discovery is done towards some or all of the devices that responded to the inquiry. If the initiator of the device discovery receives a complete local name or a shortened local name that is considered long enough, via an extended inquiry response from a remote device, the initiator should not do a separate name discovery for that device.



*Figure 6.5: Device discovery procedure.*

The establishment procedures defined here do not include any discovery part. Before establishment procedures are initiated, the information provided during device discovery (in the FHS packet or the extended inquiry response packet of the inquiry response or in the response to a name request) has to be available in the initiating device. This information is:

- The Bluetooth Device Address (BD_ADDR) from which the Device Access Code is generated;
- The system clock of the remote device;
- The page scan mode used by the remote device.

Additional information provided during device discovery that is useful for making the decision to initiate an establishment procedure is:

- The Class of device;
- The Device name;
- The supported Service Classes.

#### 3.3.3.4  Supported layers

During the exchange of packets between an inquiring and discoverable device it may be considered that a temporary physical link exists between these devices. However, the concept is quite irrelevant as it has no physical representation but is only implied by the brief transaction between the devices. No further architectural layers are considered to be supported.

Source: https://www.bluetooth.com/specifications/specs/cs-core-specification-2-1edr/

| | |
|---|---|
| (4) receiving an indication of a selection, over the graphical user interface at the mobile wireless information apparatus, the wireless output device found in the wireless search, and the selection of the wireless output device found in the wireless search based, at least in part, on the device dependent attribute received in (3); | *The mobile wireless information apparatus (e.g. Kyocera Duraforce Ultra 5G smartphone etc.) receives an indication of a selection (e.g., when a user taps on the name of the wireless output device appearing on the display screen etc.) of the wireless output device (e.g. Bluetooth device such as headsets etc.) found in the search and the selection of the wireless output device is based on the device dependent attribute received in (3).* **Mobile wireless information apparatus receives an indication of selection of wireless output device:** |

Below the first column text, the right column continues:

## Pairing
Pairing with other devices makes your phone ready for connecting to them.

### Pair with Other Devices
NOTE: Bluetooth on other devices must be turned on before pairing.

IMPORTANT: Perform the pairing process at a secure location.

IMPORTANT: It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.

1. From the Apps launcher, tap **Settings** > **Connected devices**.
2. Tap **Pair new device**.
   - Bluetooth turns on and shows you a list of nearby Bluetooth devices.
3. Tap the name you want to connect to in the **Available devices** list.
   - Your phone then automatically tries to pair with the device.
4. If necessary, tap **PAIR** or enter the passcode.
   - To change the connected device name, tap ⚙ to open the Device details screen, tap 🖉 to edit it, and then tap **RENAME**.

NOTE: The display may vary depending on the connected device.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

DuraForce Ultra 5G
# Pairing with a Bluetooth® device
Connect to other devices via Bluetooth to share media such as music or videos. Bluetooth devices can be anything from your stereo in your car to a keyboard to type on your mobile device with.

1. From the Home screen, drag down the **Notification panel**.
   Note: The device you're pairing your phone with needs to be set to Pairing mode, o…

2. Drag down the **Quick settings** panel.

3. Touch and hold the **Bluetooth** icon.

4. Select **Connection preferences**.

5. Select **Bluetooth**.

6. Tap or slide the **Bluetooth** switch to ON.

7. Tap **Pair new device**.
   Note: Your phone will automatically begin to scan for Bluetooth-ready devices.

8. Select the device you'd like to pair to.
   Note: A password may be requested. Common manufacturer passwords are 0000 and 1234.

9. You've completed the steps!



Source:    https://verizon2018.sds.modeaondemand.com/en-us/tutorial/duraforce-ultra-5g/10.0.0/feature_bluetooth_pair-pairing-with-a-bluetooth-device

| (5) establishing, with at least one wireless communication unit of the one or more wireless communication units and at the mobile wireless information apparatus, a wireless communication link between the mobile wireless information apparatus and the selected wireless | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) establishes, with at least one wireless communication unit of the one or more wireless communication units (e.g., Bluetooth module etc.), a wireless communication link (e.g., Bluetooth communication link etc.) between the mobile wireless information apparatus and the selected wireless output device (e.g., Bluetooth device such headsets.) in (4), the wireless communication link being compatible, at least partly, with at least one protocol within Bluetooth specifications.* |
|---|---|

| | |
|---|---|
| output device in (4), the wireless communication link being compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards or within Bluetooth standards; | **Mobile wireless information apparatus establishing Bluetooth communication link with wireless output device**:<br><br>*Pairing*<br>Pairing with other devices makes your phone ready for connecting to them.<br><br>*Pair with Other Devices*<br>NOTE: Bluetooth on other devices must be turned on before pairing.<br><br>IMPORTANT: Perform the pairing process at a secure location.<br><br>IMPORTANT: It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.<br><br>1. From the Apps launcher, tap **Settings > Connected devices**.<br><br>2. Tap **Pair new device**.<br>   ▪ Bluetooth turns on and shows you a list of nearby Bluetooth devices.<br><br>3. Tap the name you want to connect to in the **Available devices** list.<br>   ▪ Your phone then automatically tries to pair with the device.<br><br>4. If necessary, tap **PAIR** or enter the passcode.<br>   ▪ To change the connected device name, tap ⚙ to open the Device details screen, tap ✎ to edit it, and then tap **RENAME**.<br><br>   NOTE: The display may vary depending on the connected device.<br><br>*Bluetooth*<br>Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.<br><br>Source:<br>https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf<br><br>DuraForce Ultra 5G<br>**Pairing with a Bluetooth® device** 🔗<br><br>Connect to other devices via Bluetooth to share media such as music or videos. Bluetooth devices can be anything from your stereo in your car to a keyboard to type on your mobile device with. |

1. From the Home screen, drag down the **Notification panel**.
   **Note:** The device you're pairing your phone with needs to be set to Pairing mode, o…

2. Drag down the **Quick settings** panel.

3. Touch and hold the **Bluetooth** icon.

4. Select **Connection preferences**.

5. Select **Bluetooth**.

6. Tap or slide the **Bluetooth** switch to ON.

7. Tap **Pair new device**.
   **Note:** Your phone will automatically begin to scan for Bluetooth-ready devices.

8. Select the device you'd like to pair to.
   **Note:** A password may be requested. Common manufacturer passwords are 0000 and 1234.

9. You've completed the steps!



Source:    https://verizon2018.sds.modeaondemand.com/en-us/tutorial/duraforce-ultra-5g/10.0.0/feature_bluetooth_pair-pairing-with-a-bluetooth-device

**Bluetooth Link Establishment**

## 6.5  BONDING

### 6.5.1 Purpose

The purpose of bonding is to create a relation between two Bluetooth devices based on a common link key (a bond). The link key is created and exchanged (pairing) during the bonding procedure and is expected to be stored by both Bluetooth devices, to be used for future authentication. In addition to pairing, the bonding procedure can involve higher layer initialization procedures.

### 6.5.2 Term on UI level

'Bluetooth Bonding

### 6.5.3 Description

Two forms of bonding are described in the following sections: General Bonding and Dedicated Bonding.

#### 6.5.3.1  General Bonding

General Bonding refers to the process of performing bonding during connection setup or channel establishment procedures as a precursor to accessing a service.

#### 6.5.3.1  General bonding



Figure 6.6:  General description of bonding as being the link establishment procedure executed under specific conditions on both devices, followed by an optional higher layer initalization process.

#### 6.5.3.2  Dedicated Bonding

Dedicated Bonding refers to a procedure wherein one device connects to another only for the purpose of pairing without accessing a particular service. The main difference with dedicated bonding, as compared to a pairing done

during link or channel establishment, is that for bonding it is the paging device (A) that must initiate the authentication.

US 9,836,257                                        Page 24 of 45



Figure 6.7: Dedicated Bonding as performed when the purpose of the procedure is only to create and exchange a link key between two Bluetooth devices.

In order to establish new connections the paging procedure is used. Only the Bluetooth device address is required to set up a connection. Knowledge about the clock, obtained from the inquiry procedure (see Section 8.4 on page 155) or from a previous connection with this device, and the page scanning mode of the other device will accelerate the setup procedure. A device that establishes a connection carries out a page procedure and will automatically become the master of the connection.

### 2.4.3  Paging procedure timing

During the paging procedure, the master shall transmit paging messages (see Table 8.3 on page 151) corresponding to the slave to be connected. Since the paging message is a very short packet, the hop rate is 3200 hops/s. In a single TX slot interval, the paging device shall transmit on two different hop frequencies. In Figure 2.7 through Figure 2.11, $f(k)$ is used for the frequencies of the page hopping sequence and $f'(k)$ denotes the corresponding page response sequence frequencies. The first transmission starts where $CLK_0 = 0$ and the second transmission starts where $CLK_0 = 1$.

| Step | Message | Packet Type | Direction | Hopping Sequence | Access Code and Clock |
|---|---|---|---|---|---|
| 1 | Page | ID | Master to slave | Page | Slave |
| 2 | First slave page response | ID | Slave to master | Page response | Slave |
| 3 | Master page response | FHS | Master to slave | Page | Slave |
| 4 | Second slave page response | ID | Slave to master | Page response | Slave |
| 5 | 1st packet master | POLL | Master to slave | Channel | Master |
| 6 | 1st packet slave | Any type | Slave to master | Channel | Master |

Table 8.3:  Initial messaging during start-up.

## 7 ESTABLISHMENT PROCEDURES

| | Procedure | Ref. | Support in A | Support in B |
|---|---|---|---|---|
| 1 | Link establishment | 7.1 | M | M |
| 2 | Channel establishment | 7.2 | O | M |
| 3 | Connection establishment | 7.3 | O | O |
| | | | | |

*Table 7.1: Establishment procedures*

The establishment procedures defined here do not include any discovery part. Before establishment procedures are initiated, the information provided during device discovery (in the FHS packet or the extended inquiry response packet of the inquiry response or in the response to a name request) has to be available in the initiating device. This information is:

- The Bluetooth Device Address (BD_ADDR) from which the Device Access Code is generated;
- The system clock of the remote device;
- The page scan mode used by the remote device.

Additional information provided during device discovery that is useful for making the decision to initiate an establishment procedure is:

- The Class of device;
- The Device name;
- The supported Service Classes.

### 7.1 LINK ESTABLISHMENT

#### 7.1.1 Purpose

The purpose of the link establishment procedure is to establish a physical link (of ACL type) between two Bluetooth devices using procedures from [2] and [3].

#### 7.1.2 Term on UI level

'Bluetooth link establishment'

#### 7.1.4 Conditions

The paging procedure shall be according to [2] and the paging device should use the Device access code and page mode received through a previous inquiry. When paging is completed, a physical link between the two Bluetooth devices is established.

### 7.2 CHANNEL ESTABLISHMENT

#### 7.2.1 Purpose

The purpose of the channel establishment procedure is to establish a Bluetooth channel (L2CAP channel) between two Bluetooth devices using [2].

#### 7.2.2 Term on UI level

'Bluetooth channel establishment'.

**7.2.4 Conditions**

Channel establishment starts after link establishment is completed when the initiator sends a channel establishment request (L2CAP_ConnectReq).

Depending on security mode, security procedures may take place after the channel establishment has been initiated.

Channel establishment is completed when the acceptor responds to the channel establishment request (with a positive L2CAP_ConnectRsp).

**7.3  CONNECTION ESTABLISHMENT**

**7.3.1  Purpose**

The purpose of the connection establishment procedure is to establish a connection between applications on two Bluetooth devices.

**7.3.2  Term on UI level**

'Bluetooth connection establishment'

**7.3.4 Conditions**

Connection establishment starts after channel establishment is completed, when the initiator sends a connection establishment request ('connect_est_req' is application protocol-dependent). This request may be a TCS SETUP message [5] in the case of a Bluetooth telephony application Cordless Telephony Profile, or initialization of RFCOMM and establishment of DLC [4] in the case of a serial port-based application Serial Port Profile (although neither TCS or RFCOMM use the term 'connection' for this).

Connection establishment is completed when the acceptor accepts the connection establishment request ('connect_est_acc' is application protocol dependent).

Source: https://www.bluetooth.com/specifications/specs/cs-core-specification-2-1edr/

| | |
|---|---|
| (6) encoding output data, at the mobile wireless information apparatus, the output data being related to at least part of the digital content obtained by the one or more client application(s) and the digital content includes at least one of video content or audio content, and the output data including one or more of a published standard, a proprietary standard, a format, a protocol, or a language, individually or in any combination, that is acceptable for wireless transmitting to the selected wireless output device; and | *The mobile wireless information apparatus (i.e., Kyocera Duraforce Ultra 5G smartphone etc.) encodes output data that is related to at least part of the digital content (e.g., audio, music, songs etc.) obtained by the one or more client application(s) (e.g., YouTube Music app, YouTube etc.) in a format that is acceptable for wireless transmission to the selected wireless output device (e.g., Bluetooth device such as a headset) and the digital content includes the audio content.*<br><br>*In order to transmit digital content to the selected wireless output device (i.e., Bluetooth headset) for playing, the smartphone must convert or encode the digital content in accordance with the device type, class, profile of the wireless output device.*<br><br>**Mobile Wireless Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G**<br><br>**Supported Bluetooth Profiles**<br>HSP, HFP, SPP, OPP, PBAP, AVRCP, GOEP, MAP, HID, PAN, A2DP, GATT, AVDTP, AVCTP, GAVDP, HOGP, and DID are supported.<br><br>Source:<br>https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf |

US 9,836,257                                                                 Page 27 of 45

**Mobile wireless information apparatus encodes output data for transmitting to wireless output device:**

### Pairing
Pairing with other devices makes your phone ready for connecting to them.

*Pair with Other Devices*
NOTE: Bluetooth on other devices must be turned on before pairing.

IMPORTANT: Perform the pairing process at a secure location.

IMPORTANT: It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.

1. From the Apps launcher, tap **Settings > Connected devices**.
2. Tap **Pair new device**.
   - Bluetooth turns on and shows you a list of nearby Bluetooth devices.
3. Tap the name you want to connect to in the **Available devices** list.
   - Your phone then automatically tries to pair with the device.
4. If necessary, tap **PAIR** or enter the passcode.
   - To change the connected device name, tap 🔧 to open the Device details screen, tap ✏️ to edit it, and then tap **RENAME**.

   NOTE: The display may vary depending on the connected device.

### Bluetooth
Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

### YouTube
YouTube™ is a video sharing website on which users can upload and share videos.

*Open YouTube*
► From the Home screen, tap **Google > YouTube**.

For more information, please visit https://support.google.com/youtube.

### YouTube Music
Access the YouTube Music app to enjoy your favorite music.

*Access the YouTube Music App*
► From the Home screen, tap **Google > YT Music**. The YouTube Music screen appears.

For more information, please visit https://support.google.com/youtubemusic.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

### 4.2.1  Inquiry (Discovering) Procedure

Bluetooth devices use the inquiry procedure to discover nearby devices, or to be discovered by devices in their locality.

The inquiry procedure is asymmetrical. A Bluetooth device that tries to find other nearby devices is known as an inquiring device and actively sends inquiry requests. Bluetooth devices that are available to be found are known as discoverable devices and listen for these inquiry requests and send responses. The inquiry procedure uses a special physical channel for the inquiry requests and responses.

## 6.1  GENERAL INQUIRY

### 6.1.1  Purpose

The purpose of the general inquiry procedure is to provide the initiator with the Bluetooth device address, clock, Class of Device and used page scan mode of general discoverable devices (i.e. devices that are in range with regard to the initiator and are set to scan for inquiry messages with the General Inquiry Access Code). Also devices in limited discoverable mode will be discovered using general inquiry.

The general inquiry should be used by devices that need to discover devices that are made discoverable continuously or for no specific condition.

## 6.3  NAME DISCOVERY

### 6.3.1  Purpose

The purpose of name discovery is to provide the initiator with the Bluetooth Device Name of connectable devices (i.e. devices in range that will respond to paging).

## 6.4  DEVICE DISCOVERY

### 6.4.1  Purpose

The purpose of device discovery is to provide the initiator with the Bluetooth Device Address, clock, Class of Device, used page scan mode and Bluetooth device name of discoverable devices.

**6.4.3 Description**

During the device discovery procedure, first an inquiry (either general or limited) is performed, and then name discovery is done towards some or all of the devices that responded to the inquiry. If the initiator of the device discovery receives a complete local name or a shortened local name that is considered long enough, via an extended inquiry response from a remote device, the initiator should not do a separate name discovery for that device.



*Figure 6.5: Device discovery procedure.*

The establishment procedures defined here do not include any discovery part. Before establishment procedures are initiated, the information provided during device discovery (in the FHS packet or the extended inquiry response packet of the inquiry response or in the response to a name request) has to be available in the initiating device. This information is:

- The Bluetooth Device Address (BD_ADDR) from which the Device Access Code is generated;
- The system clock of the remote device;
- The page scan mode used by the remote device.

Additional information provided during device discovery that is useful for making the decision to initiate an establishment procedure is:

- The Class of device;
- The Device name;
- The supported Service Classes.

*3.3.3.4  Supported layers*

During the exchange of packets between an inquiring and discoverable device it may be considered that a temporary physical link exists between these devices. However, the concept is quite irrelevant as it has no physical representation but is only implied by the brief transaction between the devices. No further architectural layers are considered to be supported.

Source: https://www.bluetooth.com/specifications/specs/cs-core-specification-2-1edr/

# Advanced Audio Distribution Profile (A2DP)

The technical term "Advanced Audio Distribution Profile" - in short A2DP - refers to a transfer standard via a **Bluetooth** connection, for the wireless transfer of high quality audio signals. The transfer of audio signals between the devices of arbitrary manufacturers who support this standard is enabled by A2DP.

In general terms, the Low Complexity Subband Code - also referred to as the SBC Codec - is used in order to transfer stereo audio signals. It compresses the audio signals and always delivers these with a loss, although the high data transfer rate of up to 345 kilobits per second and the perfected algorithm ensure barely perceptible quality losses.

The Advanced Audio Distribution Profile is used between an A2DP source and a recipient. The audio signals, which are supplied by the source (e.g. a smartphone or MP3 player) via Bluetooth are decoded by the A2DP recipient (e.g. a Bluetooth-capable loudspeaker) and then reissued as an audio signal.

The Advanced Audio Distribution Profile Standard is supported by all the latest customary smartphone operating system versions (including amongst others iOS, Android and Windows Phone). This enables the playback of audio data on suitable devices. This technology is frequently found in the automotive sector in particular. Here, the smartphone is coupled with a hands-free kit or a car stereo via Bluetooth. If the connection is not being used for telephone calls then it is possible to play the music stored on the smartphone with a very high audio quality via the A2DP.

The Advanced Audio Distribution Profile is frequently also used in conjunction with the so-called AVRCP profile. This not only enables the transfer of pure audio data, but also of information for controlling devices. In this way it is also possible to remotely operate an audio player from a **Bluetooth headset**, for example.

Source:https://www.nfon.com/en/get-started/cloud-telephony/lexicon/knowledge-base-detail/a2dp

### 3.2.1    Send Audio Stream

In the Send Audio Stream procedure, the SRC shall, if needed, encode the data into a selected format in the signaling session. Then, the application layer of the SRC shall adapt the encoded data into the defined media payload format. The frame of encoded audio data is adapted to the defined payload format as defined in Section 4.

When content protection is in use, a content protection header may precede encrypted audio content. This is content protection method dependent.

Afterwards, the stream data shall be handed down to the AVDTP entity through the exposed interface (Interface 4) defined in Section 2 in AVDTP [4]. The stream data shall be sent out on the transport channel using the selected transport services defined in Section 5.4 in AVDTP [4].

### 3.2.2    Receive Audio Stream

The AVDTP entity of the SNK shall receive the stream data from the transport channel using the selected transport services and pass it to the application layer by exposed interface defined in Section 2 in AVDTP [4].

When a content protection method is active, the application layer of the SNK shall process the retrieved AVDTP payload as described by the content protection method. Typically, this processing entails content protection header analysis and decryption of associated encrypted content.

If applicable, the frame of audio data shall be decoded according to the selected coding format.



Figure 3.1: Block diagram of Audio Streaming procedures and the packet format

Source:https://www.bluetooth.com/specifications/specs/advanced-audio-distribution-profile-1-4/

## Bluetooth profiles

The Bluetooth API includes support for working with Bluetooth profiles. A Bluetooth profile is a wireless interface specification for Bluetooth-based communication between devices, such as the Hands-Free profile. For a mobile device to connect to a wireless headset, both devices must support the Hands-Free profile.

The Bluetooth API provides implementations for the following Bluetooth profiles:

- **Headset**. The Headset profile provides support for Bluetooth headsets to be used with mobile phones. Android provides the `BluetoothHeadset` class, which is a proxy for controlling the Bluetooth Headset Service. This includes both Bluetooth Headset and Hands-Free (v1.5) profiles. The `BluetoothHeadset` class includes support for AT commands. For more on this topic, see Vendor-specific AT commands.

- **A2DP**. The Advanced Audio Distribution Profile (A2DP) profile defines how high-quality audio can be streamed from one device to another over a Bluetooth connection. Android provides the `BluetoothA2dp` class, which is a proxy for controlling the Bluetooth A2DP Service.

- **Health Device**. Android provides support for the Bluetooth Health Device Profile (HDP). This lets you create apps that use Bluetooth to communicate with health devices that support Bluetooth, such as heart-rate monitors, blood meters, thermometers, scales, and so on. For a list of supported devices and their corresponding device data specialization codes, see Bluetooth's HDP Device Data Specializations ☒. These values are also referenced in the ISO/IEEE 11073-20601 [7] specification as `MDC_DEV_SPEC_PROFILE_*` in the Nomenclature Codes Annex. For more information about HDP, see Health Device Profile.

Source: https://developer.android.com/guide/topics/connectivity/bluetooth/profiles

| | |
|---|---|
| | Codec stands for en**co**de/**dec**ode. Because raw audio data is too large to transmit and stream in real-time, audio must be compressed (encoded) using a codec before it's streamed over Bluetooth A2DP (Advanced Audio Distribution Profile). Once the encoded audio is recevied by the output device, it is decoded before it can be played. Each source and output device supports its own combination of codecs and generally the highest performing common codec between the source and output device will be used.<br><br>Source: https://bluetoothcheck.com/codecs |
| (7) wirelessly transmitting, from the mobile wireless information apparatus, at least part of the encoded output data in (6) over the established wireless communication link in (5) to the selected wireless output device for rendering or outputting at least part of the digital content at the selected wireless output device; and | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) wirelessly transmits at least part of the encoded output data  (e.g., encoded audio, songs etc.) in (6) over the established wireless communication link (e.g., Bluetooth communication link etc.) in (5) to the selected wireless output device (e.g., Bluetooth device such as headsets) for rendering or outputting at least part of the digital content (e.g., music, audio, etc.) at the selected wireless output device.*<br><br>**Mobile wireless information apparatus wirelessly transmitting output data to the wireless output device:**<br><br>**Bluetooth**<br>Bluetooth is a short-range communications technology that allows you to connect wirelessly to a number of Bluetooth devices, such as headsets and hands-free car kits, and Bluetooth-enabled handhelds, computers, printers, and wireless phones. The Bluetooth communication range is usually approximately 30 feet.<br><br>**Pairing**<br>Pairing with other devices makes your phone ready for connecting to them.<br><br>*Pair with Other Devices*<br>**NOTE:** Bluetooth on other devices must be turned on before pairing.<br>**IMPORTANT:** Perform the pairing process at a secure location.<br>**IMPORTANT:** It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.<br><br>1. From the Apps launcher, tap **Settings** > **Connected devices**.<br>2. Tap **Pair new device**.<br>    • Bluetooth turns on and shows you a list of nearby Bluetooth devices.<br>3. Tap the name you want to connect to in the **Available devices** list.<br>    • Your phone then automatically tries to pair with the device.<br>4. If necessary, tap **PAIR** or enter the passcode.<br>    • To change the connected device name, tap ⚙ to open the Device details screen, tap ✏ to edit it, and then tap **RENAME**.<br>**NOTE:** The display may vary depending on the connected device. |

| | |
|---|---|
| | *Bluetooth*<br>Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.<br><br>Source: https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf<br><br>## What is Bluetooth Headset?<br><br>Bluetooth headset is a wireless audio device that uses Bluetooth technology to connect to other devices like smartphones, tablets, laptops, or gaming consoles. It typically consists of an earpiece or a pair of earbuds along with a microphone, allowing users to make hands-free phone calls, listen to music, watch videos, play games, or engage in virtual meetings without the constraint of wires.<br><br>Source: https://www.yealink.com/en/onepage/what-is-bluetooth-headset |
| wherein the mobile wireless information apparatus is at least one of a laptop computer, a digital camera, an e-book, a smart phone, or an information pad, and the selected wireless output device is at least one of an audio output device, a speaker, a projection device, a display device, a television, or a controller box connected to a television, individually or in any combination, and the mobile wireless information apparatus is a distinct device from the selected wireless output device. | *The mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) is a smartphone and the selected wireless output device is an audio output device, (e.g., Bluetooth device such as a headset etc.). The mobile wireless information apparatus is a distinct device from the selected wireless output device.*<br><br>**Mobile Wireless Information Apparatus:**<br>**Kyocera DuraForce Ultra 5G**<br><br>DURAFORCE ULTRA 5G<br><br><br><br>Operating System<br><br>Android™ 12, Android Enterprise Recommended<br><br>Connectivity |

Bluetooth 5.0 LE + EDR NFC, High-speed USB 3.1 Type-C GPS (L1+L5 Dual Band), Glonass & Galileo

Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g

**Wireless Output Device:**
**Bluetooth Headset**

# What is Bluetooth Headset?

Bluetooth headset is a wireless audio device that uses Bluetooth technology to connect to other devices like smartphones, tablets, laptops, or gaming consoles. It typically consists of an earpiece or a pair of earbuds along with a microphone, allowing users to make hands-free phone calls, listen to music, watch videos, play games, or engage in virtual meetings without the constraint of wires.

Source: https://www.yealink.com/en/onepage/what-is-bluetooth-headset

## *Bluetooth*

Bluetooth is a short-range communications technology that allows you to connect wirelessly to a number of Bluetooth devices, such as headsets and hands-free car kits, and Bluetooth-enabled handhelds, computers, printers, and wireless phones. The Bluetooth communication range is usually approximately 30 feet.

## *Pairing*

Pairing with other devices makes your phone ready for connecting to them.

*Pair with Other Devices*
NOTE: Bluetooth on other devices must be turned on before pairing.

IMPORTANT: Perform the pairing process at a secure location.

IMPORTANT: It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.

1. From the Apps launcher, tap **Settings** > **Connected devices**.

2. Tap **Pair new device**.

  ▪ Bluetooth turns on and shows you a list of nearby Bluetooth devices.

3. Tap the name you want to connect to in the **Available devices** list.

  ▪ Your phone then automatically tries to pair with the device.

4. If necessary, tap **PAIR** or enter the passcode.

  ▪ To change the connected device name, tap ⚙ to open the Device details screen, tap ✎ to edit it, and then tap **RENAME**.

  NOTE: The display may vary depending on the connected device.

## *Bluetooth*

Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.

Source: https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

| | |
|---|---|
| 8. The method according to claim 1 in which the short range wireless communication channel is compatible with at least part of a protocol within:<br><br>(1) IEEE 802.11 wireless protocol standards for establishing a direct short range wireless device connection between the mobile wireless information apparatus and the wireless output device; or<br><br>(2) Bluetooth specifications; and wherein the mobile wireless information apparatus method further comprises:<br><br>obtaining, by the mobile wireless information apparatus, authentication information that includes one or more of a security key, a name, an ID, a voice, a fingerprint, or a password, individually or in any combination; and<br><br>utilizing the obtained authentication information to establish a restricted wireless communication link between the mobile wireless information apparatus and the selected wireless output device. | *The short range wireless communication channel (e.g., Bluetooth communication channel) is compatible with at least part of a protocol within Bluetooth specifications; and wherein the mobile wireless information apparatus method further comprises obtaining, by the mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.), authentication information that includes a password (e.g., PIN/passcode, "0000" or "1234" etc.); and mobile wireless information apparatus utilizes the obtained authentication information to establish a restricted wireless communication link (e.g., Bluetooth communication link etc.) between the mobile wireless information apparatus (e.g., Kyocera DuraForce Ultra 5G smartphone etc.) and the selected wireless output device (e.g., Bluetooth device such as headsets etc.).*<br><br>**Mobile Wireless Information Apparatus**<br>**Kyocera DuraForce Ultra 5G**<br><br>Connectivity<br><br>Bluetooth 5.0 LE + EDR NFC, High-speed USB 3.1 Type-C GPS (L1+L5 Dual Band), Glonass & Galileo<br><br>Source: https://www.kyoceramobile.com/rugged-devices/duraforce-ultra-5g<br><br>**Bluetooth**<br><br>Bluetooth is a short-range communications technology that allows you to connect wirelessly to a number of Bluetooth devices, such as headsets and hands-free car kits, and Bluetooth-enabled handhelds, computers, printers, and wireless phones. The Bluetooth communication range is usually approximately 30 feet.<br><br>Source:<br>https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf<br><br>**Mobile wireless information apparatus obtains authentication information for establishing a restricted Bluetooth communication link with the selected wireless output device:** |

*Pairing*

Pairing with other devices makes your phone ready for connecting to them.

*Pair with Other Devices*

NOTE:  Bluetooth on other devices must be turned on before pairing.

IMPORTANT:  Perform the pairing process at a secure location.

IMPORTANT:  It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.

1. From the Apps launcher, tap **Settings** > **Connected devices**.

2. Tap **Pair new device**.

   - Bluetooth turns on and shows you a list of nearby Bluetooth devices.

3. Tap the name you want to connect to in the **Available devices** list.

   - Your phone then automatically tries to pair with the device.

4. If necessary, tap **PAIR** or enter the passcode.

   - To change the connected device name, tap ⚙ to open the Device details screen, tap ✎ to edit it, and then tap **RENAME**.

   NOTE:  The display may vary depending on the connected device.

*Bluetooth*

Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

DuraForce Ultra 5G

## Pairing with a Bluetooth® device 🔗

Connect to other devices via Bluetooth to share media such as music or videos. Bluetooth devices can be anything from your stereo in your car to a keyboard to type on your mobile device with.

1.  From the Home screen, drag down the **Notification panel**.
    **Note:** The device you're pairing your phone with needs to be set to Pairing mode, o...

2.  Drag down the **Quick settings** panel.

3.  Touch and hold the **Bluetooth** icon.

4.  Select **Connection preferences**.

5.  Select **Bluetooth**.

6.  Tap or slide the **Bluetooth** switch to ON.

7.  Tap **Pair new device**.
    **Note:** Your phone will automatically begin to scan for Bluetooth-ready devices.

8.  Select the device you'd like to pair to.
    **Note:** A password may be requested. Common manufacturer passwords are 0000 and 1234.

9.  You've completed the steps!



Source:      https://verizon2018.sds.modeaondemand.com/en-us/tutorial/duraforce-ultra-5g/10.0.0/feature_bluetooth_pair-pairing-with-a-bluetooth-device

Note that there is a difference between being paired and being connected:

*   To be *paired* means that two devices are aware of each other's existence, have a shared link-key that can be used for authentication, and are capable of establishing an encrypted connection with each other.

Source:https://developer.android.com/guide/topics/connectivity/bluetooth/find-bluetooth-devices

<table>
<tr>
<td></td>
<td>

**The basics**

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Source: https://developer.android.com/guide/topics/connectivity/bluetooth

</td>
</tr>
<tr>
<td>

9. The method of claim 1 in which conforming at the mobile wireless information apparatus at least part of the digital content into an output data includes using as least in part the said device dependent attribute received over the wireless communication channel from the selected wireless output device.

</td>
<td>

*The conforming (e.g., encoding) of at least part of digital content (e.g., music, audio, content etc.) into output data, at the mobile wireless information apparatus (e.g., Kyocera Duraforce Ultra 5G smartphone etc.) includes using at least in part, the said device dependent attribute (e.g., device name, class (indicating the device type), Bluetooth profile etc.) received over the wireless communication channel (e.g., Bluetooth communication channel) from the selected wireless output device (e.g., Bluetooth headsets etc.).*

*In order to transmit digital content to the selected wireless output device (i.e., Bluetooth headset) for playing, the smartphone must convert or encode the digital content in accordance with the device type, class, profile of the wireless output device.*

**Mobile Wireless Information Apparatus:**
**Kyocera DuraForce Ultra 5G**

**Supported Bluetooth Profiles**
HSP, HFP, SPP, OPP, PBAP, AVRCP, GOEP, MAP, HID, PAN, A2DP, GATT, AVDTP, AVCTP, GAVDP, HOGP, and DID are supported.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

**Mobile wireless information apparatus conforms output data for transmitting to wireless output device*:***

</td>
</tr>
</table>

### Pairing

Pairing with other devices makes your phone ready for connecting to them.

*Pair with Other Devices*

NOTE: Bluetooth on other devices must be turned on before pairing.

IMPORTANT: Perform the pairing process at a secure location.

IMPORTANT: It is recommended to use a passcode of at least eight digits for pairing with a device without a predefined PIN.

1. From the Apps launcher, tap **Settings > Connected devices**.

2. Tap **Pair new device**.
   - Bluetooth turns on and shows you a list of nearby Bluetooth devices.

3. Tap the name you want to connect to in the **Available devices** list.
   - Your phone then automatically tries to pair with the device.

4. If necessary, tap **PAIR** or enter the passcode.
   - To change the connected device name, tap ⚙ to open the Device details screen, tap ✎ to edit it, and then tap **RENAME**.

   NOTE: The display may vary depending on the connected device.

### Bluetooth

Your phone's Bluetooth capabilities let you use wireless headsets, send and receive pictures and files, and more. For details on your phone's Bluetooth settings, see Bluetooth.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

### YouTube

YouTube™ is a video sharing website on which users can upload and share videos.

*Open YouTube*
▶ From the Home screen, tap **Google > YouTube.**

For more information, please visit https://support.google.com/youtube.

### YouTube Music

Access the YouTube Music app to enjoy your favorite music.

*Access the YouTube Music App*
▶ From the Home screen, tap **Google > YT Music**. The YouTube Music screen appears.

For more information, please visit https://support.google.com/youtubemusic.

Source:
https://ss7.vzw.com/is/content/VerizonWireless/Catalog%20Assets/Devices/Kyocera/ug/kyocera-dura-force-5g-ug-en.pdf

US 9,836,257    Page 40 of 45

**4.2.1 Inquiry (Discovering) Procedure**

Bluetooth devices use the inquiry procedure to discover nearby devices, or to be discovered by devices in their locality.

The inquiry procedure is asymmetrical. A Bluetooth device that tries to find other nearby devices is known as an inquiring device and actively sends inquiry requests. Bluetooth devices that are available to be found are known as discoverable devices and listen for these inquiry requests and send responses. The inquiry procedure uses a special physical channel for the inquiry requests and responses.

## 6.1 GENERAL INQUIRY

### 6.1.1 Purpose

The purpose of the general inquiry procedure is to provide the initiator with the Bluetooth device address, clock, Class of Device and used page scan mode of general discoverable devices (i.e. devices that are in range with regard to the initiator and are set to scan for inquiry messages with the General Inquiry Access Code). Also devices in limited discoverable mode will be discovered using general inquiry.

The general inquiry should be used by devices that need to discover devices that are made discoverable continuously or for no specific condition.

## 6.3 NAME DISCOVERY

### 6.3.1 Purpose

The purpose of name discovery is to provide the initiator with the Bluetooth Device Name of connectable devices (i.e. devices in range that will respond to paging).

## 6.4 DEVICE DISCOVERY

### 6.4.1 Purpose

The purpose of device discovery is to provide the initiator with the Bluetooth Device Address, clock, Class of Device, used page scan mode and Bluetooth device name of discoverable devices.

### 6.4.3 Description

During the device discovery procedure, first an inquiry (either general or limited) is performed, and then name discovery is done towards some or all of the devices that responded to the inquiry. If the initiator of the device discovery receives a complete local name or a shortened local name that is considered long enough, via an extended inquiry response from a remote device, the initiator should not do a separate name discovery for that device.



*Figure 6.5: Device discovery procedure.*

The establishment procedures defined here do not include any discovery part. Before establishment procedures are initiated, the information provided during device discovery (in the FHS packet or the extended inquiry response packet of the inquiry response or in the response to a name request) has to be available in the initiating device. This information is:

- The Bluetooth Device Address (BD_ADDR) from which the Device Access Code is generated;
- The system clock of the remote device;
- The page scan mode used by the remote device.

Additional information provided during device discovery that is useful for making the decision to initiate an establishment procedure is:

- The Class of device;
- The Device name;
- The supported Service Classes.

### 3.3.3.4  Supported layers

During the exchange of packets between an inquiring and discoverable device it may be considered that a temporary physical link exists between these devices. However, the concept is quite irrelevant as it has no physical representation but is only implied by the brief transaction between the devices. No further architectural layers are considered to be supported.

Source: https://www.bluetooth.com/specifications/specs/cs-core-specification-2-1edr/

# Advanced Audio Distribution Profile (A2DP)

The technical term "Advanced Audio Distribution Profile" – in short A2DP – refers to a transfer standard via a **Bluetooth** connection, for the wireless transfer of high quality audio signals. The transfer of audio signals between the devices of arbitrary manufacturers who support this standard is enabled by A2DP.

In general terms, the Low Complexity Subband Code – also referred to as the SBC Codec – is used in order to transfer stereo audio signals. It compresses the audio signals and always delivers these with a loss, although the high data transfer rate of up to 345 kilobits per second and the perfected algorithm ensure barely perceptible quality losses.

The Advanced Audio Distribution Profile is used between an A2DP source and a recipient. The audio signals, which are supplied by the source (e.g. a smartphone or MP3 player) via Bluetooth are decoded by the A2DP recipient (e.g. a Bluetooth-capable loudspeaker) and then reissued as an audio signal.

The Advanced Audio Distribution Profile Standard is supported by all the latest customary smartphone operating system versions (including amongst others iOS, Android and Windows Phone). This enables the playback of audio data on suitable devices. This technology is frequently found in the automotive sector in particular. Here, the smartphone is coupled with a hands-free kit or a car stereo via Bluetooth. If the connection is not being used for telephone calls then it is possible to play the music stored on the smartphone with a very high audio quality via the A2DP.

The Advanced Audio Distribution Profile is frequently also used in conjunction with the so-called AVRCP profile. This not only enables the transfer of pure audio data, but also of information for controlling devices. In this way it is also possible to remotely operate an audio player from a **Bluetooth headset**, for example.

Source:https://www.nfon.com/en/get-started/cloud-telephony/lexicon/knowledge-base-detail/a2dp

### 3.2.1    Send Audio Stream

In the Send Audio Stream procedure, the SRC shall, if needed, encode the data into a selected format in the signaling session. Then, the application layer of the SRC shall adapt the encoded data into the defined media payload format. The frame of encoded audio data is adapted to the defined payload format as defined in Section 4.

When content protection is in use, a content protection header may precede encrypted audio content. This is content protection method dependent.

Afterwards, the stream data shall be handed down to the AVDTP entity through the exposed interface (Interface 4) defined in Section 2 in AVDTP [4]. The stream data shall be sent out on the transport channel using the selected transport services defined in Section 5.4 in AVDTP [4].

### 3.2.2    Receive Audio Stream

The AVDTP entity of the SNK shall receive the stream data from the transport channel using the selected transport services and pass it to the application layer by exposed interface defined in Section 2 in AVDTP [4].

When a content protection method is active, the application layer of the SNK shall process the retrieved AVDTP payload as described by the content protection method. Typically, this processing entails content protection header analysis and decryption of associated encrypted content.

If applicable, the frame of audio data shall be decoded according to the selected coding format.



Figure 3.1: Block diagram of Audio Streaming procedures and the packet format

Source:https://www.bluetooth.com/specifications/specs/advanced-audio-distribution-profile-1-4/

## Bluetooth profiles 🔖

The Bluetooth API includes support for working with Bluetooth profiles. A Bluetooth profile is a wireless interface specification for Bluetooth-based communication between devices, such as the Hands-Free profile. For a mobile device to connect to a wireless headset, both devices must support the Hands-Free profile.

The Bluetooth API provides implementations for the following Bluetooth profiles:

- **Headset**. The Headset profile provides support for Bluetooth headsets to be used with mobile phones. Android provides the `BluetoothHeadset` class, which is a proxy for controlling the Bluetooth Headset Service. This includes both Bluetooth Headset and Hands-Free (v1.5) profiles. The `BluetoothHeadset` class includes support for AT commands. For more on this topic, see Vendor-specific AT commands.

- **A2DP**. The Advanced Audio Distribution Profile (A2DP) profile defines how high-quality audio can be streamed from one device to another over a Bluetooth connection. Android provides the `BluetoothA2dp` class, which is a proxy for controlling the Bluetooth A2DP Service.

- **Health Device**. Android provides support for the Bluetooth Health Device Profile (HDP). This lets you create apps that use Bluetooth to communicate with health devices that support Bluetooth, such as heart-rate monitors, blood meters, thermometers, scales, and so on. For a list of supported devices and their corresponding device data specialization codes, see Bluetooth's HDP Device Data Specializations ☑. These values are also referenced in the ISO/IEEE 11073-20601 [7] specification as `MDC_DEV_SPEC_PROFILE_*` in the Nomenclature Codes Annex. For more information about HDP, see Health Device Profile.

Source: https://developer.android.com/guide/topics/connectivity/bluetooth/profiles

US 9,836,257                                                    Page 44 of 45

| | Codec stands for en**co**de/**dec**ode. Because raw audio data is too large to transmit and stream in real-time, audio must be compressed (encoded) using a codec before it's streamed over Bluetooth A2DP (Advanced Audio Distribution Profile). Once the encoded audio is recevied by the output device, it is decoded before it can be played. Each source and output device supports its own combination of codecs and generally the highest performing common codec between the source and output device will be used.<br><br>Source: https://bluetoothcheck.com/codecs |
|---|---|